**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HMH Construction, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1799680** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **HMH Construction, LLC**                                    Case number (*if known*)  _____
     Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor    **HMH Construction, LLC**                                    Case number (*if known*) _____
       Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor **HMH Construction, LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **HMH Construction, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2023**
_____
MM / DD / YYYY

**X** **/s/ John Odom**    **John Odom**
_____    _____
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**
_____

---

**18. Signature of attorney**

**X** **/s/ D. Blair Clark**    Date **April 20, 2023**
_____    _____
Signature of attorney for debtor    MM / DD / YYYY

**D. Blair Clark 1367**
_____
Printed name

**Law Office of D. Blair Clark, PC**
_____
Firm name

**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(208) 475-2050**    Email address    **dbc@dbclarklaw.com**
_____        _____

**1367 ID**
_____
Bar number and State

## United States Bankruptcy Court
### District of Idaho

In re    **HMH Construction, LLC**

Debtor(s)

Case No.

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642** | **Member of LLC** | **1** | **LLC Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 20, 2023**

Signature    **/s/ John Odom**

**John Odom**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AAA Fence Rental Inc
2429 Meadow View Rd.
Kuna, ID 83634


Ahern Rental - Texas Branch
PO BOX 271390
Las Vegas, NV 89127


Ahern Rentals, Inc
8350 Eastgate Road
Henderson, NV 89015


Alloway Electric Company
502 E. 45th St.
Garden City, ID 83714


Alva Advance
c/o Gene Rosen, Atty
200 Garden City Plaza #405
Garden City, NY 11530


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


ARMOR
4329 Reeder Dr
Carrollton, TX 75010


Atkins Electric
5906 W Victory Road
Boise, ID 83709


Bar 7 LLC
6001 Randolph Drive
Boise, ID 83709

Bar 7 LLC
PO Box 15223
Boise, ID 83715


BEAM
Dept. Ch 19072
Palatine, IL 60055-9072


BigHorn Traffic Services
2015 Delta Drive
Nampa, ID 83687


Blue Cross of Idaho
3000 E. Pine Avenue
Meridian, ID 83642


Blue Elephant Financing
3 Main Street
Suite 301
Irvington, NY 10533


Blue Elephant Financing
c/o Andrea Rosholt, Atty
210 Murray Street #B
Garden City, ID 83714


Blue Peak Engineering Inc
18543 Yorba Linda Blvd #235
Yorba Linda, CA 92886


BMT Capital Group, Inc.
c/o Isaac H Greenfield, Atty
2 Executive Blvd #305
Suffern, NY 10901


