Fill in this information to identify the case:

Debtor name: **HMH Construction, LLC**
United States Bankruptcy Court for the: **DISTRICT OF IDAHO**
Case number (if known): **23-00191**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ahern Rental - Texas Branch** PO BOX 271390 Las Vegas, NV 89127 | | Business Expense | | | | $168,696.75 |
| **Alloway Electric Company** 502 E. 45th St. Garden City, ID 83714 | | Business Expense | | | | $94,826.50 |
| **American Express** P.O. Box 0001 Los Angeles, CA 90096-0001 | | Credit card purchases | | | | $218,000.00 |
| **BMT Capital Group, Inc.** c/o Isaac H Greenfield, Atty 2 Executive Blvd #305 Suffern, NY 10901 | | Business Expense | Contingent Unliquidated Disputed | | | $877,536.66 |
| **Conrad Bischoff** 9250 Cherry Lane Nampa, ID 83687 | | Business Expense | | | | $291,089.14 |
| **HD Fowler Company** P.O. Box 84368 Seattle, WA 98124 | | Business Expense | | | | $541,658.74 |
| **Idaho Central Credit Union** PO Box 2469 Pocatello, ID 83206 | | Business Expense - judgment | | | | $672,849.00 |
| **Idaho Central Credit Union** PO Box 2469 Pocatello, ID 83206 | | Business Expense - credit card judgment | | | | $125,644.00 |

**Debtor** HMH Construction, LLC
Name

Case number *(if known)* 23-00191

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Idaho Erosion Control Inc<br>148 Blue Lakes Blvd N. #393<br>Twin Falls, ID 83301 | | Business Expense | | | | $73,000.00 |
| Key Rentals Group LLC<br>127-A Motherlode Lane<br>Belgrade, MT 59714 | | Business Expense | | | | $255,987.68 |
| Kirby Smith Machinery Inc.<br>P.O. Box 270360<br>Oklahoma City, OK 73137 | | Business Expense | | | | $69,206.93 |
| Meged Funding Group Corp<br>c/o Isaac Greenfield, Atty<br>2 Executive Blvd #305<br>Suffern, NY 10901 | | Business Expense | | | | $745,722.76 |
| Modern Machinery<br>Unit 35, P.O. Box 4800<br>Portland, OR 97208 | | Business Expense | | | | $122,634.37 |
| PNC Equipment Finance<br>655 Business Center Drive<br>Horsham, PA 19044 | | Business Expense | | | | $286,818.86 |
| Profecssional Concrete Acces<br>111 E 39th Street<br>Garden City, ID 83714 | | Business Expense | | | | $114,726.45 |
| Red Butte LLC<br>c/o Caleb R. Durrence<br>1015 Caldwell Blvd<br>Nampa, ID 83651 | | Business Expense | | | | $275,000.00 |
| Silver Creek<br>2030 S. Washington Ave<br>Nampa, ID 83687 | | Business Expense | | | | $91,218.90 |
| Steel National<br>414 Nelson Lane<br>Caldwell, ID 83605 | | Mystic Creek project | | | | $805,953.00 |
| Taylor Law Offices<br>PO Box 268<br>Boise, ID 83701 | | Business Expense | | | | $145,334.24 |

| Debtor | HMH Construction, LLC | Case number *(if known)* | 23-00191 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington Trust Bank**<br>**Credit Card Division**<br>**PO Box 2127**<br>**Spokane, WA 99210-2127** | | **Business Expense** | | | | **$236,000.00** |