# UNITED STATES TRUSTEE

## REGION 18
## DISTRICT OF IDAHO



# CHAPTER 11 GUIDELINES

**For additional information visit our website at:  http://www.justice.gov/ust-regions-r18**

**Office of the United States Trustee
550 W. Fort St. Suite 698, Boise, Idaho 83724
208-334-1300 (phone)
208-334-9756 (fax)**

> ### *TO:  CHAPTER 11 DEBTORS, ATTORNEYS, AND TRUSTEES*
>
> The United States Trustee Program is a component of the U.S. Department of Justice responsible for overseeing the administration of bankruptcy cases.  As part of the Region 18 United States Trustee's oversight responsibility, these Chapter 11 Guidelines were prepared to assist debtors in meeting their obligations while in Chapter 11.
>
> The United States Trustee will provide the debtor and debtor's counsel with two sets of forms along with these Guidelines: The ***Initial Reporting Requirements;*** and the ***Monthly Financial Report*** forms.  These Guidelines explain the purpose and use of each set of forms.  The ***Initial Reporting Requirements*** and ***Monthly Financial Report*** forms are attached.
>
> In addition to the following requirements, all applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, General Orders, and other orders of the court must be observed in Chapter 11 cases.  Failure to comply with any requirement may result in a motion by the United States Trustee or another party to dismiss or convert a case or to request other relief.

**THE DEBTOR IN POSSESSION IS A FIDUCIARY**

Chapter 11 provides an opportunity for a debtor to reorganize its debts while continuing to operate.  With the filing of a voluntary Chapter 11 petition, a debtor becomes a new entity called a debtor in possession.  The debtor in possession, often with the participation of creditors, develops a plan of reorganization of its business and financial affairs and for payment of its debts.  The debtor in possession may continue to operate pending approval of its plan of reorganization, unless the court orders the appointment of a trustee under Chapter 11.  A debtor in possession has a fiduciary duty to its creditors, much the same as a Chapter 11 trustee, to preserve and maintain the bankruptcy estate and to operate its business efficiently to maximize ultimate payments on pre-petition debts while keeping post-petition debts current.

| | |
|---|---|
| **COURT APPROVAL REQUIRED FOR CERTAIN TRANSACTIONS** | The United States Trustee's staff shall not provide legal advice to a debtor.  The debtor should consult with its counsel when a question arises about whether court approval is required for a specific action.  The following matters generally require court approval:<br><br>- Using cash collateral (funds encumbered by a security interest);<br>- Making a payment on a pre-petition unsecured debt;<br>- Hiring a professional, such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, engineer, or other professional;<br>- Making a payment to a professional, such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, engineer, or other professional;<br>- Selling the debtor's business, or selling an asset out of the ordinary course of business;<br>- Accepting a loan from a principal or general partner of the debtor;<br>- Obtaining a loan or financing from an outside source; and<br>- Entering into a settlement agreement with another party. |
| **EMPLOYMENT & COMPENSATION OF PROFESSIONALS** | The employment and compensation of any professional must be approved by the court.  11 U.S.C. § 327; Fed. R. Bankr. P. 2014(a). |
| **INITIAL REPORTING REQUIREMENTS** | The debtor must submit the ***Initial Reporting Requirements*** to the United States Trustee the earlier of the Initial Debtor Interview or **14 days** after the debtor files for Chapter 11 relief.  The debtor's Initial Reporting Requirements are not filed with the court.  They are intended to provide the United States Trustee with information about the debtor and to ensure the debtor meets its bankruptcy requirements. |
| **INSURANCE** | The debtor is required to maintain adequate insurance to preserve the interests of its creditors by protecting estate assets.  The insurance must include coverage customary in debtor's business and may include a combination of commercial,  liquor, automobile, or product liability; property insurance; worker's compensation; malpractice insurance; or contractor or employee fidelity bonds.  The debtor's failure to maintain appropriate insurance is cause for dismissal of the case or conversion to Chapter 7. 11 U.S.C. §1112(b)(4)(C).<br><br>The debtor must provide the United States Trustee with adequate proof of insurance.  The debtor is responsible for including the address of the United States Trustee on the cancellation notice for each insurance policy.  Further, before any insurance coverage expires or terminates, the debtor shall provide the United States Trustee with proof of renewal or replacement insurance. |

