**Fill in this information to identify the case:**

Debtor name  **HMH Construction, LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  **23-00191**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 5, 2023**    *X* **/s/ John Odom**

Signature of individual signing on behalf of debtor

**John Odom**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **HMH Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **23-00191**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*..........................................................................................    $    **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................    $    **12,315,184.23**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..........................................................................................    $    **12,315,184.23**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **3,985,694.30**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **7,175,262.91**

4. **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b        $    **11,160,957.21**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **HMH Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **23-00191**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Idaho First Bank** | **Checking** | **4425** | **$110.89** |
| 3.2. | **Idaho First Bank** | **Money Market Account** | **5866** | **$1,006.34** |
| 3.3. | **Idaho First Bank** | **Checking account used for payroll** | **4433** | **$0.59** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,117.82 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor   **HMH Construction, LLC**                                    Case number *(If known)*  **23-00191**
_____
Name

| | | |
|---|---|---|
| 7.1. | **Security Deposit with landlord H.O.T.  2, LLLP** | $8,622.00 |
| 7.2. | **Security Deposit with landlord Stellco** | $2,500.00 |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**                                                         | $11,122.00 |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 218,000.00 | - | 0.00 | = .... $218,000.00 |
| 11a. 90 days old or less: | 201,750.59 | - | 92,569.30 | = .... $109,181.29 |
| 11b. Over 90 days old: | 9,081,466.24 | - | 3,209,428.12 | =.... $5,872,038.12 |

**12.**  **Total of Part 3.**                                                        | $6,199,219.41 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **HMH Construction, LLC** | Case number *(If known)* **23-00191** |
|---|---|---|
| | Name | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2018 SPRC Utility trailer used for pressure washing** | **$0.00** | | **$6,000.00** |
| 47.2. | **2020 CTRN Enclosed trailer** | **$0.00** | | **$7,000.00** |
| 47.3. | **2018 Mirage Cargo Trailer used by prep crew** | **$0.00** | | **$5,000.00** |
| 47.4. | **2021 Mirage cargo trailer** | **$0.00** | | **$8,000.00** |
| 47.5. | **2020 Patriot 7x14 bumper pull trailer** | **$0.00** | | **$10,000.00** |
| 47.6. | **2022 Big Tex 12' bumper pull trailer** | **$0.00** | | **$4,000.00** |
| 47.7. | **2022 Midsota 24 tilte deck trailer** | **$0.00** | | **$19,700.00** |
| 47.8. | **2021 Snake River flatbed trailer used by foundation crew** | **$0.00** | | **$7,000.00** |
| 47.9. | **1992 Fruehauf 45'x102' Semi Trailer** | **$0.00** | | **$6,500.00** |
| 47.10. | **2020 C&B flatbed trailer used for foundation footing** | **$0.00** | | **$5,500.00** |
| 47.11. | **2017 Dovetail 18' tile trailer** | **$0.00** | | **$9,900.00** |
| 47.12. | **1992 Fruehauf 45'x102' Dry Van trailer** | **$0.00** | | **$7,500.00** |
| 47.13. | **2020 C&B Flatbed trailer used by flatwork crew** | **$0.00** | | **$5,247.00** |

Debtor    **HMH Construction, LLC**                                    Case number *(If known)*  **23-00191**
             Name

| | | | |
|---|---|---|---|
| 47.14. | **2022 CTRN Cargo Trailer** | $0.00 | $18,000.00 |
| 47.15. | **2022 CTRN Enclosed trailer used by flatwork crew** | $0.00 | $10,000.00 |
| 47.16. | **1953 utility dump trailer** | $0.00 | $4,000.00 |
| 47.17. | **1979 Striut utility trailer used as dry box** | $0.00 | $4,000.00 |
| 47.18. | **2017 Summit trailer** | $0.00 | $6,000.00 |
| 47.19. | **2022 Haulmark Blackout trailer w/electric awnings** | $0.00 | $60,000.00 |
| 47.20. | **2022 Haulmark Blackout enclosed trailer w/ramp and 2 electric awnings** | $0.00 | $60,000.00 |
| 47.21. | **1996 US Trailer Van Trailer (attached to 2019 Peterbilt)** | $0.00 | $100,000.00 |
| 47.22. | **1953 Fruehauf flatbed trailer** | $0.00 | $6,000.00 |
| 47.23. | **2018 Dodge Ram 2500 at shop** | $0.00 | $45,890.00 |
| 47.24. | **2013 Ford F350 at shop** | $0.00 | $25,000.00 |
| 47.25. | **2018 Doge Ram 2500** | $0.00 | $72,000.00 |
| 47.26. | **2021 Dodge Ram 2500** | $0.00 | $66,500.00 |
| 47.27. | **2021 Dodge Ram 2500 at shop** | $0.00 | $90,000.00 |
| 47.28. | **2021 Dodge Ram 2500** | $0.00 | $75,000.00 |
| 47.29. | **2018 Dodge Ram at shop** | $0.00 | $48,100.00 |
| 47.30. | **2014 Ford F350** | $0.00 | $30,000.00 |

Debtor    **HMH Construction, LLC**
Name

Case number *(If known)* **23-00191**

| | | | |
|---|---|---|---|
| 47.31. | **2022 Dodge Ram 2500** | $0.00 | $88,000.00 |
| 47.32. | **2022 Dodge Ram 2500** | $0.00 | $90,000.00 |
| 47.33. | **2022 Dodge Ram 1500 at shop** | $0.00 | $51,000.00 |
| 47.34. | **2021 Cadillac Ecalade** | $0.00 | $115,000.00 |
| 47.35. | **2022 Nissan Titan (vehicle leased with zero cash value to debtor)** | $0.00 | $0.00 |
| 47.36. | **2022 Dodge Ram 2500** | $0.00 | $80,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **VIBRO MAX SV212 Roller Model 660192** | $38,000.00 | $38,000.00 |
| **Creditor picked up equipment January but didn't resell prior to filing** | $0.00 | Unknown |
| **2019 Catepillar Mini Excavator/Hydraulic Excavator** | $40,000.00 | $61,020.00 |
| **2007 Caterprillar 623G Scaper** | $0.00 | $316,234.00 |
| **2017 Doosan DL220 Excavator w/Pallet foks loader** | $0.00 | $80,149.00 |
| **2018 Hamm Single Smooth Drum 66" Wide Roller** | $0.00 | $71,350.00 |
| **2021 John Deere 470G Excavator** | $0.00 | $421,882.00 |
| **2021 John Deere 350GLC Excavator** | $0.00 | $296,600.00 |
| **2021 John Deere 245G FT4 Excavator** | $0.00 | $223,454.00 |

Debtor  **HMH Construction, LLC**                          Case number *(If known)*  **23-00191**
        <sub>Name</sub>

| | | |
|---|---|---|
| **2021 John Deere 210GLC Excavator with 2021 NK C8C Plate compactor** | $0.00 | $198,307.00 |
| **2022 John Deere 350P Excavator w/36" & 60" buckets** | $0.00 | $337,290.00 |
| **2018 Komatsu GD655-6 Motor Grader** <br> **2018 Hyper V Base & Rover Kit** | $0.00 | $219,974.00 |
| **2017 Komatsu WA380-8 Wheel Loader & Bucket** <br> **2016 JRB Bucket** | $0.00 | $219,800.00 |
| **2020 Komatsu D51PXi-24 Crawler Dozer - $188,953** <br> **2021 Topcom Hyper V Base & Rover GPS Station - $191,047** | $0.00 | $380,000.00 |
| **2021 Komatsu WA 380-8 Wheel Loader** <br> **2021 Komatsu WA380/430 PSM Ford** <br> **2021 Komatsu WA380 Bucket w/quick connect** | $0.00 | $357,000.00 |
| **2018 Komatsu WA380-8 Wheel Loader** <br> **Yard Buket** <br> **106 x 72 Forks** | $0.00 | $250,000.00 |
| **2019 Komatsu D61PX-24 Crawler Dozer** | $0.00 | $198,125.00 |
| **2022 Komatsu WA380/430 Wheel Loader with Rockland bucket & PSM** | $0.00 | $243,775.00 |
| **2019 Komatsu D61PX-24 Crawler Dozer** | $0.00 | $310,916.00 |
| **2019 Komatsu Hydraulic Excavator w/36" and 60" buckets** | $0.00 | $277,344.00 |
| **1987 Freightliner truck used as site watering truck** | $0.00 | $18,000.00 |
| **1994 Freightliner Semi Truck used as advertisment** | $0.00 | $200,000.00 |
| **2020 Doosan DL280-5 Wheel Loader** | $0.00 | $138,668.00 |

