**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In re: | Case No. 23-00191-JMM |
| HMH CONSTRUCTION, LLC | Chapter 11 |
| Debtor. | |

### ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME
### FOR INSURANCE COVERAGE AND FOR EFFECTIVE DATE
### OF ORDER VACATING STAY

DEBTOR HAVING MOVED the Court for an order delaying the effective date of the order vacating stay on the equipment secured to Commercial Credit (see docket 37) pending approval of a pending Motion to approve a postpetition premium financing agreement, pursuant to the copies attached to such Motion, and having shown cause why an extension should be granted pending a prompt filing of the Motion for postpetition premium financing mandated by the company, IT IS ORDERED:

1. Debtor shall finalize the motion for such premium financing according to the terms of the company and file the same as soon as practicable, and shall promptly schedule a hearing on the same thereafter.

2. Debtor shall continue to comply with the terms relating to the use of the equipment and the storage thereof as set forth in the Court's Order, docket 37, previously entered.

3. Commercial Credit may move the Court hereafter to modify this Order for cause shown since this is an ex parte order to delay the effective date and time of the deadline for insurance coverage set in docket 37 of 12:00 AM June 9, 2023.



DATED:   June 9, 2023

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by D. Blair Clark, for Debtor

United States Bankruptcy Court

District of Idaho

In re:                                                                                             Case No. 23-00191-JMM
HMH Construction, LLC                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0976-1              User: admin                                    Page 1 of 9
Date Rcvd: Jun 09, 2023           Form ID: pdf032                                Total Noticed: 182

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HMH Construction, LLC, 2501 E State Avenue, Suite 110, Meridian, ID 83642-8755 |
| cr | + | C/O Jonhson May H.O.T. 2, LLC, 199 N. Capitol Blvd Ste. 200, Boise, ID 83702-6197 |
| cr | + | C/O Jonhson May Stellco, LLC, 199 N. Capitol Blvd, Boise, ID 83702, UNITED STATES 83702-5964 |
| cr | + | Commercial Credit Group, Inc., Givens Pursley LLP, c/o Randall A. Peterman, 601 W. Bannock St., P.O. Box 2720 Boise, ID 83701-2720 |
| cr | + | Steel National, 14763 WILLIS RD, CALDWELL, ID 83607-7799 |
| cr |   | Syman LLC, 1548 E Plaza Loop, Nampa, ID 83687 |
| 5291611 | + | AAA Fence Rental Inc, 2429 Meadow View Rd., Kuna, ID 83634-1321 |
| 5294457 | + | ADP, LLC, PO Box 842875, Boston, MA 02284-2875 |
| 5291617 | + | ARMOR, 4329 Reeder Dr, Carrollton, TX 75010-4444 |
| 5291612 | + | Ahern Rental - Texas Branch, PO BOX 271390, Las Vegas, NV 89127-1390 |
| 5291613 | + | Ahern Rentals, Inc, 8350 Eastgate Road, Henderson, NV 89015-0104 |
| 5291614 | + | Alloway Electric Company, 502 E. 45th St., Garden City, ID 83714-4846 |
| 5291615 | + | Alva Advance, c/o Gene Rosen, Atty, 200 Garden City Plaza #405, Garden City, NY 11530-3338 |
| 5291618 | + | Atkins Electric, 5906 W Victory Road, Boise, ID 83709-4337 |
| 5291621 |   | BEAM, Dept. Ch 19072, Palatine, IL 60055-9072 |
| 5291627 | + | BMT Capital Group, Inc., c/o Isaac H Greenfield, Atty, 2 Executive Blvd #305, Suffern, NY 10901-8219 |
| 5291620 | + | Bar 7 LLC, PO Box 15223, Boise, ID 83715-5223 |
| 5291619 | + | Bar 7 LLC, 6001 Randolph Drive, Boise, ID 83709-2155 |
| 5291622 | + | BigHorn Traffic Services, 2015 Delta Drive, Nampa, ID 83687-3072 |
| 5294549 | + | Blair Jackson, PO Box 1516, Draper, UT 84020-1127 |
| 5291623 | + | Blue Cross of Idaho, 3000 E. Pine Avenue, Meridian, ID 83642-5995 |
| 5291625 | + | Blue Elephant Financing, c/o Andrea Rosholt, Atty, 210 Murray Street #B, Garden City, ID 83714-4615 |
| 5291624 |   | Blue Elephant Financing, 3 Main Street, Suite 301, Irvington, NY 10533 |
| 5291626 | + | Blue Peak Engineering Inc, 18543 Yorba Linda Blvd #235, Yorba Linda, CA 92886-4135 |
| 5291628 | + | Bradley B LLC, 2777 S. Orchard Street, Boise, ID 83705-3761 |
| 5291636 | ++ | CITY OF NAMPA, 401 3RD STREET SOUTH, NAMPA ID 83651-3999 address filed with court:, City of Nampa, 401 3rd Street South, Nampa, ID 83651 |
| 5291637 | + | CMT Engineering Laboratories, 2796 South Redwood Road, Salt Lake City, UT 84119-2373 |
| 5291643 | + | CTC Transportation LLC, P.O. Box 488, Euless, TX 76039-0488 |
| 5291646 | + | CXT Incorporation, P.O. Box 676208, Dallas, TX 75267-6208 |
| 5291629 | + | Casta-3 Construction LLC, 5108 Barbara Road, Fort Worth, TX 76114-2930 |
| 5291630 | + | Central Paving, P. O. Box 15010, Boise, ID 83715-5010 |
| 5291631 | + | Centurion American, 1800 Valley View Lane, Dallas, TX 75234-8922 |
| 5292284 | + | CenturyTel Service Group, LLC dba Centurylink, Centurylink Communications, LLC., 1025 El Dorado Blvd. (Attn:Legal-BKY), Broomfield, CO 80021-8254 |
| 5291634 | + | City of Eagle, PO Box 1520, Eagle, ID 83616-9102 |
| 5291635 | + | City of Meridian, 33 E. Idaho Avenue, Meridian, ID 83642-2631 |
| 5296457 | + | City of Meridian, 33 E. Broadway Ave., Meridian, ID 83642-2619 |
| 5291638 | + | Coastline Equipment, 2000 E. Overland Road, Meridian, ID 83642-6665 |
| 5291639 | + | Code Red Towing of Idaho, 3315 Caldwell Blvd, Nampa, ID 83651-6426 |
| 5291641 | + | Conceret Cutting Services, 8555 S. Coveyridge Lane, Boise, ID 83709-7259 |
| 5291642 | + | Conrad Bischoff, 9250 Cherry Lane, Nampa, ID 83687-8220 |
| 5291644 | + | Curtis Clean Sweep Inc, P.O. Box 44112, Boise, ID 83711-0112 |
| 5291645 | + | Cutting Edge Landscape, 5407 Alworth, Garden City, ID 83714-6054 |

