# EXHIBIT B



www.equipmentwatch.com

All prices shown in US dollars ($)

# Green Guide®

April 24, 2023

**Komatsu GD655-6**
Articulated Frame Graders

Size Class:
**200 - 249 hp**
Weight:
**N/A**
Current Original Price:
**USD $393,991** (December NaN)



### Configuration for GD655-6

| Horsepower | **221.0 hp** | Power Mode | **Diesel** |
|---|---|---|---|

### Green Guide Values

Model Year: 2017

| | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2017 Published Data | USD $393,991 | USD $247,071 | USD $190,683 | USD $134,294 |
| **Adjustment** | | | | |
| Region () | - | - | - | - |
| Usage () | - | - | - | - |
| Condition (Good) | - | - | - | - |
| Options/Extras | - | - | - | - |
| FMV (100%) | | - | | |
| OLV (141.99%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $393,991** | **USD $247,071** | **USD $190,683** | **USD $134,294** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved.Page 1 of 1



www.equipmentwatch.com

All prices shown in US dollars ($)

# Green Guide® 
April 24, 2023

**Komatsu D51PXI-24**
Lgp Crawler Dozers

Size Class:
**130 - 159 hp**
Weight:
**N/A**
Current Original Price:
**USD $300,565** (December NaN)



## Configuration for D51PXI-24

| Dozer Type | **Power angle tilt** | Operator Protection | **EROPS** |
|---|---|---|---|
| Power Mode | **Diesel** | | |

## Green Guide Values

Model Year: 2020

| | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2020 Published Data | USD $300,565 | USD $192,030 | USD $155,174 | USD $118,318 |
| **Adjustment** | | | | |
| Region () | | - | - | - |
| Usage () | | - | - | - |
| Condition (Good) | | - | - | - |
| Options/Extras | | - | - | - |
| FMV (100%) | | - | | |
| OLV (131.15%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $300,565** | **USD $192,030** | **USD $155,174** | **USD $118,318** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1



www.equipmentwatch.com

All prices shown in US dollars ($)

# Green Guide®

April 24, 2023

**Komatsu WA380-8**
4-Wd Articulated Wheel Loaders

Size Class:
**175 - 199 hp**
Weight:
**N/A**
Current Original Price:
**USD $302,537** (December NaN)



## Configuration for WA380-8

| | | | |
|---|---|---|---|
| Bucket Capacity | **4.3 cu yd** | Horsepower | **191.0 hp** |
| Operator Protection | **EROPS** | Power Mode | **Diesel** |

## Green Guide Values

Model Year: 2021

| | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2021 Published Data | USD $302,537 | USD $181,488 | USD $147,983 | USD $114,478 |
| **Adjustment** | | | | |
| Region () | | - | - | - |
| Usage () | | - | - | - |
| Condition (Good) | | - | - | - |
| Options/Extras | | - | - | - |
| FMV (100%) | | - | | |
| OLV (129.27%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $302,537** | **USD $181,488** | **USD $147,983** | **USD $114,478** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1



www.equipmentwatch.com

All prices shown in US dollars ($)

# Green Guide®

April 24, 2023

**Komatsu WA380-8**
4-Wd Articulated Wheel Loaders

Size Class:
**175 - 199 hp**
Weight:
**N/A**
Current Original Price:
**USD $305,562** (December NaN)



## Configuration for WA380-8

| Bucket Capacity | **4.3 cu yd** | Horsepower | **191.0 hp** |
| Operator Protection | **EROPS** | Power Mode | **Diesel** |

## Green Guide Values

Model Year: 2022

|  | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2022 Published Data | USD $305,562 | USD $215,956 | USD $173,521 | USD $131,085 |
| **Adjustment** | | | | |
| Region () | | - | - | - |
| Usage () | | - | - | - |
| Condition (Good) | | - | - | - |
| Options/Extras | | - | - | - |
| FMV (100%) | | - | | |
| OLV (132.37%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $305,562** | **USD $215,956** | **USD $173,521** | **USD $131,085** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

# EquipmentWatch

www.equipmentwatch.com

All prices shown in US dollars ($)

## Green Guide®

April 24, 2023

**Komatsu D61PX-24**
Lgp Crawler Dozers

Size Class:
**160 - 189 hp**
Weight:
**N/A**
Current Original Price:
**USD $334,322** (December NaN)



### Configuration for D61PX-24

| Dozer Type | **Power angle tilt** | Operator Protection | **EROPS** |
|---|---|---|---|
| Power Mode | **Diesel** | | |

### Green Guide Values

Model Year: 2022

| | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2022 Published Data | USD $334,322 | USD $243,494 | USD $185,779 | USD $128,063 |
| **Adjustment** | | | | |
| Region () | | - | - | - |
| Usage () | | - | - | - |
| Condition (Good) | | - | - | - |
| Options/Extras | | - | - | - |
| FMV (100%) | | - | | |
| OLV (145.07%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $334,322** | **USD $243,494** | **USD $185,779** | **USD $128,063** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

# EquipmentWatch

www.equipmentwatch.com

All prices shown in US dollars ($)

## Green Guide®

April 24, 2023

**Komatsu PC138USLC-11**
Crawler Mounted Hydraulic Excavators

Size Class:
**14.5 - 16.4 mt**
Weight:
**N/A**
Current Original Price:
**USD $202,021** (December NaN)



### Configuration for PC138USLC-11

| Bucket Capacity | 0.34 - 1 cu yd | Horsepower | 97.2 hp |
|---|---|---|---|
| Operating Weight | 34563.0 lbs | Power Mode | Diesel |

### Green Guide Values

Model Year: 2021

| | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2021 Published Data | USD $202,021 | USD $185,864 | USD $145,207 | USD $104,549 |
| **Adjustment** | | | | |
| Region () | | - | - | - |
| Usage () | | - | - | - |
| Condition (Good) | | - | - | - |
| Options/Extras | | - | - | - |
| FMV (100%) | | - | | |
| OLV (138.89%) | | | - | |
| FLV (100%) | | | | - |
| **Total Adjusted Price** | **USD $202,021** | **USD $185,864** | **USD $145,207** | **USD $104,549** |

Date Last Updated: Apr 10, 2023

The equipment represented in this report has been exclusively prepared for DANIELLE CROSBY (danielle.crosby@global.komatsu)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

Default Values (no user adjustments applied) | View First 3 | Use Current Value >

| Model Year | Original Price | FMV | OLV | FLV |
|---|---|---|---|---|
| 2023 | USD $322,932 | USD $287,627 | USD $258,695 | USD $229,763 |
| 2022 | USD $316,600 | USD $268,256 | USD $221,549 | USD $174,842 |
| 2021 | USD $313,465 | USD $250,189 | USD $207,542 | USD $164,896 |
| 2020 | USD $310,085 | USD $233,339 | USD $197,228 | USD $161,117 |
| 2019 | USD $304,005 | USD $217,624 | USD $184,542 | USD $151,460 |