**United States Bankruptcy Court**
**District of Idaho**

In re   **HMH Construction, LLC**                                                   Case No.   23-00191
                                         Debtor(s)                                  Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John Odom**, declare under penalty of perjury that I am the **Managing Member** of **HMH Construction, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said company at a special meeting duly called and held on the 19th day of April, 2023

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John Odom**, **Managing Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **John Odom**, **Managing Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **John Odom**, **Managing Member** of this Company is authorized and directed to employ **D. Blair Clark, ISB# 1367**, attorney and the law firm of **Law Office of D. Blair Clark, PC** to represent the company in such bankruptcy case."

Date   **April 19, 2023**                                   Signed   **/s/ John Odom**
                                                                     **John Odom, Sole Member**

Resolution of Members
of
**HMH Construction, LLC**

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John Odom**, **Managing Member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **John Odom**, **Managing Member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **John Odom**, **Managing Member** of this Company is authorized and directed to employ **D. Blair Clark 1367**, attorney and the law firm of **Law Office of D. Blair Clark, PC** to represent the company in such bankruptcy case.

Date  **April 19, 2023**       Signed

**John Odom, Sole Member**