D. Blair Clark  
LAW OFFICES OF D. BLAIR CLARK PC  
967 E. Parkcenter Blvd., #282  
Boise, ID 83706  
Phone: (208) 475-2050  
Fax: (208) 475-2055  
Email: dbc@dbclarklaw.com  
Idaho State Bar No. 1367  
Attorneys for Debtor in Possession  

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF IDAHO**

| In re: | Case No. **23-00191-JMM** |
|---|---|
| **HMH CONSTRUCTION, LLC** | Chapter 11 |
| Debtor.. | |

**MOTION TO CONTINUE HEARING ON US TRUSTEE'S  
MOTION TO DISMISS OR CONVERT AND JOINDERS THEREIN**

COMES NOW the Debtor in Possession, by and through the undersigned, and moves the Court for an order vacating and continuing the hearing set before the Court for AUGUST 9, 2023, on the Motion to Dismiss or Convert filed by the US Trustee (docket 79), and joined in by several creditors, and in support thereof alleges as follows:

1. Debtor (hereafter HMH) is an Idaho limited liability company. The original member was HMS Construction, LLC, ("HMS") the member of which was John Odom. HMH and HMS were both established in 2018. Since that time, HMS has been dissolved and Mr. Odom has assumed the status of member and manager of HMH in 2019.

MOTION TO CONTINUE—Page 1

2. Mr. Odom was married in 2017 to Trashelle Odom. The parties had two children, ages 5 and 3 at present. In April, 2022, Trashelle began divorce proceedings against John which has just gone to trial in the District Court for Ada County, Idaho.

3. The divorce case has been contentious to say the least. Prior to the divorce, Trashelle, who was a salesperson in the cosmetics department of Dillard's until she and John got together in 2013, became used to a good lifestyle, and lived extravagantly. Attached hereto is a copy of her attorney's closing argument in the divorce case, which demonstrates her own description of her lifestyle, her spending habits, her claimed financial needs, and various assertions concerning Mr. Odom's income and assets. She also asserted that HMH is community property, and has demanded that the company be deemed "omitted" but reserving her rights to seek a division or ownership thereof after the bankruptcy is concluded.

4. As of this time, it is uncertain if John will continue to be the member or manager of the Debtor.

5. As of this writing, Aaron Morriss is still counsel of record for John Odom personally in the divorce case, but the undersigned has been advised that William J. Carter is now his attorney and will be filing substitution.

6. Mr. Carter has advised that he cannot appear on Tuesday, August 9. He has reviewed the post-divorce filings and has also reviewed the US Trustee's Motion to Dismiss or Convert. He has instructed me that he has advised Mr. Odom to NOT participate in the August 9 hearing. The undersigned is now in a quandary because he is the attorney for the company who is the Debtor in Possession in this case and not Mr. Odom personally. Consequently, the undersigned cannot advise Mr. Odom personally as to testimony, especially with what the undersigned believes will

be an extremely adversarial and aggressive position on the part of many of the creditors in this case and the US Trustee.

7. The undersigned received an inquiry if he could agree to a chapter 11 trustee, which in the undersigned's opinion would not be in the best interests of the estate, which still depends on Mr. Odom, his contacts and his knowledge of construction practices to generate revenue. Counsel did suggest that an examiner might be appropriate but the creditors who have joined in the motion have all rejected even the suggestion of that approach.

8. The undersigned respectfully requests that the hearing set for August 9, 2023, be continued for a period of 30 days more or less in order to allow Mr. Odom and his new attorney the time to prepare for representation of Mr. Odom personally since he will obviously be a witness in the case. He is listed as such on the US Trustee's Witness List, docket 108. In fact, the designation of Mr. Odom as a witness is flawed as it reads "John Odom, Representative of Debtor HMH Construction LLC, represented by attorney D. Blair Clark;" when in fact it is or should be clear to the US Trustee that counsel does NOT represent Mr. Odom, and cannot represent him as a witness in the case under these circumstances.

WHEREFORE, Debtor in Possession respectfully requests that this hearing be VACATED and CONTINUED to a later date.

DATED August 4, 2023.

                                      LAW OFFICES OF D. BLAIR CLARK PC

                                      by /s/D. Blair Clark
                                          D. Blair Clark
                                          Attorneys for HMH Construction, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 4TH day of August, 2023_, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

John Odom, individually, via Email

William J. Carter, Attorney, via Email

Aaron Morriss, Attorney, via Email

Jesse A.P. Baker on behalf of Creditor JPMorgan Chase Bank N/A
ecfidb@aldridgepite.com

Kaleigh Boyer on behalf of Creditor Komatsu Financial
kboyer@parsonsbehle.com,

Matthew T. Christensen on behalf of Creditor C/O Jonhson May H.O.T. 2, LLC
Matthew T. Christensen on behalf of Creditor C/O Jonhson May Stellco, LLC
mtc@johnsonmaylaw.com

Samuel A Diddle on behalf of Creditor The Huntington National Bank
sdiddle@elamburke.com, kmd@elamburke.com

Robert A Faucher on behalf of Creditor Blue Cross of Idaho Health Service, Inc
rfaucher@hollandhart.com,

Anne E. Henderson on behalf of Creditor Blue Cross of Idaho Health Service, Inc
aehenderson@hollandhart.com

Andrew Seth Jorgensen on behalf of U.S. Trustee US Trustee
andrew.jorgensen@usdoj.gov

R Ron Kerl on behalf of Creditor John Deere Financial f.s.b.
Ron@cooper-larsen.com, lanna@cooper-larsen.com

Jed W. Manwaring on behalf of Creditor Commercial Credit Group, Inc.
jmanwaring@evanskeane.com, valerie@evanskeane.com; abell@evanskeane.com

Michael G Schmidt on behalf of Creditor Washington Trust Bank
mgs@lukins.com, tboyddavis@lukins.com

M:\MB\mbwork\Blair\HMH Construction\Motion to Convert\motion to continue.docx

Nathan Thomas on behalf of Creditor Steel National
Nathan Thomas on behalf of Creditor Syman LLC
info@peak-law.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

All registered ECF participants, by ECF

                                                                   _/s/_____
                                                                    D. Blair Clark