## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

HMH CONSTRUCTION, LLC

Debtor.

Case No. 23-00191-JMM
Chapter 11

### ORDER GRANTING ACTING UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7

The Acting United States Trustee's Motion to Convert or Dismiss Case or in the Alternative to Appoint a Chapter 11 Trustee (Doc. 79) being considered, and the court considering evidence and argument at the hearing on August 9, 2023, the Court having made oral findings of fact and conclusions of law on the record, and for good cause appearing:

IT IS HEREBY ORDERED THAT the Acting United States Trustee's Motion to convert to Chapter 7 is GRANTED and this case is converted to a case under Chapter 7 of U.S.C. Title 11.

DATED:  August 14, 2023



_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by: Andrew Jorgensen, Attorney for United States Trustee's Office
Approved as to form:
 /s/ (email authorization)_____ Date:  8/9/2023__
D. Blair Clark, Attorney for Debtor HMH Construction LLC
 /s/ (email authorization)_____ Date:  8/9/2023__
Aaron Bell, Attorney for Creditor Commercial Credit Group, Inc.
 /s/ (email authorization)_____ Date:  8/9/2023__
Kaleigh Boyer, Attorney for Komatsu Financial