# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 8/14/2023 |
| Case: 23−00191−JMM | Form ID: pdf105 | Total: 391 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Blue Cross of Idaho Health Service, Inc
5291640     Colonial Life
5294640     Colonial Life
5294652     Don Carter
5291750     Unknown
5294762     Unknown

                                                                                        TOTAL: 6

**Recipients of Notice of Electronic Filing:**
ust         US Trustee           ustp.region18.bs.ecf@usdoj.gov
tr          Timothy R. Kurtz           trk@kurtztrustee.com
aty         Andrew Seth Jorgensen           andrew.jorgensen@usdoj.gov
aty         Anne E. Henderson           aehenderson@hollandhart.com
aty         D Blair Clark           dbc@dbclarklaw.com
aty         Jed W. Manwaring           jmanwaring@evanskeane.com
aty         Jesse A.P. Baker           ecfidb@aldridgepite.com
aty         Kaleigh Boyer           kboyer@parsonsbehle.com
aty         Matthew T. Christensen           mtc@johnsonmaylaw.com
aty         Michael G Schmidt           mgs@lukins.com
aty         Nathan Thomas           info@peak−law.com
aty         R Ron Kerl           Ron@cooper−larsen.com
aty         Robert A Faucher           rfaucher@hollandhart.com
aty         Samuel A Diddle           sdiddle@elamburke.com

                                                                                        TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          HMH Construction, LLC          2501 E State Avenue          Suite 110          Meridian, ID 83642
cr          Ally Bank, c/o AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118
cr          Commercial Credit Group, Inc.          Givens Pursley LLP          c/o Randall A. Peterman          601 W. Bannock St.          P.O. Box 2720          Boise, ID 83701
cr          John Deere Financial f.s.b.          PO Box 6600          Johnston, IA 50131
cr          C/O Jonhson May H.O.T. 2, LLC          199 N. Capitol Blvd Ste. 200          Boise, ID 83702
cr          C/O Jonhson May Stellco, LLC          199 N. Capitol Blvd          Boise, ID 83702 UNITED STATES
cr          Syman LLC          1548 E Plaza Loop          Nampa, ID 83687
cr          Steel National          14763 WILLIS RD          CALDWELL, ID 83607
cr          HMH Construction, LLC          2501 E State Avenue          , ID 83642
cr          JPMorgan Chase Bank N/A          700 Kansas Lane Floor 01          Monroe, LA 71203
acc         Wayne Barney          1524 South Vista Avenue          Suite 12          Boise, ID 83705
cr          Washington Trust Bank          c/o Michael Schmidt          601 E. Front Ave., Ste. 303          Coeur d'Alene, ID 83814
cr          The Huntington National Bank          11100 Wayzata Boulevard          Suite 700          Minnetonka, MN 55305
cr          Komatsu Financial          c/o Parsons Behle & Latimer          350 Memorial Drive, Ste. 300          Idaho Falls, ID 83402 UNITED STATES
5291611     AAA Fence Rental Inc          2429 Meadow View Rd.          Kuna, ID 83634
5294606     AAA Fence Rental Inc          2429 Meadow View Rd.          Kuna, ID 83634
5294457     ADP, LLC          PO Box 842875          Boston, MA 02284
5294607     ADP, LLC          PO Box 842875          Boston, MA 02284
5294459     AIS Portfolio Services, LLC          4515 N Santa Fe Ave. #APC          Oklahoma City, OK 73118
5291617     ARMOR          4329 Reeder Dr          Carrollton, TX 75010
5294615     ARMOR          4329 Reeder Dr          Carrollton, TX 75010
5291612     Ahern Rental − Texas Branch          c/o United Rental Corporate          100 First Stamford Place #700          Stamford, CT 06902
5294458     Ahern Rental − Texas Branch          c/o United Rental Corporate          100 First Stamford Place #700          Stamford, CT 06902
5294608     Ahern Rental − Texas Branch          c/o United Rental Corporate          100 First Stamford Place #700          Stamford, CT 06902
5291613     Ahern Rentals, Inc          8350 Eastgate Road          Henderson, NV 89015
