Matthew T. Christensen, ISB: 7213
Lauren M. Bouvia, ISB: 12513
JOHNSON MAY
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email:  mtc@johnsonmaylaw.com
          lmb@johnsonmaylaw.com

Attorney for the Trustee/Plaintiff

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>　　HMH CONSTRUCTION, LLC<br>　　　　　Debtor.<br>_____<br>TIMOTHY R. KURTZ, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of the above-referenced Debtor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRASHELLE MCGREGOR aka TRASHELLE ODOM, an individual,<br><br>　　　　　Defendant. | Bankruptcy Case No. 23-00191-BPH<br><br><br><br>Adv. Case No.<br><br><br>**COMPLAINT** |

The Plaintiff, Timothy R. Kurtz ("Trustee" or "Plaintiff"), by and through his counsel of record, JOHNSON MAY, alleges as follows:

COMPLAINT – PAGE 1

**JURISDICTION, VENUE AND PARTIES**

1.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 and pursuant to the Rules of this Court, in that this action arises in and relates to the Bankruptcy Case filed by HMH Construction, LLC the above-referenced Debtor (hereinafter referred to as "HMH" or the "Debtor") on April 20th, 2023 (the "Petition Date"), as Bankruptcy Case No. 23-00191-JMM (the "Bankruptcy Case").  The Bankruptcy Case was later converted to a Chapter 7 case, and the Trustee was appointed.

2.      This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O) and to the extent that it is determined to be a non-core proceeding that is otherwise related to this bankruptcy case, the non-core matters, if any, are so inextricably linked with core matters that this Court's exercise of jurisdiction is proper.  The Trustee expressly consents to this Court's entry of final decisions and orders in this matter.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The Plaintiff is the duly-appointed Chapter 7 Trustee pursuant to 11 U.S.C. § 701, empowered by the Bankruptcy Code to pursue this action.

5.      Defendant Trashelle McGregor (aka Trashelle Odom) (hereinafter "Trashelle") is an individual, residing in this District at all times relevant to this Complaint.

**GENERAL FACTUAL ALLEGATIONS**

6.       HMH, now inactive, was during all relevant times, a limited liability company organized under the laws of the State of Idaho on or around September 11, 2018.

COMPLAINT – PAGE 2

7.      HMH was organized and operated for the purpose of providing construction services to various customers.

8.      Upon information and belief and to the best of the Trustee's knowledge, HMH has never held an ownership interest in any real property.

9.      At all times relevant here, Trashelle did not work for HMH in any capacity.

10.      Beginning as early as 2019, HMH began struggling to pay its bills as they became due.  Eventually, HMH began seeking short-term high-interest loans.

11.      Between early 2020 and the Petition Date, HMH continued to struggle to pay its bills in a timely manner, including the short-term high-interest loans it had received.

12.      Throughout the time that it operated, HMH paid funds directly to Trashelle.

13.      Further, HMH frequently paid bills owed by Trashelle directly, but which HMH had no obligation to pay.

14.      Both the direct payments and the payment of bills were payments to Trashelle made for improper purposes and not due to any services or other benefit provided to HMH by Trashelle since she didn't work with or for the company.

## SPECIFIC TRANSFER ALLEGATIONS

15.      As shown on *Exhibit 1* attached here, HMH made payments from the listed bank accounts directly to Defendant Trashelle, in the aggregate amount of $554,500.00.

16.      Each of the payments depicted on *Exhibit 1* are referred to herein as the "Trashelle Direct Payments."

17.      At the time each of the Trashelle Direct Payments were made, HMH did not owe any debts to Trashelle.

COMPLAINT – PAGE 3

18.    HMH did not receive anything of value in return for the Trashelle Direct Payments.

19.    At the time HMH made the Trashelle Direct Payments, it was already struggling to pay its vendors and other debts as they became due.

20.    As a result of the Trashelle Direct Payments, it became even more difficult for HMH to pay its regular and ordinary debts to creditors.

