Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd, Ste 200
Boise, Idaho 83702
Telephone: (208) 384-8588
Facsimile: (208) 629-0157
Email: mtc@johnsonmaylaw.com

Special Counsel for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 23-00191-BPH |
|---|---|
| HMH CONSTRUCTION, LLC,<br><br>Debtor. | NOTICE OF MOTIONS TO APPROVE COMPROMISE |

**Notice of Motions to Approve Compromise and
Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

PLEASE TAKE NOTICE that Johnson May, special counsel of record for the Trustee, Timothy R. Kurtz, has filed several Motions for Approval of Compromise in the above-referenced bankruptcy case (the various compromise motions are referred to herein as the "Motions"). The

NOTICE OF MOTIONS TO APPROVE COMPROMISE – Page 1

Motions seek approval of settlements reached in several fraudulent transfer claims asserted or being pursued by the Trustee. Specifically, the compromises are outlined as follows:

| Party: | Represented By: | Adversary Case No.: | Amount of Claim: | Amount of Compromise: | Docket No.: |
|---|---|---|---|---|---|
| Campbell & Williams | N/A | N/A | $100,000.00 | $43,000.00 | 310 |
| Johathan January | Tom Dvorak | N/A | $90,665.47 | $23,500.00 | 311 |
| Raul Labrador | N/A | N/A | $10,000.00 | $5,000.00 | 312 |
| Teamcum LLC | Patrick Geile | N/A | $134,294.48 | $20,000.00 | 313 |
| **TOTAL** | | | **$334,959.95** | **$91,500.00** | |

A copy of the Motions, together with supporting documents, are on file with the above-captioned Court. Any party desiring information as to the specific details of the Motions or the Application may request the same from the Clerk of the Court or from the undersigned counsel.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTIONS AND APPROVE THE COMPROMISES.

DATED this 10th day of April, 2025.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Special Counsel for Trustee

NOTICE OF MOTIONS TO APPROVE COMPROMISE – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2025, I filed the foregoing NOTICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Timothy R. Kurtz | trk@kurtztrustee.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Kaleigh Boyer | kboyer@parsonsbehle.com |
| Samuel A. Diddle | sdiddle@elamburke.com |
| Anne E. Henderson | aehenderson@hollandhart.com |
| Andrew S. Jorgensen | andrew.jorgensen@usdoj.gov |
| R. Ron Kerl | ron@cooper-larsen.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| Michael G. Schmidt | mgs@lukins.com |
| Lewis N. Stoddard | lewis@hwmlawfirm.com |
| Nathan Thomas | info@peak-law.com |

Any others as listed on the Court's ECF Notice.

       /s/ Matt Christensen
       Matthew T. Christensen