Bradley B LLC
2777 S. Orchard Street
Boise, ID 83705

Casta-3 Construction LLC
5108 Barbara Road
Fort Worth, TX 76114


Central Paving
P. O. Box 15010
Boise, ID 83715


Centurion American
1800 Valley View Lane
Dallas, TX 75234


Century Link
P.O. Box 2956
Phoenix, AZ 85062


Century Link Bankruptcy
700 W. Mineral Ave
Arizona Room
Littleton, CO 80120


City of Eagle
PO Box 1520
Eagle, ID 83616


City of Meridian
33 E. Idaho Avenue
Meridian, ID 83642


City of Nampa
224 11th Avenue South
Nampa, ID 83651


CMT Engineering Laboratories
2796 South Redwood Road
Salt Lake City, UT 84110

Coastline Equipment
2000 E. Overland Road
Meridian, ID 83642


Code Red Towing of Idaho
3315 Caldwell Blvd
Nampa, ID 83651


Colonial Life


Conceret Cutting Services
8555 S. Coveyridge Lane
Boise, ID 83709


Conrad Bischoff
9250 Cherry Lane
Nampa, ID 83687


CTC Transportation LLC
P.O. Box 488
Euless, TX 76039


Curtis Clean Sweep Inc
P.O. Box 44112
Boise, ID 83711


Cutting Edge Landscape
5407 Alworth
Garden City, ID 83714


CXT Incorporation
P.O. Box 676208
Dallas, TX 75267

Dennis Dillon
2777 South Orchard
PO Box 7944
Boise, ID 83707


Denton Municipal Utilities
601 E Hickory Street
Suite F
Denton, TX 76205


Dept of Labor - OSHA
1387 S. Vinnell Way Suite 21
Boise, ID 83709


Discount Tire Texas
8700 Ohio Dr.
Plano, TX 75024


Eagle Sewer District
44 N. Palmetto Avenue
Eagle, ID 83616


EHM Engineers, Inc.
621 N College Rd., Suite 100
Twin Falls, ID 83301


Equipment Share
PO Box 650429
Dallas, TX 75265


Farmers Union Ditch Co. Ltd
PO Box 1474
Eagle, ID 83616


Federated Insurance
PO Box 328
Owatonna, MN 55060

```
Ferguson Waterworks
P.O. Box 802817
Chicago, IL 60680


Ferguson Waterworks
6715 W. Overland Road
Idaho Falls, ID 83402


Ferugson Waterworks
9450 SW Gemini Drive
Suite 7790
Beaverton, OR 97008-8000


Forsgren Associates, Inc
370 East 500 South, Ste. 200
Salt Lake City, UT 84111


Forsgren Associates, Inc
9450 SW Gemini Drive
Suite 7790
Beaverton, OR 97008-7105


G&B Redi Mix
6701 East Flamingo Avenue
Nampa, ID 83687-9505


Globaltranz
P.O. Box 203285
Dallas, TX 75320


GOMAINTENANCE
918 N. ORCHARD
Boise, ID 83706


Granite RE, Inc
14001 Quailbrook Drive
Oklahoma City, OK 73134
```

H.O.T. 2, LLLP
PO Box 1335
Meridian, ID 83680


HD Fowler Company
P.O. Box 84368
Seattle, WA 98124


High Desert Bobcat
2324 Caldwell Blvd
Nampa, ID 83651


Holt Cat
PO Box 650345
Dallas, TX 75265


Hyphen Solutions
PO Box 208656
Dallas, TX 75234


Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206


Idaho Child Support Receipt
PO Box 70008
Boise, ID 83707


Idaho Dept of Transportation
3311 W. State Street
PO Box 7129
Boise, ID 83707-1129


Idaho Div of Occupational &
Professional Licenses
P.O. Box 83720
Boise, ID 83720-0063

Idaho Equipment Rental
738 S. Iron Springs Avenue
Kuna, ID 83634


Idaho Erosion Control Inc
148 Blue Lakes Blvd N. #393
Twin Falls, ID 83301


Idaho Materials & Construct.
924 N Sugar Street
Nampa, ID 83687


Idaho Power
P.O. Box 70
Boise, ID 83707


Idaho Power
Corporate Cashier
PO Box 6062
Boise, ID 83707


Idaho Precast Concrete, Inc.
1389 Madison
Nampa, ID 83687


Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722


Incorporating Services Ltd
3500 S. DuPont Highway
Dover, DE 19901


Integrity Inspection Solut.
4419 Challenger Way
Caldwell, ID 83605

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114


J. E. C. LLC
P.O. Box 1512
Meridian, ID 83680


Jackson Peterbilt
1505 Industrial Way
Caldwell, ID 83605


JBJ Automotive & Diesel Rep.
5325 Lake Ave.
Nampa, ID 83687


JMAC
PO Box 760
Caldwell, ID 83606


Joel Mikasa
c/o Daniel Bower, Atty
12550 W Explorer Drive #100
Boise, ID 83713


John Odom
2501 E State Avenue
Suite 110
Meridian, ID 83642


Joseph M. Wager, Atty
827 E. Park Blvd
Suite 201
Boise, ID 83712


KB Fabrication & Welding
2675 E Lanark
Meridian, ID 83642

Key Rentals Group LLC
127-A Motherlode Lane
Belgrade, MT 59714


Kimbell D. Gourley
Attorney at Law
PO Box 1097
Boise, ID 83701


Kings Pro Tire Center
1111 1st Street South
Nampa, ID 83651


Kirby Smith Machinery Inc.
P.O. Box 270360
Oklahoma City, OK 73137


Larry W. Denbrock
1213 Shahan Prairie Road
Little Elm, TX 75068


License Plate Toll
E-470 Public Highway Authori
P.O. Box 5470
Denver, CO 80217


Lime Printing & Digital
8910 Wesley St Ste B
Greenville, TX 75402


LMK LLC
234 Davis
Nampa, ID 83651


Lukins & Annis, P.S.
Attn: Michael Schmidt
601 E. Front Avenue #303
Coeur D Alene, ID 83814

Matrix Engineering Inc
1020 W Main Street
Suite 100J
Boise, ID 83702


Meged Funding Group Corp
c/o Isaac Greenfield, Atty
2 Executive Blvd #305
Suffern, NY 10901