| | |
|---|---|
| *BANK ACCOUNTS* | Section 345(b) of the Bankruptcy Code requires a Chapter 11 debtor to protect its creditors' interests by depositing bankruptcy funds in a financial institution that will collateralize or bond the debtor's funds in favor of the United States.  The financial institution must be approved by the United States Trustee in the district where the bankruptcy case is filed.  The *Initial Reporting Requirements* include a list of banks approved by the United States Trustee for cases filed in this district.  *The Chapter 11 debtor in possession bank account should be opened at one of the institutions on this list.* |
| | The debtor's bank statements must report account activity on a full calendar month basis.  The debtor is required to notify the United States Trustee within five business days of any change of bank accounts, and must provide proof of compliance with section 345(b) for each new account. |
| *DUTY TO KEEP RECORDS AND FILE REPORTS* | The debtor's accounting records must establish a clear cut-off between financial transactions that occur before the Chapter 11 filing, and those that occur on and after the date of filing. |
| | The debtor is required to file a detailed financial report with the court and serve copies on the United States Trustee for each calendar month (or portion of a month) after the petition is filed.  The debtor's financial reports shall be prepared on the United States Trustee's *Monthly Financial Report* forms and are due by the 21st day of the succeeding month.  Failure to timely file required reports is cause for dismissal of the case or conversion to Chapter 7. 11 U.S.C. § 1112(b)(4)(F). |
| *TAXES* | The debtor in possession must remain current on all post-petition federal, state and local taxes and file all tax returns on a timely basis. The debtor's failure to timely pay post-petition taxes or to file post-petition tax returns is cause for conversion or dismissal of the case. 11 U.S.C. §1112(b)(4)(I). |
| | For individual Chapter 11 debtors, after filing bankruptcy, earnings for services are property of the bankruptcy estate.  11 U.S.C. § 1115.  An individual Chapter 11 debtor should review IRS Publication 908, Bankruptcy Tax Guide, for further details. This publication can be viewed and downloaded from the IRS website (www.irs.gov) using the Forms and Publications search function. |
| *SMALL BUSINESS DEBTORS* | The term "small business debtor" is defined in 11 U.S.C. § 101(51D).  Among other things, small business debtors have additional initial filing requirements and other duties as specified in 11 U.S.C. § 1116. |
| | The small business debtor must use Official Form B 425C for monthly financial reports. Small business debtors should refer to Fed. R. Bankr. P. 2015(a)(6) to determine when the first monthly financial report is due. |

| | |
|---|---|
| **PERIODIC REPORTS REGARDING ENTITIES IN WHICH THE DEBTOR HAS A SUBSTANTIAL OR CONTROLLING INTEREST** | The debtor must file periodic reports of the value and profitability of any entity in which the debtor has a substantial or controlling interest.  Fed. R. Bankr. P. 2015.3.  The debtor's first report must be filed no later than seven days before the first date set for the meeting of creditors.  Subsequent reports must be filed no less frequently than every six months, until the effective date of a plan or the case is dismissed or converted.  The periodic reports required by Fed. R. Bankr. P. 2015.3(a) must be prepared on Official Form B426. |
| **INITIAL DEBTOR INTERVIEW** | Generally within seven to ten days of filing a Chapter 11 case, the United States Trustee will conduct an initial debtor interview (IDI) with the debtor and the debtor's counsel.  The IDI will be conducted as soon as practicable after the petition is filed and before the meeting of creditors.  Depending on the debtor's location and the nature of its business, the IDI will occur at the debtor's place of business, the office of the United States Trustee or debtor's counsel, or by telephone.  A person knowledgeable about the debtor's accounting operations should attend the IDI.  During the IDI, the United States Trustee's representative will ask questions about the debtor's accounting records, bank accounts, insurance, and other administrative matters.<br><br>The United States Trustee's bankruptcy analyst will explain the monthly financial reporting requirements and debtor's other obligations, and discuss scheduling matters.  The debtor's failure to attend meetings reasonably requested by the United States Trustee is cause for conversion or dismissal of the case. 11 U.S.C. § 1112(b)(4)(H). |
| **MEETING OF CREDITORS** | The United States Trustee will convene and preside over a meeting of creditors in accordance with the timeline set forth in Fed. R. Bankr. P. 2003(a).<br><br>The debtor or debtor's representative will be examined under oath by the United States Trustee and creditors, with the debtor's counsel present.  Attendance by the debtor is mandatory, and both spouses must appear if the case is a joint filing.  In the case of a corporate debtor, an officer or director of the corporation and the debtor's attorney must appear.  If the debtor is a partnership or limited liability company, one of the general partners or managing members must appear and the debtor's attorney must appear.<br><br>If the debtor is an individual, the debtor must provide proof of identification and social security number at the meeting of creditors.  Fed. R. Bankr. P. 4002(b).<br><br>The debtor's failure to attend the meeting of creditors without good cause shown is cause for conversion or dismissal of the case. 11 U.S.C. §1112(b)(4)(G). |