51.  **Total of Part 8.**                                                       | **$6,103,725.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

| Debtor | **HMH Construction, LLC** | Case number *(if known)* **23-00191** |
|---|---|---|
| | Name | |

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Potential future tax refunds.  Most likely applied to any amount owed by taxing authorities**       Tax year  future       Unknown

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                         **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **HMH Construction, LLC**                          Case number *(If known)*  **23-00191**
          <sub>Name</sub>

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,117.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,122.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,199,219.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,103,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,315,184.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,315,184.23 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **HMH Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   **23-00191**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.1  Ally Financial Inc**
Creditor's Name

**AIS Portfolio Services, LLC**
**4515 N Santa Fe Ave. #APC**
**Oklahoma City, OK 73118**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2018 Dodge Ram 2500 at shop**

Describe the lien
**Business Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$36,597.20**    Column B: **$45,890.00**

---

**2.2  Ally Financial Inc**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2021 Dodge Ram 2500**

Describe the lien
**Business Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$33,779.40**    Column B: **$75,000.00**

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial Inc** | Describe debtor's property that is subject to a lien | $88,051.50 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Dodge Ram 2500**

**PO Box 380901
Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $20,171.39 | $61,020.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Catepillar Mini Excavator/Hydraulic Excavator**

**PO Box 100647
Pasadena, CA 91189-0647**

Creditor's mailing address

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $48,689.15 | $90,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 Dodge Ram 2500 at shop**

**Po Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No

---

| Debtor | **HMH Construction, LLC** | | Case number (if known) | **23-00191** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| Creditor's email address, if known | ☐ Yes **Is anyone else liable on this claim?** | |
| **Date debt was incurred** **2021** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | |

---

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.6 | **Commercial Credit Group** | **Describe debtor's property that is subject to a lien** **Creditor picked up equipment January but didn't resell prior to filing** | | |
| | Creditor's Name | | | |
| | **525 N. Tryon Street, Ste 100 Charlotte, NC 28202** | | | |
| | Creditor's mailing address | **Describe the lien** **Business Loan** | | |
| | | **Is the creditor an insider or related party?** ■ No | | |
| | Creditor's email address, if known | ☐ Yes **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

| | | | $65,000.00 | $115,000.00 |
|---|---|---|---|---|
| 2.7 | **Don Carter** | **Describe debtor's property that is subject to a lien** **2021 Cadillac Ecalade** | | |
| | Creditor's Name | | | |
| | Creditor's mailing address | **Describe the lien** **Business Loan** | | |
| | | **Is the creditor an insider or related party?** ■ No | | |
| | Creditor's email address, if known | ☐ Yes **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

| | | | $37,091.40 | $66,500.00 |
|---|---|---|---|---|
| 2.8 | **Fifth Third Bank** | **Describe debtor's property that is subject to a lien** | | |

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 3 of 12 |

Debtor  **HMH Construction, LLC**                                    Case number (if known)  **23-00191**
_____
Name

| Creditor's Name | |
|---|---|
| **38 Foundation Square Plaza**<br>**MD 109098**<br>**Cincinnati, OH 45263-0001** | **2021 Dodge Ram 2500** |

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2021**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | $12,575.45 | $80,149.00 |
|---|---|---|---|---|

Creditor's Name
**3455 S. 344th Way**
**Suite 300**
**Auburn, WA 98001-9546**

**2017 Doosan DL220 Excavator w/Pallet foks loader**

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2021**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $153,554.40 | $316,234.00 |
|---|---|---|---|---|

Creditor's Name
**11100 Wayzata Blvd**
**Suite 700**
**Hopkins, MN 55305**

**2007 Caterprillar 623G Scaper**

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2021**
Last 4 digits of account number

---

| Debtor | HMH Construction, LLC | Case number (if known) | 23-00191 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $482,688.70 | $421,882.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600
Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 John Deere 470G Excavator**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $403,324.98 | $296,600.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600
Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2022
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 John Deere 350GLC Excavator**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $266,592.88 | $223,454.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600
Johnston, IA 50131**

**Describe debtor's property that is subject to a lien**
**2021 John Deere 245G FT4 Excavator**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 12 |
|---|---|---|

Debtor    **HMH Construction, LLC**                          Case number (if known)    **23-00191**

_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Business Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred**<br>**2022**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 4 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $274,361.33 | $198,307.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131**

Creditor's mailing address

**2021 John Deere 210GLC Excavator with 2021 NK C8C Plate compactor**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $367,554.80 | $337,290.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600**
**Johnston, IA 50131**

Creditor's mailing address

**2022 John Deere 350P Excavator w/36" & 60" buckets**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **JPMorgan Chase & Co** | Describe debtor's property that is subject to a lien | $55,698.75 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: James Dimon, CEO 270 Park Avenue, 39th Floor New York, NY 10017**

**2022 Dodge Ram 2500**

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $73,000.00 | $71,350.00 |
|---|---|---|---|---|

Creditor's Name

**1701 W Golf Road - Suite 1-3 P. O. Box 3002 Rolling Meadows, IL 60008**

**2018 Hamm Single Smooth Drum 66" Wide Roller**

Creditor's mailing address

Describe the lien
**Business Loan**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $172,653.93 | $219,974.00 |
|---|---|---|---|---|

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2018 Komatsu GD655-6 Motor Grader**
**2018 Hyper V Base & Rover Kit**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $83,455.93 | $219,800.00 |

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Komatsu WA380-8 Wheel Loader & Bucket**
**2016 JRB Bucket**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $218,272.29 | $380,000.00 |

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2020 Komatsu D51PXi-24 Crawler Dozer - $188,953**
**2021 Topcom Hyper V Base & Rover GPS Station - $191,047**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $230,435.76 | $357,000.00 |
|---|---|---|---|---|

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**
Creditor's mailing address

**2021 Komatsu WA 380-8 Wheel Loader**
**2021 Komatsu WA380/430 PSM Ford**
**2021 Komatsu WA380 Bucket w/quick connect**

**Describe the lien**
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $57,044.72 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**
Creditor's mailing address

**2018 Komatsu WA380-8 Wheel Loader**
**Yard Buket**
**106 x 72 Forks**

**Describe the lien**
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **HMH Construction, LLC** _____ Case number (if known) **23-00191**
Name

| 2.2 3 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $92,905.42 | $198,125.00 |

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

**2019 Komatsu D61PX-24 Crawler Dozer**

Creditor's mailing address

Describe the lien
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 4 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $281,030.22 | $243,775.00 |

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

**2022 Komatsu WA380/430 Wheel Loader with Rockland bucket & PSM**

Creditor's mailing address

Describe the lien
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 5 | **Komatsu Finacial** | Describe debtor's property that is subject to a lien | $155,446.32 | $310,916.00 |