Case 23-00191-JMM    Doc 48    Filed 06/11/23    Entered 06/11/23 22:19:21    Desc Imaged
Certificate of Notice    Page 3 of 10

| District/off: 0976-1 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

| | | |
|---|---|---|
| 5291647 | + | Dennis Dillon, 2777 South Orchard, PO Box 7944, Boise, ID 83707-1944 |
| 5291648 | + | Denton Municipal Utilities, 601 E Hickory Street, Suite F, Denton, TX 76205-4305 |
| 5291649 | + | Dept of Labor - OSHA, 1387 S. Vinnell Way Suite 21, Boise, ID 83709-1657 |
| 5291650 | + | Discount Tire Texas, 8700 Ohio Dr., Plano, TX 75024-2265 |
| 5294464 | + | Don Carter, 1998 Stony Desert Street, Kuna, ID 83634-5381 |
| 5291652 | + | EHM Engineers, Inc., 621 N College Rd., Suite 100, Twin Falls, ID 83301-3355 |
| 5291651 | + | Eagle Sewer District, 44 N. Palmetto Avenue, Eagle, ID 83616-5149 |
| 5291653 | + | Equipment Share, PO Box 650429, Dallas, TX 75265-0429 |
| 5291654 | + | Farmers Union Ditch Co. Ltd, PO Box 1474, Eagle, ID 83616-9101 |
| 5291656 | + | Ferguson Waterworks, P.O. Box 802817, Chicago, IL 60680-2817 |
| 5291657 | + | Ferguson Waterworks, 6715 W. Overland Road, Idaho Falls, ID 83402-5700 |
| 5291658 | + | Ferugson Waterworks, 9450 SW Gemini Drive, Suite 7790, Beaverton, OR 97008-7105 |
| 5291659 | + | Forsgren Associates, Inc, 370 East 500 South, Ste. 200, Salt Lake City, UT 84111-3318 |
| 5291660 | | Forsgren Associates, Inc, 9450 SW Gemini Drive, Suite 7790, Beaverton, OR 97008-7105 |
| 5291661 | + | G&B Redi Mix, 6701 East Flamingo Avenue, Nampa, ID 83687-9638 |
| 5291663 | + | GOMAINTENANCE, 918 N. ORCHARD, Boise, ID 83706-2156 |
| 5291662 | + | Globaltranz, P.O. Box 203285, Dallas, TX 75320-3285 |
| 5291664 | + | Granite RE, Inc, 14001 Quailbrook Drive, Oklahoma City, OK 73134-1757 |
| 5291665 | + | H.O.T. 2, LLLP, PO Box 1335, Meridian, ID 83680-1335 |
| 5291666 | + | HD Fowler Company, P.O. Box 84368, Seattle, WA 98124-5668 |
| 5291667 | + | High Desert Bobcat, 2324 Caldwell Blvd, Nampa, ID 83651-1514 |
| 5291668 | + | Holt Cat, PO Box 650345, Dallas, TX 75265-0345 |
| 5291669 | + | Hyphen Solutions, PO Box 208656, Dallas, TX 75320-8656 |
| 5291672 | | Idaho Dept of Transportation, 3311 W. State Street, PO Box 7129, Boise, ID 83707-1129 |
| 5291673 | | Idaho Div of Occupational &, Professional Licenses, P.O. Box 83720, Boise, ID 83720-0063 |
| 5291674 | + | Idaho Equipment Rental, 738 S. Iron Springs Avenue, Kuna, ID 83634-5053 |
| 5291675 | + | Idaho Erosion Control Inc, 148 Blue Lakes Blvd N. #393, Twin Falls, ID 83301-5235 |
| 5291676 | + | Idaho Materials & Construct., 924 N Sugar Street, Nampa, ID 83687-6816 |
| 5291678 | + | Idaho Power, Corporate Cashier, PO Box 6062, Boise, ID 83707-6062 |
| 5291677 | + | Idaho Power, P.O. Box 70, Boise, ID 83707-0070 |
| 5291679 | + | Idaho Precast Concrete, Inc., 1389 Madison, Nampa, ID 83687-3041 |
| 5291681 | + | Incorporating Services Ltd, 3500 S. DuPont Highway, Dover, DE 19901-6041 |
| 5291682 | + | Integrity Inspection Solut., 4419 Challenger Way, Caldwell, ID 83605-5064 |
| 5291684 | + | J. E. C. LLC, P.O. Box 1512, Meridian, ID 83680-1512 |
| 5291686 | + | JBJ Automotive & Diesel Rep., 5325 Lake Ave., Caldwell, ID 83607-8051 |
| 5291687 | + | JMAC, PO Box 760, Caldwell, ID 83606-0760 |
| 5294550 | + | Jackson Group Peterbilt, Inc., PO Box 27634, Salt Lake City, UT 84127-0634 |
| 5291685 | + | Jackson Peterbilt, 1505 Industrial Way, Caldwell, ID 83605-6935 |
| 5291688 | + | Joel Mikasa, c/o Daniel Bower, Atty, 12550 W Explorer Drive #100, Boise, ID 83713-1890 |
| 5291689 | + | John Odom, 2501 E State Avenue, Suite 110, Meridian, ID 83642-8755 |
| 5291690 | + | Joseph M. Wager, Atty, 827 E. Park Blvd, Suite 201, Boise, ID 83712-7782 |
| 5294470 | + | Josh Rohe, Atty, Bank of America Plaza, 901 Main Street #610, Dallas, TX 75202-3741 |
| 5291691 | + | KB Fabrication & Welding, 2675 E Lanark, Meridian, ID 83642-4725 |
| 5291692 | + | Key Rentals Group LLC, 127-A Motherlode Lane, Belgrade, MT 59714-2425 |
| 5291693 | + | Kimbell D. Gourley, Attorney at Law, PO Box 1097, Boise, ID 83701-1097 |
| 5291694 | + | Kings Pro Tire Center, 1111 1st Street South, Nampa, ID 83651-3907 |
| 5294472 | + | Komatsu Finacial, 1701 W Golf Road - Suite 1-3, P. O. Box 3002, Rolling Meadows, IL 60008-4227 |
| 5296456 | + | Kurt James Starman, 33 E. Broadway Ave., Meridian, ID 83642-2619 |
| 5291699 | + | LMK LLC, 234 Davis, Nampa, ID 83651-2007 |
| 5291696 | + | Larry W. Denbrock, 1213 Shahan Prairie Road, Little Elm, TX 75068-2835 |
| 5291698 | + | Lime Printing & Digital, 8910 Wesley St Ste B, Greenville, TX 75402-3830 |
| 5291700 | + | Lukins & Annis, P.S., Attn: Michael Schmidt, 601 E. Front Avenue #303, Coeur D Alene, ID 83814-5186 |
| 5291701 | + | Matrix Engineering Inc, 1020 W Main Street, Suite 100J, Boise, ID 83702-5789 |
| 5291702 | + | Meged Funding Group Corp, c/o Isaac Greenfield, Atty, 2 Executive Blvd #305, Suffern, NY 10901-8219 |
| 5291704 | + | Modern Machinery, Unit 35, P.O. Box 4800, Portland, OR 97208-4800 |
| 5293715 | + | Modern Machinery Co., Inc., PO Box 16660, Missoula, MT 59808-6660 |
| 5291705 | + | Motion & Flow, 920 E. Overland Rd, Meridian, ID 83642-7092 |
| 5291706 | + | Mountain West Mgmt Group LLC, 706 E. Main St., Middleton, ID 83644-3081 |
| 5291707 | | Mustang Special Utility Dist, 7985 FM2931, Aubrey, TX 76227 |
| 5291709 | + | NC Services, 4309 Ustick Rd., Nampa, ID 83687-8152 |
| 5294474 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance, PO Box 78132, Phoenix, AZ 85062-8132 |
| 5291708 | + | Navest Fence Solutions, 727 Havendon Circle, Dallas, TX 75203-2829 |