5294609     Ahern Rentals, Inc          8350 Eastgate Road          Henderson, NV 89015
5303353     Ahern Rentals, Inc.          8350 Eastgate Road          Henderson, NV 89015          ,
5302745     Alliance Funding Group          17542 17th Street, Suite 200          Tustin, CA 92780
5291614     Alloway Electric Company          502 E. 45th St.          Garden City, ID 83714
5294610     Alloway Electric Company          502 E. 45th St.          Garden City, ID 83714
5292468     Ally Bank          AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118
5292469     Ally Bank          AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118
5292470     Ally Bank          AIS Portfolio Services, LLC          4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118

| | | | | |
|---|---|---|---|---|
| 5292471 | Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 5292472 | Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 5292473 | Ally Bank | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 5293569 | Ally Bank c/o AIS Portfolio Services, LLC | | 4515 N. Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 5294611 | Ally Financial Inc | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. #APC | Oklahoma City, OK 73118 |
| 5294460 | Ally Financial Inc | PO Box 380901 | Minneapolis, MN 55438 | |
| 5294612 | Ally Financial Inc | PO Box 380901 | Minneapolis, MN 55438 | |
| 5291615 | Alva Advance | c/o Gene Rosen, Atty | 200 Garden City Plaza #405 | Garden City, NY 11530 |
| 5294613 | Alva Advance | c/o Gene Rosen, Atty | 200 Garden City Plaza #405 | Garden City, NY 11530 |
| 5300323 | Alva Advance LLC | Gene Rosen's Law Firm – A Professional Corpor | 200 Garden City Plaza, Suite 405 | Garden City, NY 11530 |
| 5291616 | American Express | P.O. Box 0001 | Los Angeles, CA 90096–0001 | |
| 5294614 | American Express | P.O. Box 0001 | Los Angeles, CA 90096–0001 | |
| 5292615 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 5296861 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 5291618 | Atkins Electric | 5906 W Victory Road | Boise, ID 83709 | |
| 5294616 | Atkins Electric | 5906 W Victory Road | Boise, ID 83709 | |
| 5291621 | BEAM | Dept. Ch 19072 | Palatine, IL 60055–9072 | |
| 5294619 | BEAM | Dept. Ch 19072 | Palatine, IL 60055–9072 | |
| 5291627 | BMT Capital Group, Inc. | c/o Isaac H Greenfield, Atty | 2 Executive Blvd #305 | Suffern, NY 10901 |
| 5294625 | BMT Capital Group, Inc. | c/o Isaac H Greenfield, Atty | 2 Executive Blvd #305 | Suffern, NY 10901 |
| 5291619 | Bar 7 LLC | 6001 Randolph Drive | Boise, ID 83709 | |
| 5294617 | Bar 7 LLC | 6001 Randolph Drive | Boise, ID 83709 | |
| 5291620 | Bar 7 LLC | PO Box 15223 | Boise, ID 83715 | |
| 5294618 | Bar 7 LLC | PO Box 15223 | Boise, ID 83715 | |
| 5291622 | BigHorn Traffic Services | 2015 Delta Drive | Nampa, ID 83687 | |
| 5294620 | BigHorn Traffic Services | 2015 Delta Drive | Nampa, ID 83687 | |
| 5294549 | Blair Jackson | PO Box 1516 | Draper, UT 84020 | |
| 5291623 | Blue Cross of Idaho | 3000 E. Pine Avenue | Meridian, ID 83642 | |
| 5294621 | Blue Cross of Idaho | 3000 E. Pine Avenue | Meridian, ID 83642 | |
| 5291624 | Blue Elephant Financing | 3 Main Street Suite 301 | Irvington, NY 10533 | |
| 5294622 | Blue Elephant Financing | 3 Main Street Suite 301 | Irvington, NY 10533 | |
| 5291625 | Blue Elephant Financing | c/o Andrea Rosholt, Atty | 210 Murray Street #B | Garden City, ID 83714 |
| 5294623 | Blue Elephant Financing | c/o Andrea Rosholt, Atty | 210 Murray Street #B | Garden City, ID 83714 |
| 5291626 | Blue Peak Engineering Inc | 18543 Yorba Linda Blvd #235 | Yorba Linda, CA 92886 | |
| 5294624 | Blue Peak Engineering Inc | 18543 Yorba Linda Blvd #235 | Yorba Linda, CA 92886 | |
| 5291628 | Bradley B LLC | 2777 S. Orchard Street | Boise, ID 83705 | |
| 5294626 | Bradley B LLC | 2777 S. Orchard Street | Boise, ID 83705 | |
| 5300995 | C.H. Brown Co. | PO BOX 1931 | Burlingame, CA 94011 | |
| 5293546 | CHRYSLER CAPITAL | P.O. BOX 961275 | FORT WORTH, TX 76161 | |
| 5291637 | CMT Engineering Laboratories | 2796 South Redwood Road | Salt Lake City, UT 84110 | |