21.    As shown on **_Exhibit 2_** attached here, HMH made payments from the listed bank accounts indirectly to Defendant Trashelle by paying expenses that were her personal obligation, but for which HMH did not have any obligation or liability.  The aggregate amount of the payments made indirectly on Trashelle's behalf is $979,792.64.

22.    Each of the payments depicted on **_Exhibit 2_** are referred to herein as the "Trashelle Indirect Payments."

23.    At the time each of the Trashelle Indirect Payments were made, HMH did not owe any debts to Trashelle.

24.    HMH did not receive anything of value in return for the Trashelle Indirect Payments.

25.    At the time HMH made the Trashelle Indirect Payments, it was already struggling to pay its vendors and other debts as they became due.

26.    As a result of the Trashelle Indirect Payments, it became even more difficult for HMH to pay its regular and ordinary debts to creditors.

## GENERAL FRAUDULE/NT TRANSFER ALLEGATIONS

27.    The Trashelle Indirect Payments and the Trashelle Direct payments will be collectively referred herein as "Transfers."

COMPLAINT – PAGE 4

28.     HMH, and by extension its creditors, did not receive reasonably equivalent value for the Transfers.

29.     The "value" for the Transfers, to the extent there was any, was provided to third-party individuals or entities – not HMH.

30.     Upon information and belief, HMH made the Transfers with the actual intent to hinder, delay or defraud its creditors.

31.     Alternatively, at the time each of the Transfers were made, HMH was insolvent, or became insolvent as a result of the Transfers.

32.     Consequently, at the time of the Transfers, HMH's outstanding liabilities exceeded its assets.

33.     At the time of the Transfers, HMH reasonably believed or should have believed that it would incur debts beyond its ability to pay as such debts became due.

## CLAIM ONE

### AVOIDANCE OF FRAUDULENT TRANSFERS MADE DIRECTLY TO DEFENDANT TRASHELLE
### (11 U.S.C. § 544(b)(1) and 28 U.S.C. § 3301, et seq.)

34.     The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

35.     During the six (6) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$554,500.00** to Trashelle for payment of debts for which HMH had no liability.

36.     Alternatively, during the six (6) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$ 554,500.00** directly to Trashelle not on behalf of debts owed, but simply as a transfer of assets.

37.     At the time the Trashelle Direct Payments were made, or thereafter, the IRS was (or later became) a creditor of HMH.

38.     The IRS was, or would have been, a creditor holding an allowable unsecured claim against HMH that would have a right under applicable nonbankruptcy law to avoid the Trashelle Direct Payments.

39.     The Trashelle Direct Payments are avoidable pursuant to 11 U.S.C. § 544(b)(1) and 28 U.S.C. § 3301, et seq.

40.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover the Trashelle Direct Payments from Trashelle as the initial transferee or the entity on whose behalf the Trashelle Direct Payments were made.

## CLAIM TWO

## AVOIDANCE OF FRAUDULENT TRANSFERS MADE FOR THE BENEFIT OF DEFENDANT TRASHELLE
## (11 U.S.C. § 544(b)(1) and 28 U.S.C. § 3301 et seq.)

41.     The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

42.     During the six (6) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$979,792.64** to third-parties on behalf of Trashelle, which was for payment of debts for which HMH had no liability (the "Trashelle Indirect Payments").

COMPLAINT – PAGE 6

43.     Alternatively, during the six (6) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$979,792.64** to another entity which was for the benefit of Trashelle not on behalf of debts owed, but simply as a transfer of assets.

44.     At the time the Trashelle Indirect Payments were made, or thereafter, the IRS was (or later became) a creditor of HMH.

45.     The IRS was, or would have been, a creditor holding an allowable unsecured claim against HMH that would have a right under applicable nonbankruptcy law to avoid the payments.

46.     The Trashelle Indirect Payments are avoidable pursuant to 11 U.S.C. § 544(b)(1) and 28 U.S.C. § 3301 et seq.

47.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover the Trashelle Indirect Payments from Trashelle as the initial transferee or the entity on whose behalf the payments were made.