Meridian Auto Ranch
1005 E Fairview Avenue
Meridian, ID 83642


Modern Machinery
Unit 35, P.O. Box 4800
Portland, OR 97208


Motion & Flow
920 E. Overland Rd
Meridian, ID 83642


Mountain West Mgmt Group LLC
706 E. Main St.
Middleton, ID 83644


Mustang Special Utility Dist
7985 FM2931
Aubrey, TX 76227


Navest Fence Solutions
727 Havendon Circle
Plano, TX 75023


NC Services
4309 Ustick Rd.
Nampa, ID 83687

Nemec Engineering
PO Box 1007
McCall, ID 83638


New Dry Creek Ditch Co. LTD
PO Box 430
Eagle, ID 83616


New York Life
P.O. Box 539
Dallas, TX 75221-0539


Nichols Accounting Group
6075 E. Hunt Avenue
Nampa, ID 83687


Norco
P.O. Box 36144
Seattle, WA 98124


Northwest Concrete Pumping
21480 Boise River Rd.
Caldwell, ID 83607


Northwest Equpiment Sales
2405 S Janeen St
Boise, ID 83709


Nucor Harris Rebar Boise Inc
2161 E Lanark Street
Meridian, ID 83642


Oldcastle Infrastructure
7000 Central Parkway
Suite 800
Atlanta, GA 30328

Oldcastle Infrastructure
16419 Ten Lane
Nampa, ID 83687


P & K Stone, LLC
PO Box 189
Chico, TX 76431


Peak Law LLC
PO Box 2563
Eagle, ID 83616


PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044


Pollard Water
2907 Brandt Ave
Nampa, ID 83687


PortaPros, LLC
P.O. Box 3296
Nampa, ID 83653


Precion Pumping Systems
P.O. Box 3296
Boise, ID 83716


Premier Service LLC
7030 McGlochlin St.
Boise, ID 83709


Profecssional Concrete Acces
111 E 39th Street
Garden City, ID 83714

R Mobile Tire Service
7750 Birch Lane
Nampa, ID 83687


R. B. Everett & Co
P.O. Box 7300
Pasadena, TX 77508


Red Butte LLC
c/o Caleb R. Durrence
1015 Caldwell Blvd
Nampa, ID 83651


Ricochet Fuel Distrutors Inc
1201 Royal Parkway
Arlington, TX 76004


Sawtooth Land Surveying LLC
2030 S. Washington Ave
Emmett, ID 83617


Silver Creek
2030 S. Washington Ave
Nampa, ID 83687


Site Consulting LLC
PO Box 190537
Boise, ID 83719


Southern Tire Mart
35035 LBJ Freeway
Dallas, TX 75241


Specialty Construction Supp.
348 NW 13th Place
Meridian, ID 83642

Specialty Hydrolics
4019 E Summit Lane
Nampa, ID 83687


Steel National
414 Nelson Lane
Caldwell, ID 83605


STELLCO, LLC
2703 N. Lakeharbor Lane
Boise, ID 83703


Storage on Site LLC
1095 N. Verde Drive
Ontario, OR 97914


Syman LLC
2101 Delta Drive
Nampa, ID 83687


Tates Rents Corportate
515 Vista Avenue
Boise, ID 83705


Taylor Law Offices
PO Box 268
Boise, ID 83701


Terminix
PO Box 802155
Chicago, IL 60680


Texas First Rentals
5665 Southeast Loop 410
San Antonio, TX 78222

Texas Workforce Center
P.O. Box 149137
Austin, TX 78714


Titan Concrete Pumping LLC
P.O. Box 424
Meridian, ID 83680


Trashelle Odom
6358 S. Bosch Way
Meridian, ID 83642


United Rentals, Inc.
PO Box 051122
Los Angeles, CA 90074


Unknown


US Bank Equipment Finance
Attn: Recovery
1310 Madrid Street
Marshall, MN 56258


Veolia Water of Idaho
8248 West Victory Rd
Boise, ID 83709


Washington Trust Bank
Credit Card Division
PO Box 2127
Spokane, WA 99210-2127


Western Records Destruction
1990 S. Cole Road
Boise, ID 83709

```
Western States Equipment
500 E Overland Road
Meridian, ID 83642


Willammette Dental Insurance
6950 NE Campus Way
Portland, OR 97214
```

# United States Bankruptcy Court
### District of Idaho

In re    **HMH Construction, LLC** _____

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **HMH Construction, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Odom
2501 E State Avenue
Suite 110
Meridian, ID 83642**

☐ None [*Check if applicable*]

**April 20, 2023** _____

Date

**/s/ D. Blair Clark** _____

**D. Blair Clark 1367**

Signature of Attorney or Litigant

Counsel for    **HMH Construction, LLC**

**Law Office of D. Blair Clark, PC**

**967 E. Parkcenter Blvd., #282
Boise, ID 83706
(208) 475-2050 Fax:(208) 475-2055
dbc@dbclarklaw.com**