| | |
|---|---|
| ***POST-CONFIRMATION REPORTS*** | Confirmation is the court's approval of a plan of reorganization. The Bankruptcy Code and Rules require the debtor to file a Post-Confirmation Quarterly Report for every post-confirmation calendar quarter, including the quarter in which the plan was confirmed and the quarter in which the debtor files its application for final decree. 11 U.S.C. § 1106(a)(7) and Fed. R. Bankr. P. 2015(a)(5). More frequent reporting may be requested on a case-by-case basis. |
| ***REPORTS IN CASES CONVERTED TO CHAPTER 7*** | The debtor must file a schedule of unpaid debts incurred after commencement of the Chapter 11 case, within 14 days after entry of an order converting the case to Chapter 7; and a final report and account, within 30 days after entry of the order converting the case. Fed. R. Bankr. P. 1019(5). Please note that Local Bankruptcy Rule 1019.1 contains additional requirements. |
| ***STATUTORY QUARTERLY FEES*** | Under 28 U.S.C. § 1930(a)(6), a quarterly fee shall be paid to the United States Trustee in each case under Chapter 11 (except small business cases filed under Subchapter V of Chapter 11) for each calendar quarter, or portion thereof, between the date a bankruptcy petition is filed and the date the courts enters a final decree closing the case, dismisses the case, or converts the case to another chapter in bankruptcy. The code further provides that for a plan to be confirmed, all quarterly fees must be paid timely or the plan must provide for payment of all fees on the effective date of the plan. 11 U.S.C. § 1129(a)(12). The failure to timely pay quarterly fees is cause for conversion or dismissal of a Chapter 11 case. 11 U.S.C. § 1112(b)(4)(K). |

The fee for each calendar quarter is based on total payments or disbursements made in the debtor's case during the quarter, including payments made by another party for the debtor. Additional information concerning the fees may be found at: https://www.justice.gov/ust/chapter-11-quarterly-fees

Effective April 1, 2021, the fee is calculated as follows:

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $62,624 | $250 |
| $62,625 to $999,999 | 0.4% of quarterly disbursements |
| $1,000,000 to $31,249,937 | 0.8% of quarterly disbursements |
| $31,249,938 or more | $250,000 |

| For calendar quarter ending... | A fee payment is due on... |
|---|---|
| March 31 | April 30 |
| June 30 | July 31 |
| September 30 | October 31 |
| December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*

\* \* \* \* \*

Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

       Mail quarterly fee payments to:

      **United States Trustee Payment Center**
        **Post Office Box 6200-19**
        **Portland OR 97228-6200**

Address for overnight delivery:

**U.S. Bank**
**Attn: Government Lockbox**
**U.S. Trustee Payment Center 6200-19**
**17650 N.E. Sandy Blvd**
**Portland, OR 97230-5000**

Website address for online payment:

https://www.pay.gov/public/form/start/672415208

| | |
|---|---|
| ***NOTICE OF INTEREST ASSESSMENT*** | **The United States Trustee Program assesses interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a)(6). 31 U.S.C. § 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.** |
| ***COLLECTION OF DELINQUENT QUARTERLY FEES*** | This notice is to advise the debtor of the United States Trustee's procedures for collecting delinquent quarterly fees: |

### NOTICE

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the Chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including Chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

**ATTACHMENTS**     1) List of authorized depositories, District of Idaho
2) Initial Reporting Requirements (Forms UST-1, 1-A and 1-B)
3) Small Business Monthly Operating Report, Official Form 25C



**U.S. Department of Justice**

Office of the United States Trustee

District of Idaho

550 W. Fort St., Suite 698  Voice (208) 334-1300
Boise, ID  83724  Fax    (208) 334-9756

**United States Trustee's List of Authorized Depositories
For Bankruptcy Cases Filed in the District of Idaho
As of March 21, 2023**

Associated Bank
Citizens Community Bank (division of Glacier Bank)
Farmers National Bank
First Federal Savings Bank of Twin Falls
Fifth Third Bank
JPM Chase
Key Bank
Pinnacle Bank
Rabobank
Sun Trust Bank
U.S. Bank
Washington Trust Bank
Wells Fargo Bank
Zions Bank

*Note:  The above-listed financial institutions are authorized, but not required,
to open and maintain financial accounts for debtors in possession.*

## INITIAL REPORTING REQUIREMENTS FOR CHAPTER 11 DEBTORS

Case No. _____
Debtor _____

***THIS REPORT MUST BE SUBMITTED TO THE U.S. TRUSTEE WITHIN 14 DAYS AFTER THE PETITION IS FILED OR BEFORE THE INITIAL DEBTOR INTERVIEW, WHICHEVER DATE IS EARLIER.  DO NOT FILE WITH COURT.***
Debtor must attach each of the following documents or an explanation for the failure to attach the document.