Creditor's Name

**1701 W Golf Road - Suite 1-3**
**P. O. Box 3002**
**Rolling Meadows, IL 60008**

**2019 Komatsu D61PX-24 Crawler Dozer**

Creditor's mailing address

Describe the lien
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

| Debtor | **HMH Construction, LLC** | | Case number (if known) | **23-00191** |
|---|---|---|---|---|
| | Name | | | |

---

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $217,718.38 | $277,344.00 |
|---|---|---|---|---|

Creditor's Name
**8770 W. Bryn Mawr Ave Suite 100**
**Chicago, IL 60631**
Creditor's mailing address

**2019 Komatsu Hydraulic Excavator w/36" and 60" buckets**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Nissan Motor Acceptance** | Describe debtor's property that is subject to a lien | $58,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 78132**
**Phoenix, AZ 85062-8132**
Creditor's mailing address

**2022 Nissan Titan (vehicle leased with zero cash value to debtor)**

**Describe the lien**
**Commercial Vehicle Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,985,694.3** |

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

|  | **0** |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Huntington National Bank**<br>**17 S High St**<br>**Columbus, OH 43215** | Line  **2.10** | |
| **Komatsu Financial**<br>**8770 W. Bryn Mawr Ave**<br>**Suite 100**<br>**Chicago, IL 60631** | Line  **2.17** | |

**Fill in this information to identify the case:**

Debtor name **HMH Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) **23-00191**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Idaho State Tax Commission**<br>**P.O. Box 36**<br>**800 Park Blvd**<br>**Boise, ID 83722** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Business Taxes - payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**2022-2023**

Basis for the claim:
**Business Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

**3.1** Nonpriority creditor's name and mailing address

AAA Fence Rental Inc
2429 Meadow View Rd.
Kuna, ID 83634

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Expense

Is the claim subject to offset? ■ No ☐ Yes

**$712.32**

---

**3.2** Nonpriority creditor's name and mailing address

ADP, LLC
PO Box 842875
Boston, MA 02284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business expenses -returned payroll advances

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3** Nonpriority creditor's name and mailing address

Ahern Rental - Texas Branch
PO BOX 271390
Las Vegas, NV 89127

Date(s) debt was incurred  2022-2023

Last 4 digits of account number  0824

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Expense

Is the claim subject to offset? ■ No ☐ Yes

**$168,696.75**

---

**3.4** Nonpriority creditor's name and mailing address

Ahern Rentals, Inc
8350 Eastgate Road
Henderson, NV 89015

Date(s) debt was incurred _

Last 4 digits of account number  0824

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Expense

Is the claim subject to offset? ■ No ☐ Yes

**$410.75**

---

**3.5** Nonpriority creditor's name and mailing address

Alloway Electric Company
502 E. 45th St.
Garden City, ID 83714

Date(s) debt was incurred _

Last 4 digits of account number  2787

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Expense

Is the claim subject to offset? ■ No ☐ Yes

**$94,826.50**

---

**3.6** Nonpriority creditor's name and mailing address

Alva Advance
c/o Gene Rosen, Atty
200 Garden City Plaza #405
Garden City, NY 11530

Date(s) debt was incurred  2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

**$218,000.00**

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|
| ARMOR<br>4329 Reeder Dr<br>Carrollton, TX 75010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.00 |
|---|---|---|
| Atkins Electric<br>5906 W Victory Road<br>Boise, ID 83709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2022-2023 | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,983.75 |
|---|---|---|
| Bar 7 LLC<br>6001 Randolph Drive<br>Boise, ID 83709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2022-2023 | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,642.45 |
|---|---|---|
| BEAM<br>Dept. Ch 19072<br>Palatine, IL 60055-9072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,364.46 |
|---|---|---|
| BigHorn Traffic Services<br>2015 Delta Drive<br>Nampa, ID 83687 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2022-2023 | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.78 |
|---|---|---|
| Blue Cross of Idaho<br>3000 E. Pine Avenue<br>Meridian, ID 83642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Expense | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Blue Elephant Financing<br>3 Main Street<br>Suite 301<br>Irvington, NY 10533 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Expense - judgment | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **HMH Construction, LLC**                                    Case number (if known)    **23-00191**
_____
Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,379.70** |
|---|---|---|---|

**Blue Peak Engineering Inc**
**18543 Yorba Linda Blvd #235**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2022-2023

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$877,536.66** |
|---|---|---|---|

**BMT Capital Group, Inc.**
**c/o Isaac H Greenfield, Atty**
**2 Executive Blvd #305**
**Suffern, NY 10901**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,750.00** |
|---|---|---|---|

**Casta-3 Construction LLC**
**5108 Barbara Road**
**Fort Worth, TX 76114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2022-2023

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,959.35** |
|---|---|---|---|

**Central Paving**
**P. O. Box 15010**
**Boise, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.98** |
|---|---|---|---|

**Century Link Bankruptcy**
**700 W. Mineral Ave**
**Arizona Room**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number**  941B

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,142.96** |
|---|---|---|---|

**City of Eagle**
**PO Box 1520**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,011.22** |
|---|---|---|---|

**City of Meridian**
**33 E. Idaho Avenue**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number**  5010

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
| --- | --- | --- | --- |
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,852.22** |
| --- | --- | --- | --- |

**City of Meridian**
**33 E. Idaho Avenue**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **5421**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| --- | --- | --- | --- |

**City of Nampa**
**224 11th Avenue South**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **80**

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,558.00** |
| --- | --- | --- | --- |

**CMT Engineering Laboratories**
**2796 South Redwood Road**
**Salt Lake City, UT 84110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **H200**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,923.19** |
| --- | --- | --- | --- |

**Coastline Equipment**
**2000 E. Overland Road**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **0577**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562.70** |
| --- | --- | --- | --- |

**Code Red Towing of Idaho**
**3315 Caldwell Blvd**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562.70** |
| --- | --- | --- | --- |

**Colonial Life**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
| --- | --- | --- | --- |

**Concret Cutting Services**
**8555 S. Coveyridge Lane**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291,089.14**

**Conrad Bischoff**
**9250 Cherry Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1120**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,773.00**

**CTC Transportation LLC**
**P.O. Box 488**
**Euless, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,683.54**

**Curtis Clean Sweep Inc**
**P.O. Box 44112**
**Boise, ID 83711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,250.00**

**Cutting Edge Landscape**
**5407 Alworth**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,622.33**

**CXT Incorporation**
**P.O. Box 676208**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5084**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,538.99**

**Dennis Dillon**
**2777 South Orchard**
**PO Box 7944**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0900**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00**

**Denton Municipal Utilities**
**601 E Hickory Street**
**Suite F**
**Denton, TX 76205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7600**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,532.00** |
|---|---|---|---|

**Dept of Labor - OSHA**
**1387 S. Vinnell Way Suite 21**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,837.95** |
|---|---|---|---|

**Discount Tire Texas**
**8700 Ohio Dr.**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6788**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|

**Eagle Sewer District**
**44 N. Palmetto Avenue**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$841.25** |
|---|---|---|---|

**EHM Engineers, Inc.**
**621 N College Rd., Suite 100**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.66** |
|---|---|---|---|

**Equipment Share**
**PO Box 650429**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3032**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,511.15** |
|---|---|---|---|

**Farmers Union Ditch Co. Ltd**
**PO Box 1474**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,288.86** |
|---|---|---|---|

**Federated Insurance**
**PO Box 328**
**Owatonna, MN 55060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5867,5869**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
Ferguson Waterworks
P.O. Box 802817
Chicago, IL 60680

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$9,999.88**

---

**3.44**

**Nonpriority creditor's name and mailing address**
Forsgren Associates, Inc
370 East 500 South, Ste. 200
Salt Lake City, UT 84111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$20,054.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
G&B Redi Mix
6701 East Flamingo Avenue☐
Nampa, ID 83687-9505