Case 23-00191-JMM    Doc 48    Filed 06/11/23    Entered 06/11/23 22:19:21    Desc Imaged
                              Certificate of Notice    Page 4 of 10

| District/off: 0976-1 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

| | | |
|---|---|---|
| 5291710 | + | Nemec Engineering, PO Box 1007, McCall, ID 83638-1007 |
| 5291711 | + | New Dry Creek Ditch Co. LTD, PO Box 430, Eagle, ID 83616-0362 |
| 5291712 | | New York Life, P.O. Box 539, Dallas, TX 75221-0539 |
| 5291713 | + | Nichols Accounting Group, 6075 E. Hunt Avenue, Nampa, ID 83687-9575 |
| 5291714 | | Norco, P.O. Box 36144, Seattle, WA 98124 |
| 5291715 | + | Northwest Concrete Pumping, 21480 Boise River Rd., Caldwell, ID 83607-9004 |
| 5291716 | + | Northwest Equpiment Sales, 2405 S Janeen St, Boise, ID 83709-3217 |
| 5291717 | + | Nucor Harris Rebar Boise Inc, 2161 E Lanark Street, Meridian, ID 83642-5917 |
| 5291718 | + | Oldcastle Infrastructure, 7000 Central Parkway, Suite 800, Atlanta, GA 30328-4579 |
| 5291720 | + | P & K Stone, LLC, PO Box 189, Chico, TX 76431-0189 |
| 5291722 | + | PNC Equipment Finance, 655 Business Center Drive, Horsham, PA 19044-3409 |
| 5291721 | + | Peak Law LLC, PO Box 2563, Eagle, ID 83616-9119 |
| 5291723 | + | Pollard Water, 2907 Brandt Ave, Nampa, ID 83687-6857 |
| 5291724 | + | PortaPros, LLC, P.O. Box 3296, Nampa, ID 83653-3296 |
| 5291725 | | Precion Pumping Systems, 6215 Business Way, Boise, ID 83716 |
| 5291726 | + | Premier Service LLC, 7030 McGlochlin St., Boise, ID 83709-5540 |
| 5291727 | + | Profecssional Concrete Acces, 111 E 39th Street, Garden City, ID 83714-6422 |
| 5291728 | + | R Mobile Tire Service, 7750 Birch Lane, Nampa, ID 83687-8306 |
| 5291729 | + | R. B. Everett & Co, P.O. Box 7300, Pasadena, TX 77508-7300 |
| 5291730 | + | Red Butte LLC, c/o Brian F. McColl, 3858 N. Garden Center Way, Suite 200, Boise, ID 83703-5008 |
| 5291731 | | Ricochet Fuel Distrutors Inc, 1201 Royal Parkway, Arlington, TX 76004 |
| 5291739 | + | STELLCO, LLC, 2703 N. Lakeharbor Lane, Boise, ID 83703-6240 |
| 5291732 | + | Sawtooth Land Surveying LLC, 2030 S. Washington Ave, Emmett, ID 83617-9090 |
| 5291733 | + | Silver Creek, 3713 Garrity Blvd, Nampa, ID 83687-3127 |
| 5291734 | + | Site Consulting LLC, PO Box 190537, Boise, ID 83719-0537 |
| 5291735 | + | Southern Tire Mart, 35035 LBJ Freeway, Dallas, TX 75241-7205 |
| 5291737 | + | Specialty Hydrolics, 4019 E Summit Lane, Nampa, ID 83687-9572 |
| 5291738 | | Steel National, 414 Nelson Lane, Caldwell, ID 83605 |
| 5291740 | + | Storage on Site LLC, 1095 N. Verde Drive, Ontario, OR 97914-1442 |
| 5291741 | + | Syman LLC, 2101 Delta Drive, Nampa, ID 83687-3069 |
| 5296877 | + | Syman, LLC, P.O.Box 2563, Eagle, ID 83616-9119 |
| 5291742 | + | Tates Rents Corportate, 1356 E. Beach Craft Court, Boise, ID 83716-9608 |
| 5291743 | + | Taylor Law Offices, PO Box 268, Boise, ID 83701-0268 |
| 5291744 | + | Terminix, PO Box 802155, Chicago, IL 60680-2155 |
| 5291745 | + | Texas First Rentals, 5665 Southeast Loop 410, San Antonio, TX 78222-3903 |
| 5291746 | + | Texas Workforce Center, P.O. Box 149137, Austin, TX 78714-9137 |
| 5291747 | + | Titan Concrete Pumping LLC, P.O. Box 424, Meridian, ID 83680-0424 |
| 5291748 | + | Trashelle Odom, 6358 S. Bosch Way, Meridian, ID 83642-7839 |
| 5291751 | + | US Bank Equipment Finance, Attn: Recovery, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 5291749 | + | United Rentals, Inc., PO Box 051122, Los Angeles, CA 90074-1122 |
| 5291752 | + | Veolia Water of Idaho, 8248 West Victory Rd, Boise, ID 83709-4165 |
| 5291754 | + | Western Records Destruction, 1990 S. Cole Road, Boise, ID 83709-2813 |
| 5291755 | + | Western States Equipment, 500 E Overland Road, Meridian, ID 83642-6606 |
| 5294475 | + | Wildcatter Realty Advisors, PO Box 802788, Dallas, TX 75380-2788 |
| 5291756 | | Willammette Dental Insurance, 6950 NE Campus Way, Portland, OR 97214 |