| 5294637 | CMT Engineering Laboratories | 2796 South Redwood Road | Salt Lake City, UT 84110 | |
| 5291643 | CTC Transportation LLC | P.O. Box 488 | Euless, TX 76039 | |
| 5294644 | CTC Transportation LLC | P.O. Box 488 | Euless, TX 76039 | |
| 5291646 | CXT Incorporation | P.O. Box 676208 | Dallas, TX 75267 | |
| 5294647 | CXT Incorporation | P.O. Box 676208 | Dallas, TX 75267 | |
| 5291629 | Casta–3 Construction LLC | 5108 Barbara Road | Fort Worth, TX 76114 | |
| 5294627 | Casta–3 Construction LLC | 5108 Barbara Road | Fort Worth, TX 76114 | |
| 5294461 | Caterpillar Financial | PO Box 100647 | Pasadena, CA 91189–0647 | |
| 5294628 | Caterpillar Financial | PO Box 100647 | Pasadena, CA 91189–0647 | |
| 5291630 | Central Paving | P. O. Box 15010 | Boise, ID 83715 | |
| 5294629 | Central Paving | P. O. Box 15010 | Boise, ID 83715 | |
| 5291631 | Centurion American | 1800 Valley View Lane | Dallas, TX 75234 | |
| 5294630 | Centurion American | 1800 Valley View Lane | Dallas, TX 75234 | |
| 5291632 | Century Link | P.O. Box 2956 | Phoenix, AZ 85062 | |
| 5294631 | Century Link | P.O. Box 2956 | Phoenix, AZ 85062 | |
| 5291633 | Century Link Bankruptcy | PO Box 2956 | Phoenix, AZ 85062–2956 | |
| 5294632 | Century Link Bankruptcy | PO Box 2956 | Phoenix, AZ 85062–2956 | |
| 5292284 | CenturyTel Service Group, LLC dba Centurylink | Centurylink Communications, LLC. | 1025 El Dorado Blvd. (Attn:Legal–BKY) | Broomfield, CO 80021 |
| 5294462 | Chrysler Capital | Po Box 961275 | Fort Worth, TX 76161 | |
| 5294633 | Chrysler Capital | Po Box 961275 | Fort Worth, TX 76161 | |
| 5291634 | City of Eagle | PO Box 1520 | Eagle, ID 83616 | |
| 5294634 | City of Eagle | PO Box 1520 | Eagle, ID 83616 | |
| 5296457 | City of Meridian | 33 E. Broadway Ave. | Meridian, ID 83642 | |
| 5291635 | City of Meridian | 33 E. Broadway Avenue | Meridian, ID 83642 | |
| 5294635 | City of Meridian | 33 E. Broadway Avenue | Meridian, ID 83642 | |

| | | | | |
|---|---|---|---|---|
| 5291636 | City of Nampa | 401 3rd Street South | Nampa, ID 83651 | |
| 5294636 | City of Nampa | 401 3rd Street South | Nampa, ID 83651 | |
| 5291638 | Coastline Equipment | 2000 E. Overland Road | Meridian, ID 83642 | |
| 5294638 | Coastline Equipment | 2000 E. Overland Road | Meridian, ID 83642 | |
| 5291639 | Code Red Towing of Idaho | 3315 Caldwell Blvd | Nampa, ID 83651 | |
| 5294639 | Code Red Towing of Idaho | 3315 Caldwell Blvd | Nampa, ID 83651 | |
| 5294463 | Commercial Credit Group | 525 N. Tryon Street, Ste 100 | Charlotte, NC 28202 | |
| 5294641 | Commercial Credit Group | 525 N. Tryon Street, Ste 100 | Charlotte, NC 28202 | |
| 5291641 | Conceret Cutting Services | 8555 S. Coveyridge Lane | Boise, ID 83709 | |
| 5294642 | Conceret Cutting Services | 8555 S. Coveyridge Lane | Boise, ID 83709 | |
| 5291642 | Conrad Bischoff | 9250 Cherry Lane | Nampa, ID 83687 | |
| 5294643 | Conrad Bischoff | 9250 Cherry Lane | Nampa, ID 83687 | |
| 5291644 | Curtis Clean Sweep Inc | P.O. Box 44112 | Boise, ID 83711 | |
| 5294645 | Curtis Clean Sweep Inc | P.O. Box 44112 | Boise, ID 83711 | |
| 5291645 | Cutting Edge Landscape | 5407 Alworth | Garden City, ID 83714 | |
| 5294646 | Cutting Edge Landscape | 5407 Alworth | Garden City, ID 83714 | |
| 5291647 | Dennis Dillon | 2777 South Orchard | PO Box 7944 | Boise, ID 83707 |
| 5294648 | Dennis Dillon | 2777 South Orchard | PO Box 7944 | Boise, ID 83707 |
| 5291648 | Denton Municipal Utilities | 601 E Hickory Street Suite F | Denton, TX 76205 | |
| 5294649 | Denton Municipal Utilities | 601 E Hickory Street Suite F | Denton, TX 76205 | |
| 5291649 | Dept of Labor – OSHA | 1387 S. Vinnell Way Suite 21 | Boise, ID 83709 | |
| 5294650 | Dept of Labor – OSHA | 1387 S. Vinnell Way Suite 21 | Boise, ID 83709 | |
| 5291650 | Discount Tire Texas | 8700 Ohio Dr. | Plano, TX 75024 | |
| 5294651 | Discount Tire Texas | 8700 Ohio Dr. | Plano, TX 75024 | |
| 5294464 | Don Carter | 1998 Stony Desert Street | Kuna, ID 83634 | |
| 5291652 | EHM Engineers, Inc. | 621 N College Rd., Suite 100 | Twin Falls, ID 83301 | |
| 5294654 | EHM Engineers, Inc. | 621 N College Rd., Suite 100 | Twin Falls, ID 83301 | |