48.     Pursuant to 11 U.S.C. § 550(a)(2) the Trustee may recover the Trashelle Indirect Payments from Trashelle as the immediate transferee of the initial transferees.

### <u>CLAIM THREE</u>

### <u>AVOIDANCE OF FRAUDULENT TRANSFERS MADE DIRECTLY TO DEFENDANT TRASHELLE</u><br><u>(11 U.S.C. § 544(b)(1) and Idaho Code §§ 55-913 and 55-914)</u>

49.     The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

COMPLAINT – PAGE 7

50.     During the four (4) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$536,500.00** directly to Trashelle for payment of debts for which HMH had no liability.

51.     Alternatively, during the four (4) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$536,500.00** directly to Trashelle not on behalf of debts owed, but simply as a transfer of assets.

52.     At the time of the payments described above, the IRS was a creditor holding an allowable unsecured claim against HMH (or later became a creditor with an allowed unsecured claim) that would have a right under applicable nonbankruptcy law to avoid the Trashelle Direct Payments.

53.     In addition to the IRS, HMH had myriad other creditors who held (or later obtained) unsecured claims against HMH that would have a right under applicable nonbankruptcy law to avoid the payments described above.

54.     The payments are avoidable pursuant to 11 U.S.C. § 544(b)(1) and Idaho Code §§ 55-913 and 55-914.

55.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover these payments from Trashelle as the initial transferee or the entity on whose behalf the payments were made.

## **CLAIM FOUR**

### **AVOIDANCE OF FRAUDULENT TRANSFERS MADE FOR THE BENEFIT OF DEFENDANT TRASHELLE**
### **(11 U.S.C. § 544(b)(1) and Idaho Code §§ 55-913 and 55-914)**

56. The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

57.     During the four (4) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$972,474.94** to third parties for the benefit of Trashelle (the "Trashelle Indirect 544 Payments").

58.     Alternatively, during the four (4) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$972,474.94** to another entity which was for the benefit Trashelle not on behalf of debts owed, but simply as a transfer of assets.

59.     At the time of the Trashelle Indirect 544 Payments, the IRS was a creditor holding an allowable unsecured claim against HMH (or later became an unsecured creditor) that would have a right under applicable nonbankruptcy law to avoid the Trashelle Indirect 544 Payments.

60.     In addition to the IRS, HMH had myriad other creditors who held (or later obtained) unsecured claims against HMH that would have a right under applicable nonbankruptcy law to avoid the Trashelle Indirect 544 Payments.

61.     The Trashelle Indirect 544 Payments are avoidable pursuant to 11 U.S.C. § 544(b)(1) and Idaho Code §§ 55-913 and 55-914.

62.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover the Trashelle Indirect 544 Payments from Trashelle as the initial transferee or the entity on whose behalf the payments were made.

63.     Pursuant to 11 U.S.C. § 550(a)(2) the Trustee may recover the Trashelle Indirect 544 Payments from Trashelle as the immediate transferee of the initial transferees.

## CLAIM FIVE

## AVOIDANCE OF FRAUDULENT TRANSFERS MADE DIRECTLY TO DEFENDANT TRASHELLE
## (11 U.S.C. § 548(a)(1))

64.     The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

65.     During the two (2) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$205,000.00** directly to Trashelle for payment of debts for which HMH had no liability (the "Direct 548 Transfers").

66.     HMH, and by extension its creditors, did not receive reasonably equivalent value for the Direct 548 Transfers.

67.     Upon information and belief, HMH made the Direct 548 Transfers with the actual intent to hinder, delay or defraud its creditors.

68.     Alternatively, at the time each of the Direct 548 Transfers were made, (a) HMH was insolvent, or became insolvent as a result of the Transfers; (b) HMH was engaged in business (or about to engage in business) for which its remaining assets were unreasonably small in relation to HMH's business and debts owed; or (c) HMH intended to incur, or believes it would incur, debts that would be beyond its ability to pay as such debts matured.