**REQUIRED DOCUMENTS**                                               Mark One Box for Each Required Document

|   | Document Attached | Previously Filed | Explanation Attached |
|---|---|---|---|
| 1  Most recently filed Federal income tax return. | ❏ | ❏ | ❏ |
| 2  Financial statements for the most recent year-end (i.e., balance sheet income statement, and cash flow statement) | ❏ | ❏ | ❏ |
| 3  Most recent monthly financial statements (i.e., month-end balance sheet, income statement, and cash flow statement) | ❏ | ❏ | ❏ |
| 4  Certificates of Insurance | | | |
| *General Liability Insurance* | ❏ | ❏ | ❏ |
| *Property (Fire, Theft, etc.) Insurance* | ❏ | ❏ | ❏ |
| *Workers' Compensation Insurance* | ❏ | ❏ | ❏ |
| *Vehicle Insurance:* | ❏ | ❏ | ❏ |
| *Other:* | ❏ | ❏ | ❏ |
| 5  Debtor in Possession Bank Account Information | | | |
| *Account number, name and address of financial institution for each account* | ❏ | ❏ | ❏ |
| *Sample voided check for each account* | ❏ | ❏ | ❏ |
| 6  Bank statements for the 90 days prior to the petition date for pre-petition accounts | ❏ | ❏ | ❏ |
| 7  Individual Debtors only:  pay statements for 60 days prior to petition date | ❏ | ❏ | ❏ |
| 8  Six-Month Cash Projection *Business Debtors:  use form UST-1A* *Non-Business Debtors:  use form UST-1B* | ❏ | ❏ | ❏ |

I declare under penalty of perjury that the information contained in these Initial Reporting Requirements, including any attachments thereto, is true and correct to the best of my knowledge and belief.

Date: _____     Signature(s): _____

Title: _____

United States Trustee-District of Idaho

UST-1
December 2017

**SIX-MONTH POST-PETITION CASH PROJECTIONS**
**(CHAPTER 11 BUSINESS DEBTOR)**

Case No _____
Debtor _____

| | Month: ____ | Month: ____ | Month: ____ | Month: ____ | Month: ____ | Month: ____ | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | | |
| **CASH RECEIPTS** | | | | | | | |
| Cash Sales | | | | | | | |
| Collection of Receivables | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto/Truck Expenses | | | | | | | |
| Employee Benefits | | | | | | | |
| Insurance | | | | | | | |
| Inventory Purchases | | | | | | | |
| Officer Salaries | | | | | | | |
| Other Salaries/Wages | | | | | | | |
| Payroll Taxes | | | | | | | |
| Rent and Lease Payments | | | | | | | |
| Repairs and Maintenance | | | | | | | |
| Secured Debt Payments | | | | | | | |
| Supplies | | | | | | | |
| Utilities | | | | | | | |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | | | | | | | |
| **NET CASH FLOW** | | | | | | | |
| **Ending Cash Balance** | | | | | | | |

*Requires Court approval*

United States Trustee-District of Idaho

UST-1A
December 2017

**SIX-MONTH POST-PETITION CASH PROJECTIONS**
**(CHAPTER 11 NON-BUSINESS DEBTOR)**

Case No _____
Debtor _____

| | Month: ___ | Month: ___ | Month: ___ | Month: ___ | Month: ___ | Month: ___ | Six-Month Total |
|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | | |
| **CASH RECEIPTS** | | | | | | | |
| Net Wages | | | | | | | |
| Rental Income | | | | | | | |
| Sale of Assets | | | | | | | |
| Post-Petition Borrowing | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH RECEIPTS** | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | |
| Auto Loan/Lease Payments | | | | | | | |
| Domestic Support Obligations | | | | | | | |
| Insurance | | | | | | | |
| Mortgage Payments | | | | | | | |
| Other Secured Debt Payments | | | | | | | |
| Personal Living Expenses | | | | | | | |
| Rent | | | | | | | |
| Professional Fees* | | | | | | | |
| UST Quarterly Fees | | | | | | | |
| Other:_____ | | | | | | | |
| Other:_____ | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | | | | | | | |
| **NET CASH FLOW** | | | | | | | |
| **Ending Cash Balance** | | | | | | | |

*Requires Court approval

United States Trustee-District of Idaho

UST-1B
December 2017

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: _____     Date report filed: _____
                                          MM / DD / YYYY

Line of business: _____     NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party   _____

Printed name of responsible party   _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name  _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                              ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                          $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                               $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                               − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.                                          + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.                    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                      $ _____

    *(Exhibit E)*

Debtor Name   _____                                    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                           $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                         _____
27. What is the number of employees as of the date of this monthly report?                                            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                          $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?           $ _____
30. How much have you paid this month in other professional fees?                                                    $ _____
31. How much have you paid in total other professional fees since filing the case?                                   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|     | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                                $ _____
36. Total projected cash disbursements for the next month:                                                         − $ _____
37. Total projected net cash flow for the next month:                                                              = $ _____

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**                    page **3**

Debtor Name  _____                    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [ ] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.