Date(s) debt was incurred _

Last 4 digits of account number  **HMHCONS**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$6,690.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
Globaltranz
P.O. Box 203285
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number  **4023**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$7,288.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
GOMAINTENANCE
918 N. ORCHARD
Boise, ID 83706

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
Granite RE, Inc
14001 Quailbrook Drive
Oklahoma City, OK 73134

Date(s) debt was incurred _

Last 4 digits of account number  **5418**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$6,113.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
H.O.T. 2, LLLP
PO Box 1335
Meridian, ID 83680

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

**$36,085.20**

---

| Debtor | **HMH Construction, LLC** | | Case number (if known) | **23-00191** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541,658.74 |
|---|---|---|---|

**HD Fowler Company**
P.O. Box 84368
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1328**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,513.58 |
|---|---|---|---|

**High Desert Bobcat**
2324 Caldwell Blvd
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **MHCO**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,628.54 |
|---|---|---|---|

**Holt Cat**
PO Box 650345
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1375**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Huntington National Bank**
11100 Wayzata Blvd
Suite 700
Hopkins, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7000**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**Hyphen Solutions**
PO Box 208656
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672,849.00 |
|---|---|---|---|

**Idaho Central Credit Union**
PO Box 2469
Pocatello, ID 83206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense - judgment**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,644.00 |
|---|---|---|---|

**Idaho Central Credit Union**
PO Box 2469
Pocatello, ID 83206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense - credit card judgment**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| Debtor  **HMH Construction, LLC** | Case number *(if known)*   **23-00191** |
| Name | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,357.51** |
|---|---|---|---|

**Idaho Child Support Receipt**
**PO Box 70008**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186.28** |
|---|---|---|---|

**Idaho Dept of Transportation**
**3311 W. State Street**
**PO Box 7129**
**Boise, ID 83707-1129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Idaho Div of Occupational &**
**Professional Licenses**
**P.O. Box 83720**
**Boise, ID 83720-0063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,175.32** |
|---|---|---|---|

**Idaho Equipment Rental**
**738 S. Iron Springs Avenue**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,000.00** |
|---|---|---|---|

**Idaho Erosion Control Inc**
**148 Blue Lakes Blvd N. #393**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,836.03** |
|---|---|---|---|

**Idaho Materials & Construct.**
**924 N Sugar Street**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,462.69** |
|---|---|---|---|

**Idaho Power**
**P.O. Box 70**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **4216**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |
|---|---|---|---|---|

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,450.05** |
|---|---|---|---|

**Idaho Precast Concrete, Inc.**
**1389 Madison**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5361_

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Incorporating Services Ltd**
**3500 S. DuPont Highway**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9256_

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,858.90** |
|---|---|---|---|

**Integrity Inspection Solut.**
**4419 Challenger Way**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,475.00** |
|---|---|---|---|

**J. E. C. LLC**
**P.O. Box 1512**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,847.72** |
|---|---|---|---|

**Jackson Peterbilt**
**1505 Industrial Way**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5888_

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,156.40** |
|---|---|---|---|

**JBJ Automotive & Diesel Rep.**
**5325 Lake Ave.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,232.04** |
|---|---|---|---|

**JMAC**
**PO Box 760**
**Caldwell, ID 83606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number (*if known*) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joel Mikasa**
**c/o Daniel Bower, Atty**
**12550 W Explorer Drive #100**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,852.30** |

**KB Fabrication & Welding**
**2675 E Lanark**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255,987.68** |

**Key Rentals Group LLC**
**127-A Motherlode Lane**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,920.17** |

**Kings Pro Tire Center**
**1111 1st Street South**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Attorney fees**

Last 4 digits of account number  **7183**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,206.93** |

**Kirby Smith Machinery Inc.**
**P.O. Box 270360**
**Oklahoma City, OK 73137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number  **O001**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.60** |

**License Plate Toll**
**E-470 Public Highway Authori**
**P.O. Box 5470**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.97** |

**Lime Printing & Digital**
**8910 Wesley St Ste B**
**Greenville, TX 75402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   Business Expense**

Last 4 digits of account number  **1100**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

**LMK LLC**
**234 Davis**
**Nampa, ID 83651**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$22,206.24**

---

**3.79** | Nonpriority creditor's name and mailing address

**Matrix Engineering Inc**
**1020 W Main Street**
**Suite 100J**
**Boise, ID 83702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$21,175.16**

---

**3.80** | Nonpriority creditor's name and mailing address

**Meged Funding Group Corp**
**c/o Isaac Greenfield, Atty**
**2 Executive Blvd #305**
**Suffern, NY 10901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$745,722.76**

---

**3.81** | Nonpriority creditor's name and mailing address

**Meridian Auto Ranch**
**1005 E Fairview Avenue**
**Meridian, ID 83642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$531.35**

---

**3.82** | Nonpriority creditor's name and mailing address

**Modern Machinery**
**Unit 35, P.O. Box 4800**
**Portland, OR 97208**

Date(s) debt was incurred _
Last 4 digits of account number __4572__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$122,634.37**

---

**3.83** | Nonpriority creditor's name and mailing address

**Motion & Flow**
**920 E. Overland Rd**
**Meridian, ID 83642**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$78.61**

---

**3.84** | Nonpriority creditor's name and mailing address

**Mountain West Mgmt Group LLC**
**706 E. Main St.**
**Middleton, ID 83644**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Expense__

Is the claim subject to offset? ☐ No ☐ Yes

**$4,000.00**

---

| Debtor | **HMH Construction, LLC** | Case number (if known) | **23-00191** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.03 |
|---|---|---|---|

**Mustang Special Utility Dist**
7985 FM2931
Aubrey, TX 76227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.27 |
|---|---|---|---|

**Mustang Special Utility Dist**
7985 FM2931
Aubrey, TX 76227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.00 |
|---|---|---|---|

**Navest Fence Solutions**
727 Havendon Circle
Plano, TX 75023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,580.00 |
|---|---|---|---|

**NC Services**
4309 Ustick Rd.
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Nemec Engineering**
PO Box 1007
McCall, ID 83638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.15 |
|---|---|---|---|

**New Dry Creek Ditch Co. LTD**
PO Box 430
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,198.00 |
|---|---|---|---|

**New York Life**
P.O. Box 539
Dallas, TX 75221-0539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **HMH Construction, LLC**                                    Case number (if known)   **23-00191**
_____
Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,519.81 |
|---|---|---|---|

**Nichols Accounting Group**
**6075 E. Hunt Avenue**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **HMH**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.43 |
|---|---|---|---|

**Norco**
**P.O. Box 36144**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **GLM8**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.00 |
|---|---|---|---|

**Northwest Concrete Pumping**
**21480 Boise River Rd.**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **HMH**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.72 |
|---|---|---|---|

**Northwest Equipment Sales**
**2405 S Janeen St**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317.36 |
|---|---|---|---|

**Nucor Harris Rebar Boise Inc**
**2161 E Lanark Street**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,809.54 |
|---|---|---|---|

**Oldcastle Infrastructure**
**7000 Central Parkway**
**Suite 800**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2776**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,933.97 |
|---|---|---|---|

**P & K Stone, LLC**
**PO Box 189**
**Chico, TX 76431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$286,818.86**

**PNC Equipment Finance**
**655 Business Center Drive**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.19**

**Pollard Water**
**2907 Brandt Ave**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7815**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,833.42**

**PortaPros, LLC**
**P.O. Box 3296**
**Nampa, ID 83653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1518**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,521.38**