TOTAL: 149

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: litbkcourtmail@johndeere.com | | |
| | | | Jun 09 2023 23:29:00 | John Deere Financial f.s.b., PO Box 6600, Johnston, IA 50131 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 09 2023 23:34:15 | JPMorgan Chase Bank N/A, 700 Kansas Lane Floor 01, Monroe, LA 71203 |
| 5294459 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 09 2023 23:34:23 | AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. #APC, Oklahoma City, OK 73118-7901 |
| 5292468 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 09 2023 23:34:05 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5293569 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5294611 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2023 23:34:23 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | | Jun 09 2023 23:34:05 | Ally Financial Inc, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. #APC, Oklahoma City, OK 73118-7901 |
| 5294460 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2023 23:29:00 | Ally Financial Inc, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5291616 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 23:47:05 | American Express, P.O. Box 0001, Los Angeles, CA 90096-0001 |
| 5292615 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 23:46:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5294461 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jun 09 2023 23:29:00 | Caterpillar Financial, PO Box 100647, Pasadena, CA 91189-0647 |
| 5293546 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 09 2023 23:29:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5291632 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jun 09 2023 23:29:00 | Century Link, P.O. Box 2956, Phoenix, AZ 85062-2956 |
| 5291633 | + | Email/Text: bmg.bankruptcy@centurylink.com | Jun 09 2023 23:29:00 | Century Link Bankruptcy, 700 W. Mineral Ave, Arizona Room, Littleton, CO 80120-4511 |
| 5294463 | + | Email/Text: legalrequest@commercialcreditgroup.com | Jun 09 2023 23:29:00 | Commercial Credit Group, 525 N. Tryon Street, Ste 100, Charlotte, NC 28202-0210 |
| 5294469 | | Email/Text: litbkcourtmail@johndeere.com | Jun 09 2023 23:29:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5291697 | | Email/Text: courtprocessingmanagement@e-470.com | Jun 09 2023 23:29:00 | License Plate Toll, E-470 Public Highway Authori, P.O. Box 5470, Denver, CO 80217 |
| 5291655 | | Email/Text: bankruptcy@fedins.com | Jun 09 2023 23:29:00 | Federated Insurance, PO Box 328, Owatonna, MN 55060 |
| 5294465 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 09 2023 23:29:00 | Fifth Third Bank, 38 Foundation Square Plaza, MD 109098, Cincinnati, OH 45263-0001 |
| 5294466 | | Email/Text: dmckittrick@finpac.com | Jun 09 2023 23:29:00 | Financial Pacific Leasing, 3455 S. 344th Way, Suite 300, Auburn, WA 98001-9546 |
| 5294467 | + | Email/Text: EFBankruptcyNotices@huntington.com | Jun 09 2023 23:29:00 | Huntington National Bank, 11100 Wayzata Blvd, Suite 700, Hopkins, MN 55305-5523 |
| 5294468 | + | Email/Text: bankruptcy@huntington.com | Jun 09 2023 23:29:00 | Huntington National Bank, 17 S High St, Columbus, OH 43215-3413 |
| 5291670 | | Email/Text: bk@iccu.com | Jun 09 2023 23:29:00 | Idaho Central Credit Union, PO Box 2469, Pocatello, ID 83206 |
| 5291671 | + | Email/Text: srcu-r7bankruptcy@dhw.idaho.gov | Jun 09 2023 23:29:00 | Idaho Child Support Receipt, PO Box 70008, Boise, ID 83707-0108 |
| 5291680 | + | Email/Text: bankruptcynotices@tax.idaho.gov | Jun 09 2023 23:29:00 | Idaho State Tax Commission, P.O. Box 36, 800 Park Blvd, Boise, ID 83722-0036 |
| 5291683 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 09 2023 23:29:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 5294471 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2023 23:34:23 | JPMorgan Chase & Co, Attn: James Dimon, CEO, 270 Park Avenue, 39th Floor, New York, NY 10017 |
| 5297580 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 09 2023 23:29:00 | JPMorgan Chase Bank, N.A., c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5294473 | | Email/Text: bbarry@komatsuna.com | Jun 09 2023 23:29:00 | Komatsu Financial, 8770 W. Bryn Mawr Ave, Suite 100, Chicago, IL 60631 |