| 5291651 | Eagle Sewer District | 44 N. Palmetto Avenue | Eagle, ID 83616 | |
| 5294653 | Eagle Sewer District | 44 N. Palmetto Avenue | Eagle, ID 83616 | |
| 5291653 | Equipment Share | PO Box 650429 | Dallas, TX 75265 | |
| 5294655 | Equipment Share | PO Box 650429 | Dallas, TX 75265 | |
| 5291654 | Farmers Union Ditch Co. Ltd | PO Box 1474 | Eagle, ID 83616 | |
| 5294656 | Farmers Union Ditch Co. Ltd | PO Box 1474 | Eagle, ID 83616 | |
| 5291655 | Federated Insurance | PO Box 328 | Owatonna, MN 55060 | |
| 5294657 | Federated Insurance | PO Box 328 | Owatonna, MN 55060 | |
| 5306099 | Federated Mutual Insurance Company | 121 East Park Square | Attn: Corporate legal | Owatonna, MN 55060 |
| 5291657 | Ferguson Waterworks | 6715 W. Overland Road | Idaho Falls, ID 83402 | |
| 5294659 | Ferguson Waterworks | 6715 W. Overland Road | Idaho Falls, ID 83402 | |
| 5291656 | Ferguson Waterworks | P.O. Box 802817 | Chicago, IL 60680 | |
| 5294658 | Ferguson Waterworks | P.O. Box 802817 | Chicago, IL 60680 | |
| 5291658 | Ferugson Waterworks | 9450 SW Gemini Drive Suite 7790 | Beaverton, OR 97008–8000 | |
| 5294660 | Ferugson Waterworks | 9450 SW Gemini Drive Suite 7790 | Beaverton, OR 97008–8000 | |
| 5294465 | Fifth Third Bank | 38 Foundation Square Plaza MD 109098 | Cincinnati, OH 45263–0001 | |
| 5294661 | Fifth Third Bank | 38 Foundation Square Plaza MD 109098 | Cincinnati, OH 45263–0001 | |
| 5294466 | Financial Pacific Leasing | 3455 S. 344th Way Suite 300 | Auburn, WA 98001–9546 | |
| 5294662 | Financial Pacific Leasing | 3455 S. 344th Way Suite 300 | Auburn, WA 98001–9546 | |
| 5291659 | Forsgren Associates, Inc | 370 East 500 South, Ste. 200 | Salt Lake City, UT 84111 | |
| 5294663 | Forsgren Associates, Inc | 370 East 500 South, Ste. 200 | Salt Lake City, UT 84111 | |
| 5291660 | Forsgren Associates, Inc | 9450 SW Gemini Drive Suite 7790 | Beaverton, OR 97008–7105 | |
| 5294664 | Forsgren Associates, Inc | 9450 SW Gemini Drive Suite 7790 | Beaverton, OR 97008–7105 | |
| 5291661 | G&B Redi Mix | 6701 East Flamingo Avenue | Nampa, ID 83687–9505 | |
| 5294665 | G&B Redi Mix | 6701 East Flamingo Avenue | Nampa, ID 83687–9505 | |
| 5291663 | GOMAINTENANCE | 918 N. ORCHARD | Boise, ID 83706 | |
| 5294667 | GOMAINTENANCE | 918 N. ORCHARD | Boise, ID 83706 | |
| 5300322 | Gadi Dotz (Gene Rosen's Law Firm – A Professional Corporation) | Gene Rosen's Law Firm – A Professional Corpor 200 Garden City Plaza, Suite 405 | Garden City, NY 11530 | |
| 5291662 | Globaltranz | P.O. Box 203285 | Dallas, TX 75320 | |
| 5294666 | Globaltranz | P.O. Box 203285 | Dallas, TX 75320 | |
| 5291664 | Granite RE, Inc | 14001 Quailbrook Drive | Oklahoma City, OK 73134 | |
| 5294668 | Granite RE, Inc | 14001 Quailbrook Drive | Oklahoma City, OK 73134 | |
| 5291665 | H.O.T. 2, LLLP | PO Box 1335 | Meridian, ID 83680 | |
| 5294669 | H.O.T. 2, LLLP | PO Box 1335 | Meridian, ID 83680 | |
| 5291666 | HD Fowler Company | P.O. Box 84368 | Seattle, WA 98124 | |
| 5294670 | HD Fowler Company | P.O. Box 84368 | Seattle, WA 98124 | |
| 5291667 | High Desert Bobcat | 2324 Caldwell Blvd | Nampa, ID 83651 | |
| 5294671 | High Desert Bobcat | 2324 Caldwell Blvd | Nampa, ID 83651 | |
| 5291668 | Holt Cat | PO Box 650345 | Dallas, TX 75265 | |
| 5294672 | Holt Cat | PO Box 650345 | Dallas, TX 75265 | |
| 5294467 | Huntington National Bank | 11100 Wayzata Blvd Suite 700 | Hopkins, MN 55305 | |
| 5294673 | Huntington National Bank | 11100 Wayzata Blvd Suite 700 | Hopkins, MN 55305 | |
| 5294468 | Huntington National Bank | 17 S High St | Columbus, OH 43215 | |
| 5294674 | Huntington National Bank | 17 S High St | Columbus, OH 43215 | |
| 5291669 | Hyphen Solutions | PO Box 208656 | Dallas, TX 75234 | |
| 5294675 | Hyphen Solutions | PO Box 208656 | Dallas, TX 75234 | |
| 5291670 | Idaho Central Credit Union | PO Box 2469 | Pocatello, ID 83206 | |
| 5294676 | Idaho Central Credit Union | PO Box 2469 | Pocatello, ID 83206 | |
| 5291671 | Idaho Child Support Receipt | PO Box 70008 | Boise, ID 83707 | |

| ID | Name | Address 1 | Address 2 | Address 3 | Address 4 |