69.     The Direct 548 Transfers are fraudulent and are avoidable by the Trustee pursuant to 11 U.S.C. § 548.

70.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover the Direct 548 Transfers from Trashelle as the initial transferee or the entity on whose behalf the Direct 548 Transfers were made.

### CLAIM SIX

### AVOIDANCE OF FRAUDULENT TRANSFERS MADE FOR THE BENEFIT OF DEFENDANT TRASHELLE
### (11 U.S.C. § 548(a)(1))

71.     The Trustee realleges all of the foregoing paragraphs as if fully set forth herein.

72.     During the two (2) years preceding the Petition Date, HMH transferred an amount according to proof, but no less than **$55,453.29** to a third party for the benefit of Trashelle (the "Indirect 548 Transfers").

73.     HMH, and by extension its creditors, did not receive reasonably equivalent value for the Indirect 548 Transfers.

74.     Upon information and belief, HMH made the Indirect 548 Transfers with the actual intent to hinder, delay or defraud its creditors .

75.     Alternatively, at the time each of the Indirect 548 Transfers were made, (a) HMH was insolvent, or became insolvent as a result of the Transfers; (b) HMH was engaged in business (or about to engage in business) for which its remaining assets were unreasonably small in relation to HMH's business and debts owed; or (c) HMH intended to incur, or believes it would incur, debts that would be beyond its ability to pay as such debts matured.

76.     The Indirect 548 Transfers are fraudulent and are avoidable by the Trustee pursuant to 11 U.S.C. § 548.

COMPLAINT – PAGE 11

77.     Pursuant to 11 U.S.C. § 550(a)(1) the Trustee may recover the Indirect 548 Transfers from Trashelle as the initial transferee or the entity on whose behalf the Indirect 548 Transfers were made.

## ATTORNEY FEES AND COSTS

The Trustee is entitled to recover from Trashelle the costs and expenses incurred in connection with bringing this adversary proceeding, including all reasonable attorney's fees as well as any other relief, legal or equitable, pursuant to applicable state and federal law as the Court determines is appropriate.

## PRAYER FOR RELIEF

WHEREFORE, the Trustee prays for judgment against Defendant Trashelle Odom as follows:

1. On Claim One, for an order avoiding the Trashelle Direct Payments and awarding a money judgment against Defendant Trashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$554,500.00.**

2. On Claim Two, for an order avoiding the Trashelle Indirect Payments and awarding a money judgment against Defendant Trashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$979,792.64.**

3. On Claim Three, for an order avoiding the Trashelle Direct Payments and awarding a money judgment against Defendant Trashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$536,500.00.**

4.  On Claim Four, for an order avoiding the Trashelle Direct Payments and awarding a money judgment against Defendant Tashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$972,474.94**.

5.  On Claim Five for an order avoiding the 548 Transfers and awarding a money judgment against Defendant Trashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$205,000.00.**

6.  On Claim Six, for an order avoiding the 548 Transfers and awarding a money judgment against Defendant Trashelle Odom and Does 1-5, jointly and severally, in an amount according to proof, but no less than **$55,453.29.**

7.  For an award of costs and expenses, including attorney's fees, associated with bringing and prosecuting this adversary proceeding.  In the event of a default judgment, an award of attorney fees in the amount of $5 000.00 should be awarded.

8.  For such other and further relief as the Court deems just and equitable.


DATED this 18th day of February, 2025.