**Precion Pumping Systems**
**P.O. Box 3296**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$963.37**

**Premier Service LLC**
**7030 McGlochlin St.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,726.45**

**Profecssional Concrete Acces**
**111 E 39th Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.95**

**R Mobile Tire Service**
**7750 Birch Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|
| | Name | | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,632.73 |
|---|---|---|
| **R. B. Everett & Co**<br>**P.O. Box 7300**<br>**Pasadena, TX 77508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number  **4486** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275,000.00 |
|---|---|---|
| **Red Butte LLC**<br>**c/o Caleb R. Durrence**<br>**1015 Caldwell Blvd**<br>**Nampa, ID 83651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,481.96 |
|---|---|---|
| **Ricochet Fuel Distrutors Inc**<br>**1201 Royal Parkway**<br>**Arlington, TX 76004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number  **1352** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $907.50 |
|---|---|---|
| **Sawtooth Land Surveying LLC**<br>**2030 S. Washington Ave**<br>**Emmett, ID 83617** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,218.90 |
|---|---|---|
| **Silver Creek**<br>**2030 S. Washington Ave**<br>**Nampa, ID 83687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number  **9097** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|
| **Site Consulting LLC**<br>**PO Box 190537**<br>**Boise, ID 83719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363.43 |
|---|---|---|
| **Southern Tire Mart**<br>**35035 LBJ Freeway**<br>**Dallas, TX 75241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Business Expense** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,569.57** |
|---|---|---|---|

**Specialty Construction Supp.**
**348 NW 13th Place**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **HMHCONS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Specialty Hydrolics**
**4019 E Summit Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$805,953.00** |
|---|---|---|---|

**Steel National**
**414 Nelson Lane**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2023**

Basis for the claim:  **Mystic Creek project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.50** |
|---|---|---|---|

**Storage on Site LLC**
**1095 N. Verde Drive**
**Ontario, OR 97914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,513.83** |
|---|---|---|---|

**Syman LLC**
**2101 Delta Drive**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.41** |
|---|---|---|---|

**Tates Rents Corportate**
**515 Vista Avenue**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,334.24** |
|---|---|---|---|

**Taylor Law Offices**
**PO Box 268**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **nLLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **HMH Construction, LLC**                                        Case number (if known)    **23-00191**
_____
Name

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147.00** |
|---|---|---|---|

**Terminix**
PO Box 802155
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,177.08** |
|---|---|---|---|

**Texas First Rentals**
5665 Southeast Loop 410
San Antonio, TX 78222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8041**

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,533.65** |
|---|---|---|---|

**Texas Workforce Center**
P.O. Box 149137
Austin, TX 78714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,864.00** |
|---|---|---|---|

**Titan Concrete Pumping LLC**
P.O. Box 424
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,919.44** |
|---|---|---|---|

**United Rentals, Inc.**
PO Box 051122
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9992**

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,295.48** |
|---|---|---|---|

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$885.47** |
|---|---|---|---|

**US Bank Equipment Finance**
Attn: Recovery
1310 Madrid Street
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **9929**

Basis for the claim:   **Business Expense**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **HMH Construction, LLC**                                      Case number (if known)   **23-00191**
_____
Name

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,041.30** |

**Veolia Water of Idaho**
**8248 West Victory Rd**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **7438**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236,000.00** |

**Washington Trust Bank**
**Credit Card Division**
**PO Box 2127**
**Spokane, WA 99210-2127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |

**Western Records Destruction**
**1990 S. Cole Road**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **7112**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,951.62** |

**Western States Equipment**
**500 E Overland Road**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number  **6980**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wildcatter Realty Advisors**
**PO Box 802788**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,990.57** |

**Willammette Dental Insurance**
**6950 NE Campus Way**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bar 7 LLC**<br>**PO Box 15223**<br>**Boise, ID 83715** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **HMH Construction, LLC** | | Case number (if known) | **23-00191** |

Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Blue Elephant Financing**<br>**c/o Andrea Rosholt, Atty**<br>**210 Murray Street #B**<br>**Garden City, ID 83714** | Line  **3.14**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Bradley B LLC**<br>**2777 S. Orchard Street**<br>**Boise, ID 83705** | Line  **3.73**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Centurion American**<br>**1800 Valley View Lane**<br>**Dallas, TX 75234** | Line  **3.98**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Century Link**<br>**P.O. Box 2956**<br>**Phoenix, AZ 85062** | Line  **3.19**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Ferguson Waterworks**<br>**6715 W. Overland Road**<br>**Idaho Falls, ID 83402** | Line  **3.43**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Ferugson Waterworks**<br>**9450 SW Gemini Drive**<br>**Suite 7790**<br>**Beaverton, OR 97008-8000** | Line  **3.43**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Forsgren Associates, Inc**<br>**9450 SW Gemini Drive**<br>**Suite 7790**<br>**Beaverton, OR 97008-7105** | Line  **3.44**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Idaho Power**<br>**Corporate Cashier**<br>**PO Box 6062**<br>**Boise, ID 83707** | Line  **3.63**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Joseph M. Wager, Atty**<br>**827 E. Park Blvd**<br>**Suite 201**<br>**Boise, ID 83712** | Line  **3.73**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Josh Rohe, Atty**<br>**Bank of America Plaza**<br>**901 Main Street #610**<br>**Dallas, TX 75202** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Kimbell D. Gourley**<br>**Attorney at Law**<br>**PO Box 1097**<br>**Boise, ID 83701** | Line  **3.55**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Kimbell D. Gourley**<br>**Attorney at Law**<br>**PO Box 1097**<br>**Boise, ID 83701** | Line  **3.56**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Larry W. Denbrock**<br>**1213 Shahan Prairie Road**<br>**Little Elm, TX 75068** | Line **3.121**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Lukins & Annis, P.S.**<br>**Attn: Michael Schmidt**<br>**601 E. Front Avenue #303**<br>**Coeur D Alene, ID 83814** | Line **3.128**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Oldcastle Infrastructure**<br>**16419 Ten Lane**<br>**Nampa, ID 83687** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Peak Law LLC**<br>**PO Box 2563**<br>**Eagle, ID 83616** | Line **3.115**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **7,175,262.91** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **7,175,262.91** |

**Fill in this information to identify the case:**

Debtor name __**HMH Construction, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) __**23-00191**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for business location in Meridian, Idaho** | |
| State the term remaining | **3 years remaining** | |
| List the contract number of any government contract | | **H.O.T. 2, LLLP**<br>**PO Box 1335**<br>**Meridian, ID 83680** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **NNN Lease for commercial location in Nampa, Idaho** | |
| State the term remaining | **2 years 2 months remaining** | |
| List the contract number of any government contract | | **STELLCO, LLC**<br>**2703 N. Lakeharbor Lane**<br>**Boise, ID 83703** |

| Fill in this information to identify the case: |
|---|
| Debtor name **HMH Construction, LLC** |
| United States Bankruptcy Court for the: **DISTRICT OF IDAHO** |
| Case number (if known) **23-00191** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **John Odom** | **2501 E State Avenue Suite 110 Meridian, ID 83642** | **AAA Fence Rental Inc** | ☐ D _____ <br> ☑ E/F **3.1** <br> ☐ G _____ |
| 2.2 | **John Odom** | **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Ahern Rental - Texas Branch** | ☐ D _____ <br> ☑ E/F **3.3** <br> ☐ G _____ |
| 2.3 | **John Odom** | **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Ahern Rentals, Inc** | ☐ D _____ <br> ☑ E/F **3.4** <br> ☐ G _____ |
| 2.4 | **John Odom** | **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Alloway Electric Company** | ☐ D _____ <br> ☑ E/F **3.5** <br> ☐ G _____ |