Case 23-00191-JMM    Doc 48    Filed 06/11/23    Entered 06/11/23 22:19:21    Desc Imaged
                          Certificate of Notice    Page 6 of 10

| District/off: 0976-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

| | | | | |
|---|---|---|---|---|
| 5291695 | + | Email/Text: creditdepartment@kirby-smith.com | | |
| | | | Jun 09 2023 23:29:00 | Kirby Smith Machinery Inc., P.O. Box 270360, Oklahoma City, OK 73137-0360 |
| 5291719 | + | Email/Text: sscc@oldcastle.com | | |
| | | | Jun 09 2023 23:29:15 | Oldcastle Infrastructure, 16419 Ten Lane, Nampa, ID 83687-8243 |
| 5292283 | + | Email/Text: bankruptcylegal@lumen.com | | |
| | | | Jun 09 2023 23:29:00 | Qwest Corporation dba Centurylink, Centurylink Communications, LLC., 1025 El Dorado Blvd. (Attn:Legal-BKY), Broomfield, CO 80021-8254 |
| 5291736 | + | Email/Text: ggardner@specialtysupply.com | | |
| | | | Jun 09 2023 23:29:00 | Specialty Construction Supp., 348 NW 13th Place, Meridian, ID 83642-4641 |
| 5291753 | | Email/Text: bknotices@watrust.com | | |
| | | | Jun 09 2023 23:29:00 | Washington Trust Bank, Credit Card Division, PO Box 2127, Spokane, WA 99210-2127 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Blue Cross of Idaho Health Service, Inc |
| cr | | HMH Construction, LLC, 2501 E State Avenue |
| 5291640 | | Colonial Life |
| 5294640 | | Colonial Life |
| 5294652 | | Don Carter |
| 5291750 | | Unknown |
| 5294762 | | Unknown |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5294606 | *+ | AAA Fence Rental Inc, 2429 Meadow View Rd., Kuna, ID 83634-1321 |
| 5294607 | *+ | ADP, LLC, PO Box 842875, Boston, MA 02284-2875 |
| 5294615 | *+ | ARMOR, 4329 Reeder Dr, Carrollton, TX 75010-4444 |
| 5294458 | *+ | Ahern Rental - Texas Branch, PO BOX 271390, Las Vegas, NV 89127-1390 |
| 5294608 | *+ | Ahern Rental - Texas Branch, PO BOX 271390, Las Vegas, NV 89127-1390 |
| 5294609 | *+ | Ahern Rentals, Inc, 8350 Eastgate Road, Henderson, NV 89015-0104 |
| 5294610 | *+ | Alloway Electric Company, 502 E. 45th St., Garden City, ID 83714-4846 |
| 5292469 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5292470 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5292471 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5292472 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5292473 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5294612 | *+ | Ally Financial Inc, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5294613 | *+ | Alva Advance, c/o Gene Rosen, Atty, 200 Garden City Plaza #405, Garden City, NY 11530-3338 |
| 5294614 | * | American Express, P.O. Box 0001, Los Angeles, CA 90096-0001 |
| 5296861 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5294616 | *+ | Atkins Electric, 5906 W Victory Road, Boise, ID 83709-4337 |
| 5294619 | * | BEAM, Dept. Ch 19072, Palatine, IL 60055-9072 |
| 5294625 | *+ | BMT Capital Group, Inc., c/o Isaac H Greenfield, Atty, 2 Executive Blvd #305, Suffern, NY 10901-8219 |
| 5294618 | *+ | Bar 7 LLC, PO Box 15223, Boise, ID 83715-5223 |
| 5294617 | *+ | Bar 7 LLC, 6001 Randolph Drive, Boise, ID 83709-2155 |
| 5294620 | *+ | BigHorn Traffic Services, 2015 Delta Drive, Nampa, ID 83687-3072 |
| 5294621 | *+ | Blue Cross of Idaho, 3000 E. Pine Avenue, Meridian, ID 83642-5995 |
| 5294623 | *+ | Blue Elephant Financing, c/o Andrea Rosholt, Atty, 210 Murray Street #B, Garden City, ID 83714-4615 |
| 5294622 | * | Blue Elephant Financing, 3 Main Street, Suite 301, Irvington, NY 10533 |
| 5294624 | *+ | Blue Peak Engineering Inc, 18543 Yorba Linda Blvd #235, Yorba Linda, CA 92886-4135 |
| 5294626 | *+ | Bradley B LLC, 2777 S. Orchard Street, Boise, ID 83705-3761 |
| 5294628 | *P++ | CATERPILLAR FINANCIAL SERVICES CORPORATION, 2120 WEST END AVENUE, NASHVILLE TN 37203-5341, address filed with court:, Caterpillar Financial, PO Box 100647, Pasadena, CA 91189-0647 |
| 5294636 | *P++ | CITY OF NAMPA, 401 3RD STREET SOUTH, NAMPA ID 83651-3999, address filed with court:, City of Nampa, 401 3rd Street South, Nampa, ID 83651 |
| 5294637 | *+ | CMT Engineering Laboratories, 2796 South Redwood Road, Salt Lake City, UT 84119-2373 |
| 5294644 | *+ | CTC Transportation LLC, P.O. Box 488, Euless, TX 76039-0488 |
| 5294647 | *+ | CXT Incorporation, P.O. Box 676208, Dallas, TX 75267-6208 |