|---|---|---|---|---|---|
| 5294677 | Idaho Child Support Receipt | PO Box 70008 | Boise, ID 83707 | | |
| 5291672 | Idaho Dept of Transportation | 3311 W. State Street | PO Box 7129 | Boise, ID 83707–1129 | |
| 5294678 | Idaho Dept of Transportation | 3311 W. State Street | PO Box 7129 | Boise, ID 83707–1129 | |
| 5291673 | Idaho Div of Occupational & | Professional Licenses | P.O. Box 83720 | Boise, ID 83720–0063 | |
| 5294679 | Idaho Div of Occupational & | Professional Licenses | P.O. Box 83720 | Boise, ID 83720–0063 | |
| 5291674 | Idaho Equipment Rental | 738 S. Iron Springs Avenue | Kuna, ID 83634 | | |
| 5294680 | Idaho Equipment Rental | 738 S. Iron Springs Avenue | Kuna, ID 83634 | | |
| 5291675 | Idaho Erosion Control Inc | 148 Blue Lakes Blvd N. #393 | Twin Falls, ID 83301 | | |
| 5294681 | Idaho Erosion Control Inc | 148 Blue Lakes Blvd N. #393 | Twin Falls, ID 83301 | | |
| 5291676 | Idaho Materials & Construct. | 924 N Sugar Street | Nampa, ID 83687 | | |
| 5294682 | Idaho Materials & Construct. | 924 N Sugar Street | Nampa, ID 83687 | | |
| 5291678 | Idaho Power | Corporate Cashier | PO Box 6062 | Boise, ID 83707 | |
| 5294684 | Idaho Power | Corporate Cashier | PO Box 6062 | Boise, ID 83707 | |
| 5291677 | Idaho Power | P.O. Box 70 | Boise, ID 83707 | | |
| 5294683 | Idaho Power | P.O. Box 70 | Boise, ID 83707 | | |
| 5291679 | Idaho Precast Concrete, Inc. | 1389 Madison | Nampa, ID 83687 | | |
| 5294685 | Idaho Precast Concrete, Inc. | 1389 Madison | Nampa, ID 83687 | | |
| 5291680 | Idaho State Tax Commission | P.O. Box 36 | 800 Park Blvd | Boise, ID 83722 | |
| 5294686 | Idaho State Tax Commission | P.O. Box 36 | 800 Park Blvd | Boise, ID 83722 | |
| 5291681 | Incorporating Services Ltd | 3500 S. DuPont Highway | Dover, DE 19901 | | |
| 5294687 | Incorporating Services Ltd | 3500 S. DuPont Highway | Dover, DE 19901 | | |
| 5291682 | Integrity Inspection Solut. | 4419 Challenger Way | Caldwell, ID 83605 | | |
| 5294688 | Integrity Inspection Solut. | 4419 Challenger Way | Caldwell, ID 83605 | | |
| 5291683 | Internal Revenue Service | PO BOX 7346 | Philadelphia, PA 19114 | | |
| 5294689 | Internal Revenue Service | PO BOX 7346 | Philadelphia, PA 19114 | | |
| 5291684 | J. E. C. LLC | P.O. Box 1512 | Meridian, ID 83680 | | |
| 5294690 | J. E. C. LLC | P.O. Box 1512 | Meridian, ID 83680 | | |
| 5291686 | JBJ Automotive & Diesel Rep. | 5325 Lake Ave. | Caldwell, ID 83607 | | |
| 5294692 | JBJ Automotive & Diesel Rep. | 5325 Lake Ave. | Caldwell, ID 83607 | | |
| 5291687 | JMAC | PO Box 760 | Caldwell, ID 83606 | | |
| 5294693 | JMAC | PO Box 760 | Caldwell, ID 83606 | | |
| 5294471 | JPMorgan Chase & Co | Attn: James Dimon, CEO | 270 Park Avenue, 39th Floor | New York, NY 10017 | |
| 5294699 | JPMorgan Chase & Co | Attn: James Dimon, CEO | 270 Park Avenue, 39th Floor | New York, NY 10017 | |
| 5300453 | JPMorgan Chase Bank, N.A. | National Bankruptcy Department | P.O. Box 29505 AZ1–5757 | Phoenix, AZ 85038–9505 | |
| 5297580 | JPMorgan Chase Bank, N.A. | c/o ALDRIDGE PITE, LLP | 8880 Rio San Diego Drive, Suite 725 | San Diego, CA 92108 | |
| 5294550 | Jackson Group Peterbilt, Inc. | PO Box 27634 | Salt Lake City, UT 84127 | | |
| 5291685 | Jackson Peterbilt | 1505 Industrial Way | Caldwell, ID 83605 | | |
| 5294691 | Jackson Peterbilt | 1505 Industrial Way | Caldwell, ID 83605 | | |
| 5291688 | Joel Mikasa | 1305 12th Avenue Road | Nampa, ID 83686 | | |
| 5294694 | Joel Mikasa | 1305 12th Avenue Road | Nampa, ID 83686 | | |
| 5294469 | John Deere Financial | PO Box 6600 | Johnston, IA 50131 | | |
| 5294695 | John Deere Financial | PO Box 6600 | Johnston, IA 50131 | | |
| 5291689 | John Odom | 411 E. Eaglewoods Lane | Eagle, ID 83616 | | |
| 5294696 | John Odom | 411 E. Eaglewoods Lane | Eagle, ID 83616 | | |
| 5291690 | Joseph M. Wager, Atty | 827 E. Park Blvd | Suite 201 | Boise, ID 83712 | |
| 5294697 | Joseph M. Wager, Atty | 827 E. Park Blvd | Suite 201 | Boise, ID 83712 | |
| 5294470 | Josh Rohe, Atty | Bank of America Plaza | 901 Main Street #610 | Dallas, TX 75202 | |