/s/  Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Trustee

COMPLAINT – PAGE 13

EXHIBIT 1

| Date | Account | Payee | Type | Amount |
|---|---|---|---|---|
| 3/1/2019 | WaTrust - 8007 | Trashelle Odom | Check #225 | $2,500.00 |
| 3/2/2019 | WaTrust - 8007 | Trashelle Odom | Check #226 | $10,000.00 |
| 3/10/2019 | WaTrust - 8007 | Trashelle Odom | Check #108 | $3,500.00 |
| 4/1/2019 | WaTrust - 8007 | Trashelle Odom | Check #121 | $2,000.00 |
| 4/21/2019 | WaTrust - 8007 | Trashelle Odom | Check #137 | $6,000.00 |
| 4/22/2019 | WaTrust - 8007 | Trashelle Odom | Check #135 | $38,000.00 |
| 5/19/2019 | WaTrust - 8007 | Trashelle Odom | Check #158 | $7,000.00 |
| 6/5/2019 | WaTrust - 8007 | Trashelle Odom | Check #166 | $2,500.00 |
| 6/10/2019 | WaTrust - 8007 | Trashelle Odom | Check #172 | $2,500.00 |
| 10/8/2019 | WaTrust - 8007 | Trashelle Odom | Check #227 | $6,000.00 |
| 10/8/2019 | WaTrust - 8007 | Trashelle Odom | Check #228 | $10,000.00 |
| 10/8/2019 | WaTrust - 8007 | Trashelle Odom | Check #229 | $10,000.00 |
| 11/6/2019 | WaTrust - 8007 | Trashelle Odom | Check #239 | $6,000.00 |
| 1/6/2020 | WaTrust - 8007 | Trashelle Odom | Check #257 | $11,000.00 |
| 1/27/2020 | WaTrust - 8007 | Trashelle Odom | Check #263 | $2,500.00 |
| 2/6/2020 | WaTrust - 8007 | Trashelle Odom | Check #271 | $10,000.00 |
| 4/7/2020 | WaTrust - 8007 | Trashelle Odom | Check # 249 | $10,000.00 |
| 5/5/2020 | WaTrust - 8007 | Trashelle Odom | Check #433 | $10,000.00 |
| 6/3/2020 | WaTrust - 8007 | Trashelle Odom | Check #305 | $10,000.00 |
| 6/18/2020 | WaTrust - 8007 | Trashelle Odom | Check #310 | $5,000.00 |
| 7/6/2020 | WaTrust - 8007 | Trashelle Odom | Check #318 | $15,000.00 |
| 8/13/2020 | WaTrust - 8007 | Trashelle Odom | ACH | $15,000.00 |
| 9/10/2020 | WaTrust - 8007 | Trashelle Odom | Check #334 | $15,000.00 |
| 10/9/2020 | WaTrust - 8007 | Trashelle Odom | Check #357 | $15,000.00 |
| 11/4/2020 | WaTrust - 8007 | Trashelle Odom | Check #1101 | $15,000.00 |
| 12/3/2020 | WaTrust - 8007 | Trashelle Odom | Check #1114 | $15,000.00 |
| 12/31/2020 | WaTrust - 8007 | Trashelle Odom | Check #456 | $5,000.00 |
| 1/5/2021 | WaTrust - 8007 | Trashelle Odom | Check #361 | $15,000.00 |
| 2/1/2021 | WaTrust - 8007 | Trashelle Odom | Check #382 | $15,000.00 |
| 2/1/2021 | WaTrust - 8007 | Trashelle Odom | Check #397 | $20,000.00 |
| 3/4/2021 | WaTrust - 8007 | Trashelle Odom | Check #401 | $20,000.00 |
| 4/6/2021 | WaTrust - 8007 | Trashelle Odom | Check #249 | $20,000.00 |
| 5/6/2021 | WaTrust - 8007 | Trashelle Odom | Check #430 | $20,000.00 |
| 6/9/2021 | WaTrust - 8007 | Trashelle Odom | Check #1255 | $20,000.00 |
| 7/7/2021 | WaTrust - 8007 | Trashelle Odom | Check #502 | $20,000.00 |
| 8/9/2021 | WaTrust - 8007 | Trashelle Odom | Check #520 | $20,000.00 |
| 10/1/2021 | WaTrust - 8007 | Trashelle Odom | Check #569 | $20,000.00 |
| 11/12/2021 | WaTrust - 8007 | Trashelle Odom | Check #549 | $20,000.00 |
| 12/3/2021 | WaTrust - 8007 | Trashelle Odom | Check #1516 | $20,000.00 |
| 1/5/2022 | WaTrust - 8007 | Trashelle Odom | Check #564 | $20,000.00 |
| 2/1/2022 | WaTrust - 8007 | Trashelle Odom | Check #579 | $25,000.00 |
| 3/3/2022 | WaTrust - 8007 | Trashelle Odom | Check #2423 | $20,000.00 |
| **Total** | | | | **$554,500.00** |