Debtor    **HMH Construction, LLC**                                    Case number *(if known)*    **23-00191**

| ███ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.5 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Alva Advance** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.6**\_\_\_<br>☐ G \_\_\_\_ |
| 2.6 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **American Express** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.7**\_\_\_<br>☐ G \_\_\_\_ |
| 2.7 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **ARMOR** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.8**\_\_\_<br>☐ G \_\_\_\_ |
| 2.8 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Atkins Electric** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.9**\_\_\_<br>☐ G \_\_\_\_ |
| 2.9 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Bar 7 LLC** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.10**\_\_\_<br>☐ G \_\_\_\_ |
| 2.10 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **BEAM** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.11**\_\_\_<br>☐ G \_\_\_\_ |
| 2.11 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **BigHorn Traffic Services** | ☐ D \_\_\_\_<br>■ E/F \_\_\_**3.12**\_\_\_<br>☐ G \_\_\_\_ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | |
|---|---|
| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.12 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Blue Cross of Idaho** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

| 2.13 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Blue Elephant**<br>**Financing** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

| 2.14 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Blue Peak**<br>**Engineering Inc** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |

| 2.15 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Casta-3 Construction**<br>**LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

| 2.16 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Central Paving** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

| 2.17 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Century Link**<br>**Bankruptcy** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

| 2.18 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **City of Eagle** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

---

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **City of Meridian** | ☐ D _____ ▮ E/F __3.21__ ☐ G _____ |
| 2.20 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **City of Meridian** | ☐ D _____ ▮ E/F __3.22__ ☐ G _____ |
| 2.21 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **City of Nampa** | ☐ D _____ ▮ E/F __3.23__ ☐ G _____ |
| 2.22 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **CMT Engineering Laboratories** | ☐ D _____ ▮ E/F __3.24__ ☐ G _____ |
| 2.23 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Coastline Equipment** | ☐ D _____ ▮ E/F __3.25__ ☐ G _____ |
| 2.24 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Code Red Towing of Idaho** | ☐ D _____ ▮ E/F __3.26__ ☐ G _____ |
| 2.25 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Colonial Life** | ☐ D _____ ▮ E/F __3.27__ ☐ G _____ |

Debtor   **HMH Construction, LLC**                                    Case number *(if known)*   **23-00191**

---

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.26   **John Odom**     **2501 E State Avenue**      **Conceret Cutting**     ☐ D _____
                          **Suite 110**                **Services**            ▮ E/F   **3.28**
                          **Meridian, ID 83642**                               ☐ G _____

2.27   **John Odom**     **2501 E State Avenue**      **Conrad Bischoff**      ☐ D _____
                          **Suite 110**                                        ▮ E/F   **3.29**
                          **Meridian, ID 83642**                               ☐ G _____

2.28   **John Odom**     **2501 E State Avenue**      **CTC Transportation**   ☐ D _____
                          **Suite 110**                **LLC**                  ▮ E/F   **3.30**
                          **Meridian, ID 83642**                               ☐ G _____

2.29   **John Odom**     **2501 E State Avenue**      **Curtis Clean Sweep**   ☐ D _____
                          **Suite 110**                **Inc**                  ▮ E/F   **3.31**
                          **Meridian, ID 83642**                               ☐ G _____

2.30   **John Odom**     **2501 E State Avenue**      **Cutting Edge**         ☐ D _____
                          **Suite 110**                **Landscape**           ▮ E/F   **3.32**
                          **Meridian, ID 83642**                               ☐ G _____

2.31   **John Odom**     **2501 E State Avenue**      **CXT Incorporation**    ☐ D _____
                          **Suite 110**                                        ▮ E/F   **3.33**
                          **Meridian, ID 83642**                               ☐ G _____

2.32   **John Odom**     **2501 E State Avenue**      **Dennis Dillon**        ☐ D _____
                          **Suite 110**                                        ▮ E/F   **3.34**
                          **Meridian, ID 83642**                               ☐ G _____

---

Official Form 206H                         Schedule H: Your Codebtors                         Page  5 of 19

Debtor   **HMH Construction, LLC**                                Case number *(if known)*   **23-00191**

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.33 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Denton Municipal Utilities** | ☐ D _____ ◼ E/F  **3.35** ☐ G _____ |
| 2.34 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Dept of Labor - OSHA** | ☐ D _____ ◼ E/F  **3.36** ☐ G _____ |
| 2.35 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Discount Tire Texas** | ☐ D _____ ◼ E/F  **3.37** ☐ G _____ |
| 2.36 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Eagle Sewer District** | ☐ D _____ ◼ E/F  **3.38** ☐ G _____ |
| 2.37 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **EHM Engineers, Inc.** | ☐ D _____ ◼ E/F  **3.39** ☐ G _____ |
| 2.38 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Equipment Share** | ☐ D _____ ◼ E/F  **3.40** ☐ G _____ |
| 2.39 | **John Odom** **2501 E State Avenue Suite 110 Meridian, ID 83642** | **Farmers Union Ditch Co. Ltd** | ☐ D _____ ◼ E/F  **3.41** ☐ G _____ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |
|--------|---------------------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.40 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Federated Insurance** | ☐ D _____<br>■ E/F ___**3.42**___<br>☐ G _____ |
| 2.41 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Ferguson Waterworks** | ☐ D _____<br>■ E/F ___**3.43**___<br>☐ G _____ |
| 2.42 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Forsgren Associates, Inc** | ☐ D _____<br>■ E/F ___**3.44**___<br>☐ G _____ |
| 2.43 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **G&B Redi Mix** | ☐ D _____<br>■ E/F ___**3.45**___<br>☐ G _____ |
| 2.44 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Globaltranz** | ☐ D _____<br>■ E/F ___**3.46**___<br>☐ G _____ |
| 2.45 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **GOMAINTENANCE** | ☐ D _____<br>■ E/F ___**3.47**___<br>☐ G _____ |
| 2.46 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Granite RE, Inc** | ☐ D _____<br>■ E/F ___**3.48**___<br>☐ G _____ |

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |

---

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.47 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **H.O.T. 2, LLLP** | ☐ D _____ <br> ☑ E/F   **3.49** <br> ☐ G _____ |
| 2.48 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **HD Fowler Company** | ☐ D _____ <br> ☑ E/F   **3.50** <br> ☐ G _____ |
| 2.49 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **High Desert Bobcat** | ☐ D _____ <br> ☑ E/F   **3.51** <br> ☐ G _____ |
| 2.50 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Holt Cat** | ☐ D _____ <br> ☑ E/F   **3.52** <br> ☐ G _____ |
| 2.51 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Hyphen Solutions** | ☐ D _____ <br> ☑ E/F   **3.54** <br> ☐ G _____ |
| 2.52 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Idaho Central Credit Union** | ☐ D _____ <br> ☑ E/F   **3.55** <br> ☐ G _____ |
| 2.53 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Idaho Central Credit Union** | ☐ D _____ <br> ☑ E/F   **3.56** <br> ☐ G _____ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |

---

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.54 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Child Support Receipt** | ☐ D _____<br>☑ E/F  **3.57**<br>☐ G _____ |
| 2.55 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Dept of Transportation** | ☐ D _____<br>☑ E/F  **3.58**<br>☐ G _____ |
| 2.56 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Div of Occupational &** | ☐ D _____<br>☑ E/F  **3.59**<br>☐ G _____ |
| 2.57 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Equipment Rental** | ☐ D _____<br>☑ E/F  **3.60**<br>☐ G _____ |
| 2.58 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Erosion Control Inc** | ☐ D _____<br>☑ E/F  **3.61**<br>☐ G _____ |
| 2.59 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Materials & Construct.** | ☐ D _____<br>☑ E/F  **3.62**<br>☐ G _____ |
| 2.60 | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Power** | ☐ D _____<br>☑ E/F  **3.63**<br>☐ G _____ |