| | | |
|---|---|---|
| 5294627 | *+ | Casta-3 Construction LLC, 5108 Barbara Road, Fort Worth, TX 76114-2930 |
| 5294629 | *+ | Central Paving, P. O. Box 15010, Boise, ID 83715-5010 |
| 5294630 | *+ | Centurion American, 1800 Valley View Lane, Dallas, TX 75234-8922 |
| 5294631 | *+ | Century Link, P.O. Box 2956, Phoenix, AZ 85062-2956 |
| 5294632 | *+ | Century Link Bankruptcy, 700 W. Mineral Ave, Arizona Room, Littleton, CO 80120-4511 |
| 5294462 | *+ | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 5294633 | *+ | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 5294634 | *+ | City of Eagle, PO Box 1520, Eagle, ID 83616-9102 |
| 5294635 | *+ | City of Meridian, 33 E. Idaho Avenue, Meridian, ID 83642-2631 |
| 5294638 | *+ | Coastline Equipment, 2000 E. Overland Road, Meridian, ID 83642-6665 |
| 5294639 | *+ | Code Red Towing of Idaho, 3315 Caldwell Blvd, Nampa, ID 83651-6426 |
| 5294641 | *+ | Commercial Credit Group, 525 N. Tryon Street, Ste 100, Charlotte, NC 28202-0210 |
| 5294642 | *+ | Concret Cutting Services, 8555 S. Coveyridge Lane, Boise, ID 83709-7259 |
| 5294643 | *+ | Conrad Bischoff, 9250 Cherry Lane, Nampa, ID 83687-8220 |
| 5294645 | *+ | Curtis Clean Sweep Inc, P.O. Box 44112, Boise, ID 83711-0112 |
| 5294646 | *+ | Cutting Edge Landscape, 5407 Alworth, Garden City, ID 83714-6054 |
| 5294695 | *P++ | DEERE CREDIT SERVICES INC, ATTN LITIGATION & RECOVERY DEPARTMENT, PO BOX 6600, JOHNSTON IA 50131-6600, address filed with court:, John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5294648 | *+ | Dennis Dillon, 2777 South Orchard, PO Box 7944, Boise, ID 83707-1944 |
| 5294649 | *+ | Denton Municipal Utilities, 601 E Hickory Street, Suite F, Denton, TX 76205-4305 |
| 5294650 | *+ | Dept of Labor - OSHA, 1387 S. Vinnell Way Suite 21, Boise, ID 83709-1657 |
| 5294651 | *+ | Discount Tire Texas, 8700 Ohio Dr., Plano, TX 75024-2265 |
| 5294708 | *P++ | E 470 PUBLIC HIGHWAY AUTHORITY, PO BOX 5470, DENVER CO 80217-5470, address filed with court:, License Plate Toll, E-470 Public Highway Authori, P.O. Box 5470, Denver, CO 80217 |
| 5294654 | *+ | EHM Engineers, Inc., 621 N College Rd., Suite 100, Twin Falls, ID 83301-3355 |
| 5294653 | *+ | Eagle Sewer District, 44 N. Palmetto Avenue, Eagle, ID 83616-5149 |
| 5294655 | *+ | Equipment Share, PO Box 650429, Dallas, TX 75265-0429 |
| 5294657 | *P++ | FEDERATED INSURANCE, ATTN CORPORATE LEGAL, 121 E PARK SQUARE, OWATONNA MN 55060-3046, address filed with court:, Federated Insurance, PO Box 328, Owatonna, MN 55060 |
| 5294661 | *P++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253, address filed with court:, Fifth Third Bank, 38 Foundation Square Plaza, MD 109098, Cincinnati, OH 45263-0001 |
| 5294656 | *+ | Farmers Union Ditch Co. Ltd, PO Box 1474, Eagle, ID 83616-9101 |
| 5294658 | *+ | Ferguson Waterworks, P.O. Box 802817, Chicago, IL 60680-2817 |
| 5294659 | *+ | Ferguson Waterworks, 6715 W. Overland Road, Idaho Falls, ID 83402-5700 |
| 5294660 | *+ | Ferugson Waterworks, 9450 SW Gemini Drive, Suite 7790, Beaverton, OR 97008-7105 |
| 5294662 | * | Financial Pacific Leasing, 3455 S. 344th Way, Suite 300, Auburn, WA 98001-9546 |
| 5294663 | *+ | Forsgren Associates, Inc, 370 East 500 South, Ste. 200, Salt Lake City, UT 84111-3318 |
| 5294664 | * | Forsgren Associates, Inc, 9450 SW Gemini Drive, Suite 7790, Beaverton, OR 97008-7105 |
| 5294665 | *+ | G&B Redi Mix, 6701 East Flamingo Avenue, Nampa, ID 83687-9638 |
| 5294667 | *+ | GOMAINTENANCE, 918 N. ORCHARD, Boise, ID 83706-2156 |
| 5294666 | *+ | Globaltranz, P.O. Box 203285, Dallas, TX 75320-3285 |
| 5294668 | *+ | Granite RE, Inc, 14001 Quailbrook Drive, Oklahoma City, OK 73134-1757 |
| 5294669 | *+ | H.O.T. 2, LLLP, PO Box 1335, Meridian, ID 83680-1335 |
| 5294670 | *+ | HD Fowler Company, P.O. Box 84368, Seattle, WA 98124-5668 |
| 5294671 | *+ | High Desert Bobcat, 2324 Caldwell Blvd, Nampa, ID 83651-1514 |
| 5294672 | *+ | Holt Cat, PO Box 650345, Dallas, TX 75265-0345 |
| 5294673 | *+ | Huntington National Bank, 11100 Wayzata Blvd, Suite 700, Hopkins, MN 55305-5523 |
| 5294674 | *+ | Huntington National Bank, 17 S High St, Columbus, OH 43215-3413 |
| 5294675 | *+ | Hyphen Solutions, PO Box 208656, Dallas, TX 75320-8656 |
| 5294676 | *P++ | IDAHO CENTRAL CREDIT UNION, PO BOX 2469, POCATELLO ID 83206-2469, address filed with court:, Idaho Central Credit Union, PO Box 2469, Pocatello, ID 83206 |
| 5294677 | *+ | Idaho Child Support Receipt, PO Box 70008, Boise, ID 83707-0108 |
| 5294678 | * | Idaho Dept of Transportation, 3311 W. State Street, PO Box 7129, Boise, ID 83707-1129 |
| 5294679 | * | Idaho Div of Occupational &, Professional Licenses, P.O. Box 83720, Boise, ID 83720-0063 |
| 5294680 | *+ | Idaho Equipment Rental, 738 S. Iron Springs Avenue, Kuna, ID 83634-5053 |
| 5294681 | *+ | Idaho Erosion Control Inc, 148 Blue Lakes Blvd N. #393, Twin Falls, ID 83301-5235 |
| 5294682 | *+ | Idaho Materials & Construct., 924 N Sugar Street, Nampa, ID 83687-6816 |
| 5294684 | *+ | Idaho Power, Corporate Cashier, PO Box 6062, Boise, ID 83707-6062 |
| 5294683 | *+ | Idaho Power, P.O. Box 70, Boise, ID 83707-0070 |
| 5294685 | *+ | Idaho Precast Concrete, Inc., 1389 Madison, Nampa, ID 83687-3041 |
| 5294686 | *+ | Idaho State Tax Commission, P.O. Box 36, 800 Park Blvd, Boise, ID 83722-0036 |
| 5294687 | *+ | Incorporating Services Ltd, 3500 S. DuPont Highway, Dover, DE 19901-6041 |
| 5294688 | *+ | Integrity Inspection Solut., 4419 Challenger Way, Caldwell, ID 83605-5064 |
| 5294689 | *+ | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |

Case 23-00191-JMM    Doc 48    Filed 06/11/23    Entered 06/11/23 22:19:21    Desc Imaged
                    Certificate of Notice    Page 8 of 10

| District/off: 0976-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

| | | |
|---|---|---|
| 5294690 | *+ | J. E. C. LLC, P.O. Box 1512, Meridian, ID 83680-1512 |
| 5294692 | *+ | JBJ Automotive & Diesel Rep., 5325 Lake Ave., Caldwell, ID 83607-8051 |
| 5294693 | *+ | JMAC, PO Box 760, Caldwell, ID 83606-0760 |
| 5294699 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase & Co, Attn: James Dimon, CEO, 270 Park Avenue, 39th Floor, New York, NY 10017 |
| 5294691 | *+ | Jackson Peterbilt, 1505 Industrial Way, Caldwell, ID 83605-6935 |
| 5294694 | *+ | Joel Mikasa, c/o Daniel Bower, Atty, 12550 W Explorer Drive #100, Boise, ID 83713-1890 |
| 5294696 | *+ | John Odom, 2501 E State Avenue, Suite 110, Meridian, ID 83642-8755 |
| 5294697 | *+ | Joseph M. Wager, Atty, 827 E. Park Blvd, Suite 201, Boise, ID 83712-7782 |
| 5294698 | *+ | Josh Rohe, Atty, Bank of America Plaza, 901 Main Street #610, Dallas, TX 75202-3741 |
| 5294700 | *+ | KB Fabrication & Welding, 2675 E Lanark, Meridian, ID 83642-4725 |
| 5294706 | *P++ | KOMATSU AMERICA CORP, ATTN BEA BARRY, 8770 W BRYN MAWR AVENUE STE 100, CHICAGO IL 60631-3782, address filed with court:, Komatsu Financial, 8770 W. Bryn Mawr Ave, Suite 100, Chicago, IL 60631 |
| 5294701 | *+ | Key Rentals Group LLC, 127-A Motherlode Lane, Belgrade, MT 59714-2425 |
| 5294702 | *+ | Kimbell D. Gourley, Attorney at Law, PO Box 1097, Boise, ID 83701-1097 |
| 5294703 | *+ | Kings Pro Tire Center, 1111 1st Street South, Nampa, ID 83651-3907 |
| 5294704 | *+ | Kirby Smith Machinery Inc., P.O. Box 270360, Oklahoma City, OK 73137-0360 |
| 5294705 | *+ | Komatsu Finacial, 1701 W Golf Road - Suite 1-3, P. O. Box 3002, Rolling Meadows, IL 60008-4227 |
| 5294710 | *+ | LMK LLC, 234 Davis, Nampa, ID 83651-2007 |
| 5294707 | *+ | Larry W. Denbrock, 1213 Shahan Prairie Road, Little Elm, TX 75068-2835 |
| 5294709 | *+ | Lime Printing & Digital, 8910 Wesley St Ste B, Greenville, TX 75402-3830 |
| 5294711 | *+ | Lukins & Annis, P.S., Attn: Michael Schmidt, 601 E. Front Avenue #303, Coeur D Alene, ID 83814-5186 |
| 5294712 | *+ | Matrix Engineering Inc, 1020 W Main Street, Suite 100J, Boise, ID 83702-5789 |
| 5294713 | *+ | Meged Funding Group Corp, c/o Isaac Greenfield, Atty, 2 Executive Blvd #305, Suffern, NY 10901-8219 |
| 5294714 | *+ | Meridian Auto Ranch, 1005 E Fairview Avenue, Meridian, ID 83642-1810 |
| 5294715 | *+ | Modern Machinery, Unit 35, P.O. Box 4800, Portland, OR 97208-4800 |
| 5294716 | *+ | Motion & Flow, 920 E. Overland Rd, Meridian, ID 83642-7092 |
| 5294717 | *+ | Mountain West Mgmt Group LLC, 706 E. Main St., Middleton, ID 83644-3081 |
| 5294718 | * | Mustang Special Utility Dist, 7985 FM2931, Aubrey, TX 76227 |
| 5294720 | *+ | NC Services, 4309 Ustick Rd., Nampa, ID 83687-8152 |
| 5294725 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor Acceptance, PO Box 78132, Phoenix, AZ 85062-8132 |
| 5294719 | *+ | Navest Fence Solutions, 727 Havendon Circle, Dallas, TX 75203-2829 |
| 5294721 | *+ | Nemec Engineering, PO Box 1007, McCall, ID 83638-1007 |
| 5294722 | *+ | New Dry Creek Ditch Co. LTD, PO Box 430, Eagle, ID 83616-0362 |
| 5294723 | * | New York Life, P.O. Box 539, Dallas, TX 75221-0539 |
| 5294724 | *+ | Nichols Accounting Group, 6075 E. Hunt Avenue, Nampa, ID 83687-9575 |
| 5294726 | * | Norco, P.O. Box 36144, Seattle, WA 98124 |
| 5294727 | *+ | Northwest Concrete Pumping, 21480 Boise River Rd., Caldwell, ID 83607-9004 |
| 5294728 | *+ | Northwest Equpiment Sales, 2405 S Janeen St, Boise, ID 83709-3217 |
| 5294729 | *+ | Nucor Harris Rebar Boise Inc, 2161 E Lanark Street, Meridian, ID 83642-5917 |
| 5294730 | *+ | Oldcastle Infrastructure, 7000 Central Parkway, Suite 800, Atlanta, GA 30328-4579 |
| 5294731 | *+ | Oldcastle Infrastructure, 16419 Ten Lane, Nampa, ID 83687-8243 |
| 5294732 | *+ | P & K Stone, LLC, PO Box 189, Chico, TX 76431-0189 |
| 5294734 | *+ | PNC Equipment Finance, 655 Business Center Drive, Horsham, PA 19044-3409 |
| 5296876 | *+ | Peak Law, P.O.Box 2563, Eagle, ID 83616-9119 |
| 5294733 | *+ | Peak Law LLC, PO Box 2563, Eagle, ID 83616-9119 |
| 5294735 | *+ | Pollard Water, 2907 Brandt Ave, Nampa, ID 83687-6857 |
| 5294736 | *+ | PortaPros, LLC, P.O. Box 3296, Nampa, ID 83653-3296 |
| 5294737 | * | Precion Pumping Systems, 6215 Business Way, Boise, ID 83716 |
| 5294738 | *+ | Premier Service LLC, 7030 McGlochlin St., Boise, ID 83709-5540 |
| 5294739 | *+ | Profecssional Concrete Acces, 111 E 39th Street, Garden City, ID 83714-6422 |
| 5294740 | *+ | R Mobile Tire Service, 7750 Birch Lane, Nampa, ID 83687-8306 |
| 5294741 | *+ | R. B. Everett & Co, P.O. Box 7300, Pasadena, TX 77508-7300 |
| 5294742 | *+ | Red Butte LLC, c/o Brian F. McColl, 3858 N. Garden Center Way, Suite 200, Boise, ID 83703-5008 |
| 5294743 | * | Ricochet Fuel Distrutors Inc, 1201 Royal Parkway, Arlington, TX 76004 |
| 5294751 | *+ | STELLCO, LLC, 2703 N. Lakeharbor Lane, Boise, ID 83703-6240 |
| 5294744 | *+ | Sawtooth Land Surveying LLC, 2030 S. Washington Ave, Emmett, ID 83617-9090 |
| 5294745 | *+ | Silver Creek, 3713 Garrity Blvd, Nampa, ID 83687-3127 |
| 5294746 | *+ | Site Consulting LLC, PO Box 190537, Boise, ID 83719-0537 |
| 5294747 | *+ | Southern Tire Mart, 35035 LBJ Freeway, Dallas, TX 75241-7205 |
| 5294748 | *+ | Specialty Construction Supp., 348 NW 13th Place, Meridian, ID 83642-4641 |
| 5294749 | *+ | Specialty Hydrolics, 4019 E Summit Lane, Nampa, ID 83687-9572 |

| District/off: 0976-1 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

| | | |
|---|---|---|
| 5294750 | * | Steel National, 414 Nelson Lane, Caldwell, ID 83605 |
| 5294752 | *+ | Storage on Site LLC, 1095 N. Verde Drive, Ontario, OR 97914-1442 |
| 5294753 | *+ | Syman LLC, 2101 Delta Drive, Nampa, ID 83687-3069 |
| 5294754 | *+ | Tates Rents Corportate, 1356 E. Beach Craft Court, Boise, ID 83716-9608 |
| 5294755 | *+ | Taylor Law Offices, PO Box 268, Boise, ID 83701-0268 |
| 5294756 | *+ | Terminix, PO Box 802155, Chicago, IL 60680-2155 |
| 5294757 | *+ | Texas First Rentals, 5665 Southeast Loop 410, San Antonio, TX 78222-3903 |
| 5294758 | *+ | Texas Workforce Center, P.O. Box 149137, Austin, TX 78714-9137 |
| 5294759 | *+ | Titan Concrete Pumping LLC, P.O. Box 424, Meridian, ID 83680-0424 |
| 5294760 | *+ | Trashelle Odom, 6358 S. Bosch Way, Meridian, ID 83642-7839 |
| 5294763 | *+ | US Bank Equipment Finance, Attn: Recovery, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 5294761 | *+ | United Rentals, Inc., PO Box 051122, Los Angeles, CA 90074-1122 |
| 5294764 | *+ | Veolia Water of Idaho, 8248 West Victory Rd, Boise, ID 83709-4165 |
| 5294765 | *P++ | WASHINGTON TRUST BANK, PO BOX 2127, SPOKANE WA 99210-2127, address filed with court:, Washington Trust Bank, Credit Card Division, PO Box 2127, Spokane, WA 99210-2127 |
| 5294766 | *+ | Western Records Destruction, 1990 S. Cole Road, Boise, ID 83709-2813 |
| 5294767 | *+ | Western States Equipment, 500 E Overland Road, Meridian, ID 83642-6606 |
| 5295524 | *+ | Western States Equipment Company, 500 E Overland Rd, Meridian, ID 83642-6606 |
| 5294768 | *+ | Wildcatter Realty Advisors, PO Box 802788, Dallas, TX 75380-2788 |
| 5294769 | * | Willammette Dental Insurance, 6950 NE Campus Way, Portland, OR 97214 |
| 5291703 | ##+ | Meridian Auto Ranch, 1005 E Fairview Avenue, Meridian, ID 83642-1810 |

TOTAL: 7 Undeliverable, 171 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

**Name** — **Email Address**

Andrew Seth Jorgensen
on behalf of U.S. Trustee US Trustee andrew.jorgensen@usdoj.gov

Anne E. Henderson
on behalf of Creditor Blue Cross of Idaho Health Service Inc aehenderson@hollandhart.com

D Blair Clark
on behalf of Debtor HMH Construction LLC dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com;G69536@notify.cincompass.com

Jed W. Manwaring
on behalf of Creditor Commercial Credit Group Inc. jmanwaring@evanskeane.com, valerie@evanskeane.com;abell@evanskeane.com

Jesse A.P. Baker
on behalf of Creditor JPMorgan Chase Bank N/A ecfidb@aldridgepite.com

Matthew T. Christensen
on behalf of Creditor C/O Jonhson May Stellco LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com

Matthew T. Christensen

| District/off: 0976-1 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf032 | Total Noticed: 182 |

|  |  |
|---|---|
|  | on behalf of Creditor C/O Jonhson May H.O.T. 2  LLC mtc@johnsonmaylaw.com, mtcecf@gmail.com;klu@johnsonmaylaw.com;acs@johnsonmaylaw.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com |
| Nathan Thomas | on behalf of Creditor Syman LLC info@peak-law.com |
| Nathan Thomas | on behalf of Creditor Steel National info@peak-law.com |
| R Ron Kerl | on behalf of Creditor John Deere Financial f.s.b. Ron@cooper-larsen.com  lanna@cooper-larsen.com |
| Robert A Faucher | on behalf of Creditor Blue Cross of Idaho Health Service  Inc rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 12