| 5294698 | Josh Rohe, Atty | Bank of America Plaza | 901 Main Street #610 | Dallas, TX 75202 | |
| 5291691 | KB Fabrication & Welding | 2675 E Lanark | Meridian, ID 83642 | | |
| 5294700 | KB Fabrication & Welding | 2675 E Lanark | Meridian, ID 83642 | | |
| 5302741 | Kent W. Gardner | 3419 Westminster Avenue | Suite 13 | Dallas, TX 75225 | |
| 5291692 | Key Rentals Group LLC | 127–A Motherlode Lane | Belgrade, MT 59714 | | |
| 5294701 | Key Rentals Group LLC | 127–A Motherlode Lane | Belgrade, MT 59714 | | |
| 5291693 | Kimbell D. Gourley | Attorney at Law | PO Box 1097 | Boise, ID 83701 | |
| 5294702 | Kimbell D. Gourley | Attorney at Law | PO Box 1097 | Boise, ID 83701 | |
| 5291694 | Kings Pro Tire Center | 1111 1st Street South | Nampa, ID 83651 | | |
| 5294703 | Kings Pro Tire Center | 1111 1st Street South | Nampa, ID 83651 | | |
| 5291695 | Kirby Smith Machinery Inc. | P.O. Box 270360 | Oklahoma City, OK 73137 | | |
| 5294704 | Kirby Smith Machinery Inc. | P.O. Box 270360 | Oklahoma City, OK 73137 | | |
| 5294472 | Komatsu Finacial | 1701 W Golf Road – Suite 1–3 | P. O. Box 3002 | Rolling Meadows, IL 60008 | |
| 5294705 | Komatsu Finacial | 1701 W Golf Road – Suite 1–3 | P. O. Box 3002 | Rolling Meadows, IL 60008 | |
| 5294473 | Komatsu Financial | 8770 W. Bryn Mawr Ave | Suite 100 | Chicago, IL 60631 | |
| 5294706 | Komatsu Financial | 8770 W. Bryn Mawr Ave | Suite 100 | Chicago, IL 60631 | |
| 5303180 | Komatsu Financial Limited Partnership | c/o Mitchell D. Cohen, Vedder Price | 1633 Broadway, 31st Floor | New York, NY 10019 | |
| 5296456 | Kurt James Starman | 33 E. Broadway Ave. | Meridian, ID 83642 | | |
| 5291699 | LMK LLC | 234 Davis | Nampa, ID 83651 | | |
| 5294710 | LMK LLC | 234 Davis | Nampa, ID 83651 | | |
| 5291696 | Larry W. Denbrock | 1213 Shahan Prairie Road | Little Elm, TX 75068 | | |
| 5294707 | Larry W. Denbrock | 1213 Shahan Prairie Road | Little Elm, TX 75068 | | |
| 5291697 | License Plate Toll | E–470 Public Highway Authori | P.O. Box 5470 | Denver, CO 80217 | |
| 5294708 | License Plate Toll | E–470 Public Highway Authori | P.O. Box 5470 | Denver, CO 80217 | |

| ID | Name | Address | | |
|---|---|---|---|---|
| 5291698 | Lime Printing & Digital | 8910 Wesley St Ste B | Greenville, TX 75402 | |
| 5294709 | Lime Printing & Digital | 8910 Wesley St Ste B | Greenville, TX 75402 | |
| 5291700 | Lukins & Annis, P.S. | Attn: Michael Schmidt | 601 E. Front Avenue #303 | Coeur D Alene, ID 83814 |
| 5294711 | Lukins & Annis, P.S. | Attn: Michael Schmidt | 601 E. Front Avenue #303 | Coeur D Alene, ID 83814 |
| 5291701 | Matrix Engineering Inc | 1020 W Main Street | Suite 100J | Boise, ID 83702 |
| 5294712 | Matrix Engineering Inc | 1020 W Main Street | Suite 100J | Boise, ID 83702 |
| 5291702 | Meged Funding Group Corp | c/o Isaac Greenfield, Atty | 2 Executive Blvd #305 | Suffern, NY 10901 |
| 5294713 | Meged Funding Group Corp | c/o Isaac Greenfield, Atty | 2 Executive Blvd #305 | Suffern, NY 10901 |
| 5291703 | Meridian Auto Ranch | 1005 E Fairview Avenue | Meridian, ID 83642 | |
| 5294714 | Meridian Auto Ranch | 1005 E Fairview Avenue | Meridian, ID 83642 | |
| 5291704 | Modern Machinery | Unit 35, P.O. Box 4800 | Portland, OR 97208 | |
| 5294715 | Modern Machinery | Unit 35, P.O. Box 4800 | Portland, OR 97208 | |
| 5293715 | Modern Machinery Co., Inc. | PO Box 16660 | Missoula, MT 59808 | |
| 5291705 | Motion & Flow | 920 E. Overland Rd | Meridian, ID 83642 | |
| 5294716 | Motion & Flow | 920 E. Overland Rd | Meridian, ID 83642 | |
| 5291706 | Mountain West Mgmt Group LLC | 706 E. Main St. | Middleton, ID 83644 | |
| 5294717 | Mountain West Mgmt Group LLC | 706 E. Main St. | Middleton, ID 83644 | |
| 5291707 | Mustang Special Utility Dist | 7985 FM2931 | Aubrey, TX 76227 | |
| 5294718 | Mustang Special Utility Dist | 7985 FM2931 | Aubrey, TX 76227 | |
| 5291709 | NC Services | 4309 Ustick Rd. | Nampa, ID 83687 | |
| 5294720 | NC Services | 4309 Ustick Rd. | Nampa, ID 83687 | |
| 5291708 | Navest Fence Solutions | 727 Havendon Circle | Dallas, TX 75023 | |
| 5294719 | Navest Fence Solutions | 727 Havendon Circle | Dallas, TX 75023 | |