0

# EXHIBIT 2

| Date | Account | Payee | Type | Amount |
|---|---|---|---|---|
| 3/8/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,611.00 |
| 4/3/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.70 |
| 4/9/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,611.00 |
| 4/23/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,110.70 |
| 5/3/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,551.00 |
| 5/21/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.70 |
| 6/4/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,659.00 |
| 6/21/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.00 |
| 7/8/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,982.90 |
| 7/12/2019 | WaTrust - 8007 | Visa Trashelle Odom 447017XXXXXX1719 WEB | ACH | $2,449.11 |
| 7/16/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $14,066.80 |
| 7/19/2019 | WaTrust - 8007 | CREDITCARD BARCLAYSCARD US TRASHELLE ODOM | ACH | $509.20 |
| 7/19/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,008.00 |
| 7/23/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.70 |
| 7/26/2019 | WaTrust - 8007 | CREDITCARD BARCLAYSCARD US TRASHELLE ODOM | ACH | $8,000.00 |
| 7/26/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $13,653.37 |
| 8/2/2019 | WaTrust - 8007 | Visa Trashelle Odom 447017XXXXXX1719 WEB | ACH | $101.12 |
| 8/5/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,851.95 |
| 8/5/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $4,620.71 |
| 8/5/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $16,619.48 |
| 8/21/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.70 |
| 8/21/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $159.95 |
| 8/21/2019 | WaTrust - 8007 | Visa Trashelle Odom 447017XXXXXX1719 WEB | ACH | $81.97 |
| 8/26/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $13,000.00 |
| 8/26/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $34.12 |
| 8/26/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $504.00 |
| 8/28/2019 | WaTrust - 8007 | John Odom or Trahselle Odom | Check #16360 | $1,750.67 |
| 8/30/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $13.77 |
| 9/3/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $291.44 |
| 9/4/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
| 9/4/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $539.00 |
| 9/16/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $4.99 |
| 9/18/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $3,822.94 |
| 9/18/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $364.37 |
| 9/18/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $274.22 |
| 9/19/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $3,822.94 |
| 9/23/2019 | WaTrust - 8007 | BMWFS PYMT BMWFINANCIAL SVS Trashelle WEB | ACH | $2,095.70 |
| 9/25/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $785.66 |
| 10/1/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5.30 |
| 10/4/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
| 10/4/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $6,696.85 |
| 10/7/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $529.70 |
| 10/9/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 10/10/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 10/21/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $26.32 |
| 10/31/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $749.18 |
| 11/4/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
| 11/4/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,000.00 |
| 11/4/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 11/4/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $209.69 |
| 11/6/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $1,000.00 |
| 11/25/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,398.18 |
| 11/25/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $1,000.00 |
| 11/25/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $1,000.00 |
| 11/25/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $974.80 |
| 12/6/2019 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,816.95 |
| 12/6/2019 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $2,000.00 |
| 12/6/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 12/6/2019 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 12/6/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,488.32 |
| 12/31/2019 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,959.88 |