---

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |
|---|---|---|---|---|

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.61 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho Precast Concrete, Inc.** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.62 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Idaho State Tax Commission** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.63 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Incorporating Services Ltd** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.64 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Integrity Inspection Solut.** | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.65 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.66 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **J. E. C. LLC** | ☐ D _____<br>■ E/F __3.67__<br>☐ G _____ |
| 2.67 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Jackson Peterbilt** | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.68 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **JBJ Automotive & Diesel Rep.** | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.69 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **JMAC** | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.70 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **Joel Mikasa** | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.71 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **KB Fabrication & Welding** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.72 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **Key Rentals Group LLC** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.73 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **Kings Pro Tire Center** | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |
| 2.74 | **John Odom** 2501 E State Avenue Suite 110 Meridian, ID 83642 | **Kirby Smith Machinery Inc.** | ☐ D _____ ■ E/F __3.75__ ☐ G _____ |

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |

---

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.75 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **License Plate Toll** | ☐ D _____<br>■ E/F ___**3.76**___<br>☐ G _____ |
| 2.76 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Lime Printing &**<br>**Digital** | ☐ D _____<br>■ E/F ___**3.77**___<br>☐ G _____ |
| 2.77 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **LMK LLC** | ☐ D _____<br>■ E/F ___**3.78**___<br>☐ G _____ |
| 2.78 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Matrix Engineering**<br>**Inc** | ☐ D _____<br>■ E/F ___**3.79**___<br>☐ G _____ |
| 2.79 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Meridian Auto Ranch** | ☐ D _____<br>■ E/F ___**3.81**___<br>☐ G _____ |
| 2.80 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Modern Machinery** | ☐ D _____<br>■ E/F ___**3.82**___<br>☐ G _____ |
| 2.81 | **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Motion & Flow** | ☐ D _____<br>■ E/F ___**3.83**___<br>☐ G _____ |

---

| Debtor | **HMH Construction, LLC** | Case number *(if known)* | **23-00191** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.82 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Mountain West Mgmt Group LLC | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.83 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Mustang Special Utility Dist | ☐ D _____<br>■ E/F __3.85__<br>☐ G _____ |
| 2.84 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Mustang Special Utility Dist | ☐ D _____<br>■ E/F __3.86__<br>☐ G _____ |
| 2.85 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Navest Fence Solutions | ☐ D _____<br>■ E/F __3.87__<br>☐ G _____ |
| 2.86 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | NC Services | ☐ D _____<br>■ E/F __3.88__<br>☐ G _____ |
| 2.87 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Nemec Engineering | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.88 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | New Dry Creek Ditch Co. LTD | ☐ D _____<br>■ E/F __3.90__<br>☐ G _____ |

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.89 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **New York Life** | ☐ D _____ <br> ■ E/F __3.91__ <br> ☐ G _____ |
| 2.90 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Nichols Accounting Group** | ☐ D _____ <br> ■ E/F __3.92__ <br> ☐ G _____ |
| 2.91 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Norco** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |
| 2.92 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Northwest Concrete Pumping** | ☐ D _____ <br> ■ E/F __3.94__ <br> ☐ G _____ |
| 2.93 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Northwest Equpiment Sales** | ☐ D _____ <br> ■ E/F __3.95__ <br> ☐ G _____ |
| 2.94 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Nucor Harris Rebar Boise Inc** | ☐ D _____ <br> ■ E/F __3.96__ <br> ☐ G _____ |
| 2.95 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Oldcastle Infrastructure** | ☐ D _____ <br> ■ E/F __3.97__ <br> ☐ G _____ |

Debtor    **HMH Construction, LLC**                                    Case number *(if known)*    **23-00191**

| **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.96 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **Pollard Water** | ☐ D _____ ☑ E/F __**3.100**__ ☐ G _____ |
| 2.97 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **PortaPros, LLC** | ☐ D _____ ☑ E/F __**3.101**__ ☐ G _____ |
| 2.98 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **Precion Pumping Systems** | ☐ D _____ ☑ E/F __**3.102**__ ☐ G _____ |
| 2.99 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **Premier Service LLC** | ☐ D _____ ☑ E/F __**3.103**__ ☐ G _____ |
| 2.100 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **Profecssional Concrete Acces** | ☐ D _____ ☑ E/F __**3.104**__ ☐ G _____ |
| 2.101 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **R Mobile Tire Service** | ☐ D _____ ☑ E/F __**3.105**__ ☐ G _____ |
| 2.102 | **John Odom** **2501 E State Avenue** **Suite 110** **Meridian, ID 83642** | **R. B. Everett & Co** | ☐ D _____ ☑ E/F __**3.106**__ ☐ G _____ |

Debtor    **HMH Construction, LLC**

Case number *(if known)*    **23-00191**

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.103 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Ricochet Fuel Distrutors Inc** | ☐ D _____<br>▪ E/F __3.108__<br>☐ G _____ |
| 2.104 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Sawtooth Land Surveying LLC** | ☐ D _____<br>▪ E/F __3.109__<br>☐ G _____ |
| 2.105 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Silver Creek** | ☐ D _____<br>▪ E/F __3.110__<br>☐ G _____ |
| 2.106 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Site Consulting LLC** | ☐ D _____<br>▪ E/F __3.111__<br>☐ G _____ |
| 2.107 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Southern Tire Mart** | ☐ D _____<br>▪ E/F __3.112__<br>☐ G _____ |
| 2.108 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Specialty Construction Supp.** | ☐ D _____<br>▪ E/F __3.113__<br>☐ G _____ |
| 2.109 | **John Odom** | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | **Specialty Hydrolics** | ☐ D _____<br>▪ E/F __3.114__<br>☐ G _____ |

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.110 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Steel National** | ☐ D _____ <br> ■ E/F ___**3.115**___ <br> ☐ G _____ |
| 2.111 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Storage on Site LLC** | ☐ D _____ <br> ■ E/F ___**3.116**___ <br> ☐ G _____ |
| 2.112 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Syman LLC** | ☐ D _____ <br> ■ E/F ___**3.117**___ <br> ☐ G _____ |
| 2.113 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Tates Rents** <br> **Corportate** | ☐ D _____ <br> ■ E/F ___**3.118**___ <br> ☐ G _____ |
| 2.114 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Taylor Law Offices** | ☐ D _____ <br> ■ E/F ___**3.119**___ <br> ☐ G _____ |
| 2.115 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Terminix** | ☐ D _____ <br> ■ E/F ___**3.120**___ <br> ☐ G _____ |
| 2.116 | **John Odom** <br> **2501 E State Avenue** <br> **Suite 110** <br> **Meridian, ID 83642** | **Texas First Rentals** | ☐ D _____ <br> ■ E/F ___**3.121**___ <br> ☐ G _____ |

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.117 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Texas Workforce Center | ☐ D ____<br>■ E/F ___3.122___<br>☐ G ____ |
| 2.118 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Titan Concrete Pumping LLC | ☐ D ____<br>■ E/F ___3.123___<br>☐ G ____ |
| 2.119 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | United Rentals, Inc. | ☐ D ____<br>■ E/F ___3.124___<br>☐ G ____ |
| 2.120 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Unknown | ☐ D ____<br>■ E/F ___3.125___<br>☐ G ____ |
| 2.121 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | US Bank Equipment Finance | ☐ D ____<br>■ E/F ___3.126___<br>☐ G ____ |
| 2.122 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Veolia Water of Idaho | ☐ D ____<br>■ E/F ___3.127___<br>☐ G ____ |
| 2.123 | John Odom | 2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Washington Trust Bank | ☐ D ____<br>■ E/F ___3.128___<br>☐ G ____ |

| Debtor | **HMH Construction, LLC** | | Case number *(if known)* | **23-00191** |