| 5291710 | Nemec Engineering | PO Box 1007 | McCall, ID 83638 | |
| 5294721 | Nemec Engineering | PO Box 1007 | McCall, ID 83638 | |
| 5291711 | New Dry Creek Ditch Co. LTD | PO Box 430 | Eagle, ID 83616 | |
| 5294722 | New Dry Creek Ditch Co. LTD | PO Box 430 | Eagle, ID 83616 | |
| 5291712 | New York Life | P.O. Box 539 | Dallas, TX 75221−0539 | |
| 5294723 | New York Life | P.O. Box 539 | Dallas, TX 75221−0539 | |
| 5291713 | Nichols Accounting Group | 6075 E. Hunt Avenue | Nampa, ID 83687 | |
| 5294724 | Nichols Accounting Group | 6075 E. Hunt Avenue | Nampa, ID 83687 | |
| 5294474 | Nissan Motor Acceptance | PO Box 78132 | Phoenix, AZ 85062−8132 | |
| 5294725 | Nissan Motor Acceptance | PO Box 78132 | Phoenix, AZ 85062−8132 | |
| 5301300 | Nissan−Infiniti LT LLC | Fka Nissan−Infiniti LT | PO Box 9013 | Addison, Texas 75001 |
| 5291714 | Norco | 1125 Amity Road | Boise, ID 83705 | |
| 5294726 | Norco | 1125 Amity Road | Boise, ID 83705 | |
| 5291715 | Northwest Concrete Pumping | 21480 Boise River Rd. | Caldwell, ID 83607 | |
| 5294727 | Northwest Concrete Pumping | 21480 Boise River Rd. | Caldwell, ID 83607 | |
| 5291716 | Northwest Equipment Sales | 2405 S Janeen St | Boise, ID 83709 | |
| 5294728 | Northwest Equipment Sales | 2405 S Janeen St | Boise, ID 83709 | |
| 5291717 | Nucor Harris Rebar Boise Inc | 2161 E Lanark Street | Meridian, ID 83642 | |
| 5294729 | Nucor Harris Rebar Boise Inc | 2161 E Lanark Street | Meridian, ID 83642 | |
| 5291719 | Oldcastle Infrastructure | 16419 Ten Lane | Nampa, ID 83687 | |
| 5294731 | Oldcastle Infrastructure | 16419 Ten Lane | Nampa, ID 83687 | |
| 5291718 | Oldcastle Infrastructure | 7000 Central Parkway | Suite 800 | Atlanta, GA 30328 |
| 5294730 | Oldcastle Infrastructure | 7000 Central Parkway | Suite 800 | Atlanta, GA 30328 |
| 5291720 | P & K Stone, LLC | PO Box 189 | Chico, TX 76431 | |
| 5294732 | P & K Stone, LLC | PO Box 189 | Chico, TX 76431 | |
| 5291722 | PNC Equipment Finance | 655 Business Center Drive | Horsham, PA 19044 | |
| 5294734 | PNC Equipment Finance | 655 Business Center Drive | Horsham, PA 19044 | |
| 5296876 | Peak Law | P.O.Box 2563 | Eagle, ID 83616 | |
| 5291721 | Peak Law LLC | PO Box 2563 | Eagle, ID 83616 | |
| 5294733 | Peak Law LLC | PO Box 2563 | Eagle, ID 83616 | |
| 5291723 | Pollard Water | 2907 Brandt Ave | Nampa, ID 83687 | |
| 5294735 | Pollard Water | 2907 Brandt Ave | Nampa, ID 83687 | |
| 5291724 | PortaPros, LLC | P.O. Box 3296 | Nampa, ID 83653 | |
| 5294736 | PortaPros, LLC | P.O. Box 3296 | Nampa, ID 83653 | |
| 5291725 | Precion Pumping Systems | 6215 Business Way | Boise, ID 83716 | |
| 5294737 | Precion Pumping Systems | 6215 Business Way | Boise, ID 83716 | |
| 5291726 | Premier Service LLC | 7030 McGlochlin St. | Boise, ID 83709 | |
| 5294738 | Premier Service LLC | 7030 McGlochlin St. | Boise, ID 83709 | |
| 5291727 | Profecssional Concrete Acces | 111 E 39th Street | Garden City, ID 83714 | |
| 5294739 | Profecssional Concrete Acces | 111 E 39th Street | Garden City, ID 83714 | |
| 5292283 | Qwest Corporation dba Centurylink | Centurylink Communications, LLC. (Attn:Legal−BKY) | 1025 El Dorado Blvd. Broomfield, CO 80021 | |
| 5291728 | R Mobile Tire Service | 7750 Birch Lane | Nampa, ID 83687 | |
| 5294740 | R Mobile Tire Service | 7750 Birch Lane | Nampa, ID 83687 | |
| 5291729 | R. B. Everett & Co | P.O. Box 7300 | Pasadena, TX 77508 | |
| 5294741 | R. B. Everett & Co | P.O. Box 7300 | Pasadena, TX 77508 | |
| 5291730 | Red Butte LLC | c/o Brian F. McColl | 3858 N. Garden Center Way | Suite 200 Boise, ID 83705 |
| 5294742 | Red Butte LLC | c/o Brian F. McColl | 3858 N. Garden Center Way | Suite 200 Boise, ID 83705 |
| 5291731 | Ricochet Fuel Distrutors Inc | 1201 Royal Parkway | Suite 100 | Euless, TX 76040 |

| ID | Name | Address | City/State/Zip |
|---|---|---|---|
| 5294743 | Ricochet Fuel Distrutors Inc | 1201 Royal Parkway   Suite 100 | Euless, TX 76040 |
| 5291739 | STELLCO, LLC   c/o Johnson May | 199 N Capitol Blvd   Suite 200 | Boise, ID 83702–5964 |
| 5294751 | STELLCO, LLC   c/o Johnson May | 199 N Capitol Blvd   Suite 200 | Boise, ID 83702–5964 |
| 5291732 | Sawtooth Land Surveying LLC | 2030 S. Washington Ave | Emmett, ID 83617 |
| 5294744 | Sawtooth Land Surveying LLC | 2030 S. Washington Ave | Emmett, ID 83617 |
| 5291733 | Silver Creek | 3713 Garrity Blvd | Nampa, ID 83687 |
| 5294745 | Silver Creek | 3713 Garrity Blvd | Nampa, ID 83687 |
| 5291734 | Site Consulting LLC | PO Box 190537 | Boise, ID 83719 |
| 5294746 | Site Consulting LLC | PO Box 190537 | Boise, ID 83719 |
| 5291735 | Southern Tire Mart | 35035 LBJ Freeway | Dallas, TX 75241 |
| 5294747 | Southern Tire Mart | 35035 LBJ Freeway | Dallas, TX 75241 |
| 5291736 | Specialty Construction Supp. | 348 NW 13th Place | Meridian, ID 83642 |
| 5294748 | Specialty Construction Supp. | 348 NW 13th Place | Meridian, ID 83642 |
| 5291737 | Specialty Hydrolics | 4019 E Summit Lane | Nampa, ID 83687 |
| 5294749 | Specialty Hydrolics | 4019 E Summit Lane | Nampa, ID 83687 |
| 5291738 | Steel National | 414 Nelson Lane | Caldwell, ID 83605 |
| 5294750 | Steel National | 414 Nelson Lane | Caldwell, ID 83605 |
| 5291740 | Storage on Site LLC | 1095 N. Verde Drive | Ontario, OR 97914 |
| 5294752 | Storage on Site LLC | 1095 N. Verde Drive | Ontario, OR 97914 |
| 5291741 | Syman LLC | 2101 Delta Drive | Nampa, ID 83687 |
| 5294753 | Syman LLC | 2101 Delta Drive | Nampa, ID 83687 |
| 5296877 | Syman, LLC | P.O.Box 2563 | Eagle, ID 83616 |
| 5291742 | Tates Rents Corportate | 1356 E. Beach Craft Court | Boise, ID 83716 |
| 5294754 | Tates Rents Corportate | 1356 E. Beach Craft Court | Boise, ID 83716 |
| 5291743 | Taylor Law Offices | PO Box 268 | Boise, ID 83701 |
| 5294755 | Taylor Law Offices | PO Box 268 | Boise, ID 83701 |
| 5291744 | Terminix | PO Box 802155 | Chicago, IL 60680 |
| 5294756 | Terminix | PO Box 802155 | Chicago, IL 60680 |
| 5291745 | Texas First Rentals | 5665 Southeast Loop 410 | San Antonio, TX 78222 |
| 5294757 | Texas First Rentals | 5665 Southeast Loop 410 | San Antonio, TX 78222 |
| 5291746 | Texas Workforce Center | P.O. Box 149137 | Austin, TX 78714 |
| 5294758 | Texas Workforce Center | P.O. Box 149137 | Austin, TX 78714 |
| 5301540 | The Huntington National Bank | 11100 Wayzata Blvd., Suite 700 | Minneapolis, MN 55480 |
| 5291747 | Titan Concrete Pumping LLC | P.O. Box 424 | Meridian, ID 83680 |
| 5294759 | Titan Concrete Pumping LLC | P.O. Box 424 | Meridian, ID 83680 |
| 5291748 | Trashelle Odom | 6358 S. Bosch Way | Meridian, ID 83642 |
| 5294760 | Trashelle Odom | 6358 S. Bosch Way | Meridian, ID 83642 |
| 5291751 | US Bank Equipment Finance   Attn: Recovery | 1310 Madrid Street | Marshall, MN 56258 |
| 5294763 | US Bank Equipment Finance   Attn: Recovery | 1310 Madrid Street | Marshall, MN 56258 |
| 5303707 | United Rentals (North America), Inc.   Attn: Mike Dowden | 10330 David Taylor Drive | Charlotte, NC 28262 |
| 5291749 | United Rentals, Inc. | PO Box 051122 | Los Angeles, CA 90074 |
| 5294761 | United Rentals, Inc. | PO Box 051122 | Los Angeles, CA 90074 |
| 5291752 | Veolia Water of Idaho | 8248 West Victory Rd | Boise, ID 83709 |
| 5294764 | Veolia Water of Idaho | 8248 West Victory Rd | Boise, ID 83709 |
| 5291753 | Washington Trust Bank   Credit Card Division | PO Box 2127 | Spokane, WA 99210–2127 |
| 5294765 | Washington Trust Bank   Credit Card Division | PO Box 2127 | Spokane, WA 99210–2127 |
| 5291754 | Western Records Destruction | 1990 S. Cole Road | Boise, ID 83709 |
| 5294766 | Western Records Destruction | 1990 S. Cole Road | Boise, ID 83709 |
| 5291755 | Western States Equipment | 500 E Overland Road | Meridian, ID 83642 |
| 5294767 | Western States Equipment | 500 E Overland Road | Meridian, ID 83642 |
| 5295524 | Western States Equipment Company | 500 E Overland Rd | Meridian, ID 83642–500 |
| 5294475 | Wildcatter Realty Advisors | PO Box 802788 | Dallas, TX 75380 |
| 5294768 | Wildcatter Realty Advisors | PO Box 802788 | Dallas, TX 75380 |
| 5291756 | Willammette Dental Insurance | 6950 NE Campus Way | Portland, OR 97124 |
| 5294769 | Willammette Dental Insurance | 6950 NE Campus Way | Portland, OR 97124 |

TOTAL: 371