| 1/3/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
|---|---|---|---|---|
| 1/3/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 1/6/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $2,000.00 |
| 1/6/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $170.43 |
| 1/6/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $600.00 |
| 1/7/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,716.95 |
| 1/21/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,624.13 |
| 1/22/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 2/6/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $3,126.95 |
| 2/6/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 2/6/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,467.63 |
| 2/14/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,442.62 |
| 2/18/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,533.00 |
| 2/21/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,713.18 |
| 3/6/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,456.00 |
| 3/18/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $9,615.47 |
| 4/7/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,716.95 |
| 4/21/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $3,000.00 |
| 5/6/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,816.95 |
| 5/8/2020 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE TRASHELLE ODOM | ACH | $233.10 |
| 5/13/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $10,133.47 |
| 5/14/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 5/14/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 5/15/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $3,000.00 |
| 5/18/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $484.34 |
| 5/20/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $6,600.00 |
| 5/20/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $6,600.00 |
| 5/21/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $771.92 |
| 5/26/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $14.22 |
| 5/28/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,500.00 |
| 5/28/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,500.00 |
| 6/2/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,000.00 |
| 6/2/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 6/2/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,021.91 |
| 6/4/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $21.19 |
| 6/4/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,787.45 |
| 6/4/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,716.95 |
| 6/5/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $7,604.72 |
| 6/5/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,834.01 |
| 6/11/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $26.18 |
| 6/11/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $43.75 |
| 6/11/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $450.00 |
| 6/15/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $16.00 |
| 6/16/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $6.00 |
| 7/6/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $3,051.95 |
| 7/8/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 7/8/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,000.00 |
| 7/8/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,496.58 |
| 7/20/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $4,646.29 |
| 8/3/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $4,000.00 |
| 8/10/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,586.95 |
| 8/10/2020 | WaTrust - 8007 | CABS NEW YORK LIFE TRAHSELLE ODOM | ACH Deposit | $233.10 |
| 8/10/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 8/10/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 8/10/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $5,000.00 |
| 8/26/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $20,664.39 |
| 8/26/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $22,592.17 |
| 8/27/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,000.00 |
| 8/27/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $772.00 |
| 8/27/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $10,453.87 |
| 8/28/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,000.00 |
| 8/31/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,300.00 |
| 8/31/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $262.90 |

| 9/1/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
|---|---|---|---|---|
| 9/1/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $1,821.00 |
| 9/1/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $123.11 |
| 9/1/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $1,647.62 |
| 9/3/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $380.00 |
| 9/3/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $100.00 |
| 9/8/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $61.12 |
| 9/8/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,241.11 |
| 9/10/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $165.66 |
| 9/17/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $1,110.48 |
| 9/17/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $502.09 |
| 9/21/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $11,000.00 |
| 9/21/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $14,000.00 |
| 9/21/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,339.34 |
| 9/23/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $5,000.00 |
| 9/23/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 9/23/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,000.00 |
| 9/23/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $591.59 |
| 9/28/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $251.00 |
| 9/29/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $49.00 |
| 10/2/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
| 10/2/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $367.34 |
| 10/2/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $4,158.66 |
| 10/2/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $4,944.68 |
| 10/5/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,394.99 |
| 10/6/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $6.00 |
| 10/7/2020 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE TRASHELLE ODOM | ACH | $188.70 |
| 10/13/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $1,395.64 |
| 10/13/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $5,590.12 |
| 10/13/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $471.31 |
| 10/15/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $3,700.00 |
| 10/16/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $16.00 |
| 10/16/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $157.94 |
| 10/16/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $12.18 |
| 10/22/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $101.53 |
| 10/26/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $44.98 |
| 10/28/2020 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JONH & TRASHELLE ODOM | ACH | $188.70 |
| 11/2/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2.50 |
| 11/2/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $18,198.03 |
| 11/4/2020 | WaTrust - 8007 | Boises Best Prop Trashelle McGregor 208-850-9887 WEB | ACH | $2,766.95 |
| 11/5/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,200.00 |
| 11/9/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $275.00 |
| 11/13/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $23,087.30 |
| 11/13/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $24,597.79 |
| 11/13/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $48.14 |
| 11/23/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $585.71 |
| 11/23/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $22,313.12 |
| 11/23/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $20,732.97 |
| 11/30/2020 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 12/3/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $13,434.56 |
| 12/3/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $203.50 |
| 12/4/2020 | WaTrust - 8007 | E-PAYMENT DISCOVER ODOM TRASHELLE | ACH | $10,849.63 |
| 12/7/2020 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $626.95 |
| 12/7/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,214.00 |
| 12/10/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $16,004.99 |
| 12/14/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $9.09 |
| 12/14/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $50.00 |
| 12/15/2020 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $16.00 |
| 12/16/2020 | WaTrust - 8007 | E-PAYMENT DISCOVER ODOM TRASHELLE | ACH | $80.26 |
| 12/23/2020 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $14.99 |
| 12/28/2020 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 1/4/2021 | WaTrust - 8007 | E-PAYMENT DISCOVER ODOM TRASHELLE | ACH | $342.51 |
| 1/7/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $5,634.29 |

| 1/14/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $11,000.00 |
|---|---|---|---|---|
| 1/14/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $13,000.00 |
| 1/14/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELL ODOM | ACH | $11,000.00 |
| 1/19/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $195.88 |
| 1/19/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $13,000.00 |
| 1/25/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $90.00 |
| 1/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 2/10/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $12,535.41 |
| 2/10/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $24,208.47 |
| 2/11/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $15,405.00 |
| 2/11/2021 | WaTrust - 8007 | E-PAYMENT DISCOVER ODOM TRASHELLE | ACH | $15,700.42 |
| 2/11/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $16,545.64 |
| 2/12/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $214.73 |
| 2/16/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $56.90 |
| 2/18/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 2/18/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $10,000.00 |
| 2/22/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $223.61 |
| 2/24/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $7,572.66 |
| 2/24/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $7,662.10 |
| 2/24/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $26.69 |
| 3/1/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $473.76 |
| 3/1/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $904.80 |
| 3/1/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 3/1/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $6,760.38 |
| 3/3/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $478.61 |
| 3/8/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $100.50 |
| 3/8/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,930.80 |
| 3/12/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $1,842.78 |
| 3/15/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $9,126.94 |
| 3/15/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $27.33 |
| 3/19/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $4,593.20 |
| 3/22/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $12,046.34 |
| 3/25/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $25,049.13 |
| 3/26/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $3,548.71 |
| 3/26/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $106.00 |
| 3/26/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $14.00 |
| 3/26/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $456.72 |
| 3/29/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 3/30/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $20.49 |
| 4/5/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $182.26 |
| 4/5/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,400.00 |
| 4/7/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $264.17 |
| 4/12/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $82.53 |
| 4/13/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $560.91 |
| 4/19/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $1,309.34 |
| 4/19/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $11,724.00 |
| 4/27/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $12.57 |
| 4/27/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $70.73 |
| 4/27/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $14.99 |
| 4/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 4/29/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $680.79 |
| 5/3/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $885.00 |
| 5/6/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $53.24 |
| 5/6/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,433.12 |
| 5/10/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $3,368.00 |
| 5/10/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $9,409.46 |
| 5/14/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $2,906.80 |
| 5/14/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $18,039.39 |
| 5/17/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $652.51 |
| 5/18/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $3,115.08 |
| 5/20/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $44.03 |
| 5/20/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $19.99 |
| 5/20/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $228.59 |

| 5/24/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $187.77 |
|-----------|----------------|-------------------------------------------|-----|---------|
| 5/24/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $245.59 |
| 5/28/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $485.12 |
| 5/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 6/1/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $14.00 |
| 6/7/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $2,400.00 |
| 6/11/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $608.93 |
| 6/17/2021 | WaTrust - 8007 | CREDITCARD BARCLAYCARD US TRASHELLE ODOM | ACH | $400.37 |
| 6/17/2021 | WaTrust - 8007 | EPAY Chase Credit CRD Trashelle Odom | ACH | $635.20 |
| 6/17/2021 | WaTrust - 8007 | PAYMENT CITI CARD ONLINE TRASHELLE ODOM | ACH | $5,711.52 |
| 6/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 7/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 8/30/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 9/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 10/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 11/29/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 12/28/2021 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 1/28/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 2/28/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 3/28/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 4/28/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| 6/28/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| `5/31/2022 | WaTrust - 8007 | INS. PREM. NEW YORK LIFE JOHN & TRASHELLE ODOM | ACH | $188.70 |
| **Total** | | | | **$979,792.64** |