**▊** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 4 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Western Records Destruction | ☐ D _____<br>☑ E/F  **3.129**<br>☐ G _____ |
| 2.12 5 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Western States Equipment | ☐ D _____<br>☑ E/F  **3.130**<br>☐ G _____ |
| 2.12 6 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Willammette Dental Insurance | ☐ D _____<br>☑ E/F  **3.132**<br>☐ G _____ |
| 2.12 7 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Meged Funding Group Corp | ☐ D _____<br>☑ E/F  **3.80**<br>☐ G _____ |
| 2.12 8 | John Odom<br>2501 E State Avenue<br>Suite 110<br>Meridian, ID 83642 | Don Carter | ☑ D  **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 9 | Trashelle Odom<br>6358 S. Bosch Way<br>Meridian, ID 83642 | American Express | ☐ D _____<br>☑ E/F  **3.7**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **HMH Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) **23-00191**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$18,174,649.71** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **$20,016,980.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **HMH Construction, LLC**                                             Case number *(if known)* **23-00191**

---

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **STELLCO, LLC**<br>**2703 N. Lakeharbor Lane**<br>**Boise, ID 83703** | **February and March 2023** | **$6,406.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent for Nampa**<br>**warehouse location** |

---

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Par. 30** | | **$0.00** | |

---

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **John Deere Financial**<br>**PO Box 6600**<br>**Johnston, IA 50131** | **All equipment secured by Creditor** | **Pending April 21, 2023** | **Unknown** |
| **Commercial Credit Group**<br>**525 N. Tryon Street, Ste 100**<br>**Charlotte, NC 28202** | **All equipment secured by creditor** | **January 2023** | **Unknown** |

---

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

Debtor    **HMH Construction, LLC**                                        Case number *(if known)*   **23-00191**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Meged Funding Group Corp<br>vs<br>HMH Construction LLC;<br>Odom Group LLC; J & J<br>Property Development LLC, et<br>al<br>5004839/2023** | **Collections** | **Kings County Supreme<br>Court<br>360 Adams Street<br>Room 189<br>Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Blue Elephant Financing LLV<br>vs<br>HMH Construction LLC and<br>John Odom<br>CV01-23-01396** | **Collection of<br>Foreign Judgment** | **Ada County Court<br>200 W. Front St.<br>Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Washington Trust Bank<br>vs<br>John I Odom; HMH<br>Construction LLC; Odom<br>Racing LLC; Skyline Homes<br>and Development LLC; et al<br>CV01-22-16812** | **Collection** | **Ada County Court<br>200 W. Front St.<br>Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Alva Advance LLC<br>vs<br>HMH Construction LLC;<br>Freedom Concrete LLC; HMH<br>Black; et. al<br>44038/2022** | **Arbitration** | **Mediation & Civil<br>Aribtrations Inc<br>New York, NY 10122** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.5. | **Red Butte LLC<br>vs<br>HMH Construction LLC and<br>Newberry Development LLC<br>CV01-20-06332** | **Collection** | **Ada County Court<br>200 W. Front St.<br>Boise, ID 83702** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Joel Mikasa<br>vs<br>John Odom and HMH<br>Construction LLC<br>CV01-22-08317** | **Collection** | **Ada County Court<br>200 W. Front St.<br>Boise, ID 83702** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Idaho Central Credit Union<br>vs<br>HMH Construction LLC and<br>John Odom<br>CV01-22-17537** | **Collection** | **Ada County Court<br>200 W. Front St.<br>Boise, ID 83702** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | **BMF Advance LLC<br>vs<br>HMH Construction LLC;<br>Freedom Concrete LLC; HMH<br>Black LLC; HMH Development<br>LLC; HMS Construction LLC;<br>et. al<br>E2022007358** | **Collection** | **Kings County Supreme<br>Court<br>360 Adams Street<br>Room 189<br>Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **HMH Construction, LLC**                                    Case number *(if known)*  **23-00191**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.9. **Steel National LLC**<br>**vs**<br>**John Odom, Skyline Homes &**<br>**Development, HMH**<br>**Construction LLC, and Dale**<br>**Newberry**<br>**CV01-23-02958** | **Foreclosure on**<br>**Mechanics Lien** | **Ada County Court**<br>**200 W. Front St.**<br>**Boise, ID 83702** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of D. Blair Clark,**<br>**PC**<br>**967 E. Parkcenter Blvd., #282**<br>**Boise, ID 83706** | **Attorney Fees of which all pre-petition fees along with filing fee were deducted and remaining amount held in attorney's trust account.** | **April 19,**<br>**2023** | **$7,000.00** |
| **Email or website address**<br>**dbc@dbclarklaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor    **HMH Construction, LLC**                                         Case number *(if known)* **23-00191**

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   | --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
   2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
   both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

   | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
   | --- | --- | --- | --- |

   **Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   | --- | --- |

   **Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   | --- | --- | --- |

   **Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

   **Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | HMH Construction, LLC | Case number *(if known)* | 23-00191 |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Cendera Bank | XXXX-6222 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | October 2022 | $0.00 |
| 18.2. | Idaho Central Credit Union<br>PO Box 2469<br>Pocatello, ID 83206 | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |
| 18.3. | Veritex | XXXX-7105 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |
| 18.4. | Washington Trust Bank<br>PO Box 2127<br>Spokane, WA 99210-2127 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor   **HMH Construction, LLC**    Case number *(if known)* **23-00191**

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Sherri Byington | 2501 E State Street Suite 110 Meridian, ID 83642 | 5 lap tops (that have been used by Controller/ HR&Office Manager/ AP/ Lead Estimator/ Estimator laptops) 4 computer monitors (that have been used by HR&Office Manager/ AP/ Lead Estimator/ Estimator laptops) 4 desk's 5 rolling tables 2 filing cabinets 1 short file cabinet Mini fridge Mirror , Misc office decorations TV Iron book shelf | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| John Odom | 2501 E. State Street Suite 110 Meridian, ID 83642 | Large Conference room table Chairs 8 Custom large clear framed Photos 4 Custom painted pictures 2 White plush office chairs 2 TV's | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Crystal Byington | 2501 E. State Street Suite 110 Meridian, ID 83642 | Personal Office Decorations laminator | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Shelly | 2501 E. State Street Suite 110 Meridian, ID 83642 | Personal Office Decorations | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Justin Project Manager & Safety officer | 2510 E. State Street Suite 110 Meridian, ID 83642 | 1 lap top 1 computer monitor mini monster fridge | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Kevin Project Manager & Safety officer | 2501 E. State Street Suite 110 Meridian, ID 83642 | 1 lap top | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Morriss Law | 2501 E. State Street Suite 110 Meridian, ID 83642 | 4 lap tops 4 computer monitors 2 desk's 6 rolling tables 4 file cabnets with client files | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | HMH Construction, LLC | Case number *(if known)* 23-00191 |
|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Sherri Byington
2501 E State Avenue
Suite 110
Meridian, ID 83642** | **Daily bookkeeping** |
| 26a.2. | **Nichols Accounting Group
6075 E. Hunt Avenue
Nampa, ID 83687** | **Each year for taxes** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **HMH Construction, LLC**                                    Case number *(if known)*  **23-00191**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Quickbooks Online**<br>**Intuit, Inc.**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043** | **Debtor defaulted in payment of monthly licensing fees and account, plus all data therein, is frozen. This includes all of the bookkeeping entries for 2022 and 2023. Lockout occurred 4/19/23.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Odom** | **2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **Managing member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **HMH Construction, LLC**                                              Case number *(if known)*   **23-00191**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Odom**<br>**2501 E State Avenue**<br>**Suite 110**<br>**Meridian, ID 83642** | **$2,700,000** | **2022** | **Owner draws** |
| | **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2023**

**/s/ John Odom**                                          **John Odom**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes